**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiffs,*<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants.* | Case No.   3:26-cv-01099 |

**NOTICE OF RELATED CASE**

TO THE HONORABLE JUDGE OF THIS COURT: The undersigned respectfully request that this Court take notice that the above captioned case is related to another case, specifically identified in the table below. Plaintiffs believe the connections between these cases warrant their consideration as related matters.

| Case Number | Caption | Judge |
|---|---|---|
| 3:26-cv-00976-KC | *Center for Biological Diversity v. U.S. Customs and Border Protection* | J. Cardone |

Pursuant to the Standing Order for El Paso Division Regarding Notice of Related Cases, any action is related to another when it involves substantially the same issue(s) of fact or grows

out of the same transaction(s). Standing Order Regarding Notice of Related Cases ¶ (b)(2) (W.D. Tex., El Paso, 2003).

Plaintiffs respectfully recommend that this Court determine that the two cases, *Friends of the Ruidosa Church v. Markwayne Mullin* ("*Friends*") and *Center for Biological Diversity v. U.S. Customs and Border Protection* ("*Center*"), are related. *Friends* challenges the U.S. Department of Homeland Security's ("DHS") issuance of a of a waiver under Section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act allowing the construction of barriers and roads in the Big Bend Sector. *See* Determination Pursuant to Section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, as Amended, 91 Fed. Reg. 7297 at 7298 (Feb. 17, 2026) ("Big Bend Waiver"). *Center* challenges the failure of U.S. Customs and Border Protection to release records documenting the planning, proposed construction, and stated justifications for the Big Bend Waiver and related plans to construct border wall and associated infrastructure in violation of the Freedom of Information Act.

Both cases arise out of substantially the same transactions and factual issues. Namely, both cases arise from DHS's issuance of the Big Bend Waiver and plans to construct border barrier and associated infrastructure in the region. Additionally, both cases have substantially similar parties: the Center for Biological Diversity and U.S. Customs and Border Protection are the sole named parties in *Center*, both of which are named parties in *Friends*. Moreover, Plaintiffs in both cases are represented by attorneys at the same organizations: Center for Biological Diversity and Texas Civil Rights Project.

Plaintiffs therefore believe that the actions may be related such that assignment to a single judge is likely to conserve judicial resources and promote an efficient determination of the actions in this Court.

DATED: April 16, 2026

Respectfully submitted,

Dustin Rynders (TX Bar No. 24048005)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 1108
Houston, TX 77251
Tel: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Kate Gibson Kumar (TX Bar No. 2413588)
Alana Park (TX Bar No. 24150568)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 17757
Austin, TX 78760
Tel: (512) 474-5073 ext. 225
kate@texascivilrightsproject.org
alana@texascivilrightsproject.org

Zeynep J. Graves (CA Bar No. 298533)*
Emma Yip (CA Bar No. 352446)*
Shannon Eva Labuschagne (CA Bar No. 365633)*
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
zgraves@biologicaldiversity.org
eyip@biologicaldiversity.org
slabuschagne@biologicaldiversity.org

*Pro Hac Vice Applications Forthcoming*

*Attorneys for Plaintiffs*