# EXHIBIT 1

Notice of Related Case Filed with

*Center for Biological Diversity v. U.S. Customs and Border Protection*,  Case No.

3:26-cv-00976-KC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

CENTER FOR BIOLOGICAL DIVERSITY,

   *Plaintiff,*

   v.

U.S. CUSTOMS AND BORDER
PROTECTION,

   *Defendant.*

Case No. 3:26-cv-00976-KC

## NOTICE OF RELATED CASE

  TO THE HONORABLE JUDGE OF THIS COURT: The undersigned respectfully request

that this Court take notice that the above captioned case is related to another case, specifically

identified in the table below. Plaintiffs believe the connections between these cases warrant their

consideration as related matters. Attached hereto is a duplicate of the Notice of Related Case that

was filed today in relation to the below captioned case. Ex. 2.

| Case Number | Caption | Judge |
|---|---|---|
| 3:26-cv-01099 | *Friends of the Ruidosa Church, Danny William Miller Junior, and Center for Biological Diversity v. Markwayne Mullin, U.S. Department of Homeland Security, and U.S. Customs and Border Protection* | J. Cardone |

  Pursuant to the Standing Order for El Paso Division Regarding Notice of Related Cases,

any action is related to another when it involves substantially the same issue(s) of fact or grows

out of the same transaction(s). Standing Order Regarding Notice of Related Cases ¶ (b)(2) (W.D. Tex., El Paso, 2003).

Plaintiffs respectfully recommend that this Court determine that the two cases, *Friends of the Ruidosa Church v. Markwayne Mullin* ("*Friends*") and *Center for Biological Diversity v. U.S. Customs and Border Protection* ("*Center*"), are related. *Friends* challenges the U.S. Department of Homeland Security's ("DHS") issuance of a waiver under Section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act allowing the construction of barriers and roads in the Big Bend Sector. *See* Determination Pursuant to Section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, as Amended, 91 Fed. Reg. 7297 at 7298 (Feb. 17, 2026) ("Big Bend Waiver"). *Center* challenges the failure of U.S. Customs and Border Protection to release records documenting the planning, proposed construction, and stated justifications for the Big Bend Waiver and related plans to construct border wall and associated infrastructure in violation of the Freedom of Information Act.

Both cases arise out of substantially the same transactions and factual issues. Namely, both cases arise from DHS's issuance of the Big Bend Waiver and plans to construct border barrier and associated infrastructure in the region. Additionally, both cases have substantially similar parties: the Center for Biological Diversity and U.S. Customs and Border Protection are the sole named parties in *Center*, both of which are named parties in *Friends*. Moreover, Plaintiffs in both cases are represented by attorneys at the same organizations: Center for Biological Diversity and Texas Civil Rights Project.

Plaintiffs therefore believe that the actions may be related such that assignment to a single judge is likely to conserve judicial resources and promote an efficient determination of the actions in this Court.

DATED: April 16, 2026

Respectfully submitted,

*/s/* Emma Yip

Emma Yip (CA Bar No. 352446)*
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
eyip@biologicaldiversity.org

Dustin Rynders (TX Bar No. 24048005)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 1108
Houston, TX 77251
Tel: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Kate Gibson Kumar (TX Bar No. 2413588)
Alana Park (TX Bar No. 24150568)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 17757
Austin, TX 78760
Tel: (512) 474-5073 ext. 225
kate@texascivilrightsproject.org
alana@texascivilrightsproject.org

Shannon Eva Labuschagne (CA Bar No. 365633)*
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
zgraves@biologicaldiversity.org
slabuschagne@biologicaldiversity.org

*\* Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*