**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> *Plaintiffs,* <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION, <br><br> *Defendants.* | Case No. 3:26-cv-01099-KC |

**NOTICE OF COMPLIANCE**

Plaintiffs' attorneys, Shannon Labuschagne and Emma Yip, hereby provide notice to this Court that they have submitted completed applications to the El Paso Division for consideration on admission to practice in the Western District of Texas, in compliance with this Court's Orders, ECF Nos. 8, 9 ("Orders"), and the January 6, 2014 Standing Order regarding Pro Hac Vice Fees. Both applicants submitted completed applications and tendered payments of $219 on May 4, 2026, in compliance with the admissions requirements set forth in Local Court Rule AT-1.

Further, in compliance with this Court's Orders and Local Rule AT-1(f)(2), payments of $100 were tendered on behalf of both Shannon Labuschagne and Emma Yip on April 16, 2026.

DATED: May 5, 2026          Respectfully submitted,

/s/ Emma Yip

1

Emma Yip (CA Bar No. 352446)*
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
eyip@biologicaldiversity.org

/s/ Shannon Labuschagne
Shannon Labuschagne (CA Bar No. 365633)*
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (510) 493-2447
Fax: (520) 623-9797
slabuschagne@biologicaldiversity.org

Dustin Rynders (TX Bar No. 24048005)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 1108
Houston, TX 77251
Tel: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Kate Gibson Kumar (TX Bar No. 2413588)
Alana Park (TX Bar No. 24150568)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 17757
Austin, TX 78760
Tel: (512) 474-5073 ext. 225
kate@texascivilrightsproject.org
alana@texascivilrightsproject.org

Zeynep J. Graves (CA Bar No. 298533)*
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
zgraves@biologicaldiversity.org

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I certify that I will cause the forgoing document to be served to all Defendants via certified mail.


DATED: May 5, 2026        Respectfully submitted,

/s/ Emma Yip
Emma Yip (CA Bar No. 352446)
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
eyip@biologicaldiversity.org

*Admitted Pro Hac Vice*