# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

|  |  |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, *et al.*,<br><br>               *Plaintiffs*,<br><br>*v.*<br><br><br>MARKWAYNE MULLIN, *et al.*,<br><br>               *Defendants*. | Civil Action No. 3:26-CV-01099-KC |

## NOTICE OF CONSENT TO PLAINTIFFS' AMENDED COMPLAINT

In accordance with Federal Rule of Civil Procedure 15(a)(2), Defendants file this notice to inform the Court that they consent to Plaintiffs' amendment of their complaint. ECF No. 11.

Dated: June 16, 2026          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Alexander J. Yun*
ALEXANDER J. YUN (D.C. Bar No. 90028923)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
202-674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 16, 2026, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

<u>/s/ Alexander J. Yun</u>
ALEXANDER J. YUN
Trial Attorney
United States Department of Justice