**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> *Plaintiffs,* <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION, <br><br> *Defendants.* | Case No. 3:26-cv-01099-KC |

**AFFIDAVIT OF SERVICE**

Pursuant to Fed. R. Civ. P. 4, I hereby certify that on April 17, 2026, copies of the Complaint (ECF No. 1), Pro Hac Vice Applications for Emma Yip, Shannon Labuschagne, and Zeynep Graves (ECF Nos. 2, 3, 4), Summonses (ECF No. 6), and Notice of Related Case for the above-captioned case, were sent to the following parties via USPS Certified Mail, electronic return receipts requested:

**Justin R. Simmons**
**United States Attorney for the Western District of Texas**
601 NW Loop 410, Suite 600
San Antonio, TX 78216
(Tracking No. 70203160000221827313)

**Markwayne Mullin**
**Secretary of the Department of Homeland Security**
2707 Martin Luther King Jr Ave SE
Washington, DC 20528-0525
(Tracking No. 70203160000221827306)

1

**Office of the General Counsel**
**U.S. Department of Homeland Security**
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485
(Tracking No. 70203160000221827290)

**Office of Chief Counsel**
**U.S. Customs and Border Protection**
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, DC 20229
(Tracking No. 70203160000221827283)

**Attorney General of the United States**
**U.S. Department of Justice**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(Tracking No. 70203160000221827276 – *Package presumed lost in transit*)

Additionally, copies of the aforementioned documents were sent to the following party on

April 30, 2026 via USPS mail, electronic return receipts requested:

**Stephanie Rico**
**Civil Process Clerk**
**Office of the United States Attorney**
**For the Western District of Texas**
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216-5597
(Tracking No. 70210350000001291883)

Additionally, copies of the aforementioned documents were re-sent to the following party

on May 14, 2026 via USPS mail, electronic return receipts requested:

**Attorney General of the United States**
**U.S. Department of Justice**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(Tracking No. 70210350000001291890)

The U.S. Attorney for the Western District of Texas received the documents on April 21,

2026. Ex. 1. Defendant Markwayne Mullin received the documents on April 24, 2026. Ex. 2.

Defendant U.S. Department of Homeland Security received the documents on April 24, 2026.

Ex. 3. Defendant U.S. Customs and Border Protection received the documents on April 24, 2026.

Ex. 4. The United States Attorney General received the documents on May 26, 2026. Ex. 5. The

Civil Process Clerk for the Office of the U.S. Attorney for the Western District of Texas received

the documents on May 4, 2026. Ex. 6.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

DATED: 6/17/2026        Respectfully submitted,

/s/ _____

Libby Williams, Staff Paralegal
Center for Biological Diversity
1411 K Street N.W., Suite 1300
Washington, D.C. 2005
Tel: (875) 415-2934, Ext. 225
lwilliams@biologicaldiversity.org

Zeynep J. Graves (CA Bar No. 298533)*
Emma Yip (CA Bar No. 352446)*
Shannon Eva Labuschagne (CA Bar No. 365633)*
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
eyip@biologicaldiversity.org
slabuschagne@biologicaldiversity.org

Dustin Rynders (TX Bar No. 24048005)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 1108
Houston, TX 77251
Tel: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Kate Gibson Kumar (TX Bar No. 2413588)

3

Alana Park (TX Bar No. 24150568)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 17757
Austin, TX 78760
Tel: (512) 474-5073 ext. 225
kate@texascivilrightsproject.org
alana@texascivilrightsproject.org

*\* Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

4