# EXHIBIT 1

*Friends of the Ruidosa Church, et al., v. Marwayne Mullin, et al.*, 3:26-cv-01099-KC

Proof of Service for the U.S. Attorney for the Western District of Texas



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee  $5.30

$ $0.00

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ _____
☑ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery  $ _____

Postage  $4.44

$

Total Postage and Fees
$12.56

$

Postmark
Here
APR 17 2026

04/17/2026

Sent To
Justin R. Simmons, US ATTY WDTX
Street and Apt. No., or PO Box No.
601 NW Loop 410, Ste 600
City, State, ZIP+4®
San Antonio, TX 78216

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

2


**UNITED STATES**
**POSTAL SERVICE**

April 29, 2026

Dear Emma Yip:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 3160 0002 2182 7313**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 21, 2026, 10:03 am |
| **Location:** | SAN ANTONIO, TX 78216 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 11.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

3