# EXHIBIT 2

*Friends of the Ruidosa Church, et al., v. Marwayne Mullin, et al.*, 3:26-cv-01099-KC

Proof of Service for Secretary Markwayne Mullin

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20528

OFFICIAL USE

**Certified Mail Fee** $5.30    0791    31

$ $0.00

**Extra Services & Fees** *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)    $
- ☑ Return Receipt (electronic)    $ $0.00
- ☐ Certified Mail Restricted Delivery    $ $0.00
- ☐ Adult Signature Required    $ $0.00
- ☐ Adult Signature Restricted Delivery    $

APR 17 2026    Postmark Here

**Postage** $4.14

$

04/17/2026

**Total Postage and Fees** $12.26

$

**Sent To** Markwayne Mullin, Sec. of DHS

**Street and Apt. No., or PO Box No.** 2707 Martin Luther King Jr Ave SE

**City, State, ZIP+4®** Washington, DC 20528-0525

**PS Form 3800, April 2015** PSN 7530-02-000-9047    See Reverse for Instructions

 **UNITED STATES POSTAL SERVICE**

April 29, 2026

Dear Emma Yip:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 3160 0002 2182 7306**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 24, 2026, 11:26 am |
| **Location:** | WASHINGTON, DC 20528 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 10.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | R Gill  R Gill |
| Address of Recipient: | 20528 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

3