# EXHIBIT 3

*Friends of the Ruidosa Church, et al., v. Marwayne Mullin, et al.*, 3:26-cv-01099-KC

Proof of Service for the U.S. Department of Homeland Security

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

Washington DC 20529

**OFFICIAL USE**

| | |
|---|---|
| **Certified Mail Fee** $5.30 | |
| $ $0.00 | |
| **Extra Services & Fees** *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy)        $ $2.82 | |
| ☑ Return Receipt (electronic)      $ $0.00 | STOSSET NY 11791 |
| ☐ Certified Mail Restricted Delivery  $ $0.00 | APR 17 2026 **Postmark Here** |
| ☐ Adult Signature Required        $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | USPS |
| **Postage** $4.14 | |
| $ | 04/17/2026 |
| **Total Postage and Fees** $12.26 | |
| $ | |

**Sent To** Office of Gen. Counsel, US PHS

**Street and Apt. No., or PO Box No.** 245 Murray Lane SW, MS 0485

**City, State, ZIP+4®** Washington, DC 20528-0485

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

2


**UNITED STATES**
**POSTAL SERVICE**

April 29, 2026

Dear Emma Yip:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 3160 0002 2182 7290**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 24, 2026, 11:26 am |
| **Location:** | WASHINGTON, DC 20528 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 10.0oz |

**Recipient Signature**

| | |
| --- | --- |
| Signature of Recipient: | R Gill  R Gill |
| Address of Recipient: | 20528 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

3