# EXHIBIT 4

*Friends of the Ruidosa Church, et al., v. Marwayne Mullin, et al.*, 3:26-cv-01099-KC

Proof of Service for the U.S. Customs and Border Protection

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20229

OFFICIAL USE

| Certified Mail Fee | $5.30 | 0791 |
| $ | $0.00 | 31 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $2.82
☑ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $4.14
$

**Total Postage and Fees**
$12.26

Postmark Here

04/17/2026

Sent To
Office of Chief Counsel, USCBP
Street and Apt. No., or PO Box No.
1300 Pennsylvania Ave, Ste. 4.4-B
City, State, ZIP+4®
Washington, DC 20229

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

2

 **UNITED STATES POSTAL SERVICE**

April 29, 2026

Dear Emma Yip:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 3160 0002 2182 7283.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | April 24, 2026, 11:24 am |
| **Location:** | WASHINGTON, DC 20229 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 10.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | R Gil / R Gill |
| Address of Recipient: | 20229 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

3