# EXHIBIT 5

*Friends of the Ruidosa Church, et al., v. Marwayne Mullin, et al.*, 3:26-cv-01099-KC

Proof of Service for the U.S. Attorney General

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Washington DC 20530

Certified Mail Fee $5.30

$ $0.00

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)              $
☑ Return Receipt (electronic)            $ $0.00
☐ Certified Mail Restricted Delivery     $ $0.00
☐ Adult Signature Required               $ $0.00
☐ Adult Signature Restricted Delivery    $

Postmark
Here

Postage $4.44

$

Total Postage and Fees
$12.56

04/17/2026

Sent To
US Atty Gen., US DOJ
Street and Apt. No., or PO Box No.
950 Pennsylvania Ave, NW
City, State, ZIP+4®
Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

*Return receipt never received by Plaintiffs; package presumed lost in transit.*



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee **$5.30** | 0146 |
| $ $0.00 | 38 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $2.82 | BROOKLINE BR. 02446 |
| ☑ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | MAY 1 4 2026 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage **$3.00** | 05/14/2026 |
| $ | USPS |
| Total Postage and Fees **$11.12** | |
| $ | |

Sent To
USAG US Department of Justice

Street and Apt. No., or PO Box No.
950 Pennsylvania Ave., NW

City, State, ZIP+4®
Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

3

 **UNITED STATES**
**POSTAL SERVICE**

June 9, 2026

Dear Emma Yip:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7021 0350 0000 0129 1890**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | May 26, 2026, 4:35 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 6.0oz |

| Recipient Signature | |
| --- | --- |
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

4