# EXHIBIT 6

*Friends of the Ruidosa Church, et al., v. Marwayne Mullin, et al.*, 3:26-cv-01099-KC

Proof of Service for the Civil Process Clerk for the Western District of Texas U.S. Attorney



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
### Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

San Antonio, TX 78216

OFFICIAL USE

Certified Mail Fee  **$5.30**

$                                    $0.00                    0146
                                                             38
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ **$2.82**
☑ Return Receipt (electronic)      $ **$0.00**
☐ Certified Mail Restricted Delivery  $ **$0.00**
☐ Adult Signature Required          $ **$0.00**
☐ Adult Signature Restricted Delivery $

Postage        **$4.14**

$

Total Postage and Fees
**$12.26**
$

Sent To
Stephanie Pico Civ. P. Clerk. USAtty WDTx
Street and Apt. No., or PO Box No.
601 NW Loop 410, Suite 600
City, State, ZIP+4®
San Antonio, TX 78216-5597

Postmark Here
APR 30 2026
04/30/2026
BROOKLINE BR 02446
USPS

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

2

 **UNITED STATES POSTAL SERVICE**

May 5, 2026

Dear Emma Yip:

The following is in response to your request for proof of delivery on your item with the tracking number: **7021 0350 0000 0129 1883**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | May 4, 2026, 10:33 am |
| **Location:** | SAN ANTONIO, TX 78216 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 10.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 601 NW LOOP 410 STE 600 |
| **City, State ZIP Code:** | SAN ANTONIO, TX 78216-5512 |

## Recipient Signature

Signature of Recipient: *[handwritten signature]*

Address of Recipient: *[handwritten address]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004