**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

|  |  |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants*. | Case No. 3:26-cv-01099-KC |

**[PROPOSED] SCHEDULING ORDER**

The Court hereby issues the following Scheduling Order for the Parties' cross-motions for summary judgement:

1. Plaintiffs will file a Motion for Summary Judgment by July 17, 2026;

2. Defendants will file a Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment within 21 days thereafter;

3. Plaintiffs will file an Opposition to Defendants' Motion for Summary Judgment and Reply to Defendants' Opposition within 21 days thereafter;

4. Defendants will file a Reply to Plaintiffs' Opposition within 14 days thereafter.

Further, Defendants' obligation to respond to Plaintiffs' First Amended Complaint (ECF No. 11) and the Parties' obligations set forth in Rule 26(f) and this Court's Standing Order on Pretrial Deadlines are stayed until after the Court has ruled on the Parties' cross-motions for summary judgment. If the case is not resolved on summary judgment, Defendants must respond to Plaintiffs' Complaint and the Parties must file the full Report of Parties' Planning Meeting prescribed in Appendix A of the Court's Standing Order on Pretrial Deadlines within 30 days of the Court's ruling on the motions.

**SO ORDERED.**

SIGNED this ___ day of ____.

_____

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE