**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,

*Defendants*.

Case No. 3:26-cv-01099-KC

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENT TO AMENDED COMPLAINT**

Before the Court is Plaintiffs' motion for leave to file a supplement to their amended complaint.

The Court, having considered Plaintiffs' motion, **GRANTS** the motion in its entirety. It is hereby **ORDERED** that Plaintiffs file the proposed supplement to their amended complaint, attached as Exhibit 1 to their motion, onto the docket for this case.

**SO ORDERED.**

SIGNED this ___ day of ____.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE