**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION, <br><br> *Defendants.* | Case No. 3:26-cv-01099-KC |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Friends of the Ruidosa Church, Danny William Miller Junior, and Center For Biological Diversity ("Plaintiffs") have moved this Court for an order granting summary judgment against Defendants Markwayne Mullin, in his official capacity as Secretary of Homeland Security, U.S. Department of Homeland Security ("DHS"), and U.S. Customs And Border Protection ("Defendants") for ongoing violations of the U.S. Constitution stemming from the DHS Secretary's issuance of the Big Bend Waivers (91 Fed. Reg. 7297 (Feb. 17, 2026), *as amended by* 91 Fed. Reg. 40550 (July 2, 2026); 91 Fed. Reg. 27969 (May 15, 2026), *as amended by* 91 Fed. Reg. 34831 (June 9, 2026)) and the Illegal Immigration Reform and Immigrant Responsibility Act Section 102(c) waiver authority. In support of their motion, Plaintiffs have submitted declarations, expert reports, and documentary evidence. In response, Defendants have not suggested any other adjudicative facts that they have not violated the U.S. Constitution.

1

Having considered the Parties' briefing and the entire record before this Court, and having found no genuine dispute over the material facts that support Plaintiffs' motion, this Court enters summary judgment against Defendants and finds:

1.      The Big Bend Waivers (91 Fed. Reg. 7297 (Feb. 17, 2026), *as amended by* 91 Fed. Reg. 40550 (July 2, 2026); 91 Fed. Reg. 27969 (May 15, 2026), *as amended by* 91 Fed. Reg. 34831 (June 9, 2026)) and Illegal Immigration Reform and Immigrant Responsibility Act Section 102(c) waiver authority violate the U.S. Constitution.

2.      The Big Bend Waivers are unconstitutional and therefore VACATED and SET ASIDE.

3.      Defendants are ENJOINED from building border barrier or related infrastructure in the Big Bend Sector until and unless Defendants comply with all applicable laws, including those previously waived in the Big Bend Waivers.

4.      Defendants' Motion for Summary Judgment (ECF No. _____) is DENIED.

**IT IS SO ORDERED.**


**SIGNED** this _____ day of _____, 2026.


_____
The Honorable Kathleen Cardone
United States District Judge

2