**CERTIFICATE OF SERVICE**

I certify that the foregoing Motion for Summary Judgment, Proposed Undisputed Facts,

Appendix of Evidence: Volume I, Appendix of Evidence: Volume II, and Proposed Order were

filed electronically through the CM/ECF system, which causes all parties or counsel to be served

by electronic means.

DATED: July 17, 2026          Respectfully submitted,

*/s/* Emma Yip
Emma Yip (CA Bar No. 352446)
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
eyip@biologicaldiversity.org

*Admitted Pro Hac Vice*

1