**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION, <br><br> *Defendants*. | Case No. 3:26-cv-01099-KC |

**DECLARATION OF EMMA YIP IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION TO EXPEDITE CONSIDERATION
OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Emma Yip, declare as follows:

1. I have personal knowledge of the facts contained in this Declaration and, if called upon to do so, could and would testify competently thereto under oath.

2. I am a member in good standing of the Bars of the States of California and Washington and am admitted pro hac vice in this matter. I am a staff attorney at the Center for Biological Diversity, and represent all Plaintiffs in the above-captioned case. I submit this declaration in support of Plaintiffs' Motion to Expedite.

3. Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence between counsel for Plaintiffs (Zeynep Graves, Emma Yip, and Shannon Labuschagne) and

1

counsel for Defendants (Alex Yun and Andrew Warden) between May 28, 2026 and August 6, 2026.

4.    Attached hereto as **Exhibit 2** is a true and correct copy of a letter sent via email on August 3, 2026 from Plaintiffs' counsel, Emma Yip, Zeynep Graves, Shannon Labuschagne, Dustin Rynders, Kate Gibson Kumar, and Alana Park to Defendants' counsel, Alex Yun, providing notice to Defendants that Plaintiffs intended to seek expedited, emergency injunctive relief unless all ground disturbing activities in the Big Bend Sector were paused pending the resolution of Plaintiffs' Motion for Summary Judgment.

5.    Attached hereto as **Exhibit 3** is a true and correct copy of an article written by Sam Karas for the Big Bend Sentinel. The article is titled *More questions than answers as contractors descend upon Big Bend National Park* and was published on August 4, 2026. The article is publicly available online at https://bigbendsentinel.com/2026/08/04/more-questions-than-answers-as-contractors-descend-upon-big-bend-national-park/ and was last accessed on August 5, 2026.

6.    On July 31, 2026, Texas Land Commissioner Dawn Buckngham sent a cease and desist letter to Customs and Border Protection and contractor Bernard Construction for unlawfully clearing state-owned lands in violation of Texas General Land Office requirements. Attached as **Exhibit 4** is a true and correct copy of Commissioner Buckingham's letter, which is also publicly available at https://www.glo.texas.gov/sites/default/files/2026-07/letters.pdf?utm_medium=email&utm_source=govdelivery and was last accessed on August 6, 2026.

7.    Attached hereto as **Exhibit 5** is a true and correct copy of an article written by Coral Murphy Marcos for the Guardian. The article is titled *Crews building Trump border wall in drought-hit New Mexico ordered to stop drilling wells* and was published on August 3, 2026. The

article is publicly available online at https://www.theguardian.com/us-news/2026/aug/03/trump-border-wall-new-mexico-wells and was last accessed on August 5, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Seattle, Washington on August 6, 2026.

*/s/ Emma Yip*

Emma Yip