# EXHIBIT 1

Yip Declaration

 **Outlook**

## Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

**From** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>

**Date** Thu 8/6/2026 1:38 PM

**To** Emma Yip <eyip@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>

**Cc** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <alana@texascivilrightsproject.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Kate@texascivilrightsproject.Org <kate@texascivilrightsproject.org>; Ben Fishman <bfishman@biologicaldiversity.org>

Hi Emma,

Thanks for asking. I take your question to mean that you'll move to expedite plaintiffs motion for summary judgment, but in the alternative move to expedite both plaintiffs and defendants motions for summary judgment. If that's correct, we have no objection to you framing the motion this way.

Thanks,
Alex

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Thursday, August 6, 2026 2:45 PM
**To:** Zeynep Graves <zgraves@biologicaldiversity.org>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <alana@texascivilrightsproject.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Kate@texascivilrightsproject.Org <kate@texascivilrightsproject.org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Andrew and Alex,

After considering how to frame Plaintiffs' motion to expedite, we feel it would be most efficient to request that the court expedite its consideration of Plaintiffs' motion for summary judgment, and in the alternative, both motions. Would this framing change the government's position on our motion?

Thank you,
Emma

**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY
206-858-2297

**From:** Zeynep Graves <zgraves@biologicaldiversity.org>
**Sent:** Wednesday, August 5, 2026 6:31 PM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Emma Yip <eyip@biologicaldiversity.org>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <alana@texascivilrightsproject.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Kate@texascivilrightsproject.Org <kate@texascivilrightsproject.org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Subject:** Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Andrew,

Thank you for your response. At this point, Plaintiffs intend to move for expedited consideration of their Motion for Summary Judgment and will defer seeking a TRO or preliminary injunctive relief in the hope that the merits can be resolved more expeditiously through summary judgment.

We also appreciate Defendants' agreement to file their reply in support of their Motion for Summary Judgment within seven days after Plaintiffs file their opposition.

Sincerely,
Zeynep

Zeynep Graves
Senior Attorney
Center *for* Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612-3030
510.844.7160

This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please do not read it. Please reply to the sender that it has been sent in error and delete the message. Thank you.

---

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Wednesday, August 5, 2026 1:16 PM
**To:** Emma Yip <eyip@biologicaldiversity.org>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <alana@texascivilrightsproject.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Kate@texascivilrightsproject.Org <kate@texascivilrightsproject.org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Emma:

CBP cannot agree to postpone the current work that has started this week in the park.  We regret any confusion about the notice issue.  While CBP's view is that temporary impacts on the surface ground, such as geotechnical sub-surface investigation (e.g., temporarily removing dirt and refilling a hole), disturbance of above-ground vegetation, and maintenance of previously-disturbed roadways, does not necessitate advance notice, we understand Plaintiffs take a different view and have concerns with this degree of pre-construction planning work. We have no interest in delaying resolution of this case and, as noted in my email yesterday, we are willing to work with you to set an expedited schedule to resolve the litigation as efficiently as possible for all sides.

Best regards,
Andrew


Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Tuesday, August 4, 2026 9:53 PM
**To:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves
<zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org; Dustin@texascivilrightsproject.Org;
Kate@texascivilrightsproject.Org; Ben Fishman <bfishman@biologicaldiversity.org>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Andrew,

We will confer with our clients regarding your proposal and respond shortly. However, today our
clients saw footage of what appeared to be heavy machinery entering the National Park. Given
the irreparable harms our clients would face by ground-disturbing activities within the National
Park, we would ask, at a minimum, Defendants postpone any clearing, grubbing, pioneering,
road building, and other ground-disturbing activities until 30 days have elapsed from
Defendants' notice to Plaintiffs (July 31, 2026). If the 30-day notice agreement is no longer in
effect, please let us know.

Thank you,
Emma

**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY
206-858-2297

---

**From:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Sent:** Tuesday, August 4, 2026 2:15 PM
**To:** Emma Yip <eyip@biologicaldiversity.org>; Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves
<zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.org>;
Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Kate@texascivilrightsproject.Org
<Kate@texascivilrightsproject.org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Emma:

CBP cannot agree to postpone the pre-construction geo-technical planning work that is scheduled to begin in the
Big Bend 4 project area this week, nor is CBP in a position to suspend all ground disturbing activities in the entire
Big Bend Sector as demanded in your letter of August 3. To avoid duplicative preliminary injunction and summary
judgment briefing, we would be open to accelerating the current summary judgment schedule so the Court would
be in a position to rule on the motions on a faster basis. We will file our opposition and cross-motion on Friday.
We have no objection to you filing your opposition / reply as soon as you are able. We would ask for 7 days to file

our final reply.  Instead of a separate PI motion briefing process, we'd suggest plaintiffs move for expedited consideration of the summary judgment motions.  Defendants would reserve the right to submit an appropriate response to any such motion, but we would not oppose a request by Plaintiffs for the Court to expedite a ruling on the motions.

Best regards,
Andrew


Andrew I. Warden
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 616-5084

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Monday, August 3, 2026 4:24 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org; Dustin@texascivilrightsproject.Org; Kate@texascivilrightsproject.Org; Ben Fishman <bfishman@biologicaldiversity.org>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Dear Alex,

Please find attached Plaintiffs' notice of intent to file for emergency, expedited injunctive relief in this matter. We remain open to discussing alternative options, please let me know if you would like to schedule a call to discuss further.

Thank you,
Emma

**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY
206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Friday, July 31, 2026 7:18 AM
**To:** Emma Yip <eyip@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

The field work is set to begin next week. To be clear, this is more of pre-construction work and is not considered ground disturbing activity. As to the man camp, I have not received any information about that, but again, it wouldn't be considered a ground disturbing activity.

Happy to discuss more if you'd like.

Alex

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Thursday, July 30, 2026 4:50 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org; Dustin@texascivilrightsproject.Org; Kate@texascivilrightsproject.Org; Ben Fishman <bfishman@biologicaldiversity.org>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Thanks for the update, Alex.

Are you able to share when the field work/road repair work in the National Park is set to begin? Is it less than 30 days from now? Additionally, we've heard that a man camp is being built in the National Park. Can you confirm whether or not this is accurate?

Thanks,
Emma

**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY
206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Thursday, July 30, 2026 12:18 PM
**To:** Emma Yip <eyip@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Emma,

I just received word from my clients regarding your initial inquiry. There is currently no work scheduled within 10 miles of either the Miller property or Ruidosa Church. There is also no work scheduled in the BB Ranch State Park within the next 30 days.

As to Big Bend National Park, no dates have been set for installation of vehicle barrier or the construction or improvement of new or existing roads. The contractor does anticipate beginning some "field work" in the park soon, which includes activities like geotechnical testing, clearing and grubbing (i.e. removing vegetation to get to the geotech sites), and pioneering (i.e. creating a rudimentary access route into the project area). They also are considering some repairs to existing roads due to recent storms.

Please let me know if you have any questions.

Thanks,
Alex

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Wednesday, July 29, 2026 5:57 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org; Dustin@texascivilrightsproject.Org; Kate@texascivilrightsproject.Org; Ben Fishman <bfishman@biologicaldiversity.org>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Alex,

Great, thank you. To clarify, is the government's consent to us supplementing pleadings for the new waiver contingent on (1) supplementing our SJ motion and/or (2) modifying the summary judgment schedule?

I'm not sure that we're in a position where we can agree to anything that would extend the current briefing timeline—we've heard numerous rumors about ongoing and imminent construction in the waiver areas and are assessing our best options for how to address that while also navigating the timelines in the current case.

Thanks,
Emma


**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY
206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Wednesday, July 29, 2026 8:44 AM
**To:** Emma Yip <eyip@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>;

Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Emma,

Thanks for your email. Yes, we still plan to provide notice as stated in our briefing schedule. I do not believe anything significant has occurred, but I'll check with my clients in case.

As to the second point, we feel that a second MSJ is not the most efficient way to resolve this case. We have no objections to Plaintiffs supplementing the complaint, but we then suggest revising your current motion rather than filing a separate MSJ. This way we only brief everything once. If that's acceptable to you, we'd be happy to amend the briefing schedule to allow you time to revise your motion.

Please let me know what you think. If a call would be easier to discuss, I'm generally free the rest of the week.

Thanks,

Alex

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Tuesday, July 28, 2026 4:47 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org; Dustin@texascivilrightsproject.Org; Kate@texascivilrightsproject.Org; Ben Fishman <bfishman@biologicaldiversity.org>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Alex,

We are checking in with two questions. First, we are curious to know if there are any additional construction updates that you can provide us in the Big Bend sector. Does the government still intend to provide us with 30 days notice before construction commences in the state or national parks, and is it still the government's stated position that no ground disturbing activities will occur within 10 miles of the Church or Plaintiff Miller's property before February?

Second, DHS published another waiver yesterday that implicates the current lawsuit: 91 Fed. Reg. 46939 (July 27, 2026). After discussions about whether Plaintiffs should file a new complaint or seek to supplement the existing complaint, we believe supplementing would be the most efficient path forward. We propose to file another motion for leave to supplement the existing complaint and ask that the court not modify the existing briefing schedule and treat our filed-MSJ as a partial MSJ. This way, we can resolve the already briefed waivers on summary judgment and stay briefing on the new waiver until resolution of what's already before the court. Would DOJ consent to this approach?

Thank you,

Emma

**Emma Yip** (she/her)

Staff Attorney

Public Lands Law Center

CENTER *for* BIOLOGICAL DIVERSITY

206-858-2297

*The information contained in this email message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please notify the sender by reply email and delete the message and any attachments.*

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Wednesday, July 1, 2026 2:41 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Subject:** Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Great, thanks Alex.

**Emma Yip** (she/her)

Staff Attorney

Public Lands Law Center

CENTER *for* BIOLOGICAL DIVERSITY

206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Wednesday, July 1, 2026 1:51 PM
**To:** Emma Yip <eyip@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Shannon Labuschagne
<Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>;
Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>; Dustin@texascivilrightsproject.Org
<Dustin@texascivilrightsproject.Org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>; Ben
Fishman <bfishman@biologicaldiversity.org>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)


Hi Emma,


Thanks for asking about this. Defendants consent to Plaintiffs supplementing the complaint.


Best,

Alex

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Wednesday, July 1, 2026 3:56 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Shannon Labuschagne
<Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>;
Alana@texascivilrightsproject.Org; Dustin@texascivilrightsproject.Org; Kate@texascivilrightsproject.Org; Ben
Fishman <bfishman@biologicaldiversity.org>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)


Hi Alex,

A new waiver was published in the inspection documents for the Federal Register (scheduled to be formally published tomorrow), which purports to amend the February 17 waiver "by including additional legal requirements that are being waived." From what I can tell from an initial review of the new waiver, the only amendment is to add the Rivers and Harbors Act to the February waiver.

Plaintiffs would like to supplement the complaint to include tomorrow's waiver. This will not change our claims and we will not request any amendments to the current briefing schedule. Will you please let me know Defendants' position on our motion for leave to supplement?

Thanks,

Emma

**Emma Yip** (she/her)

Staff Attorney

Public Lands Law Center

CENTER *for* BIOLOGICAL DIVERSITY

206-858-2297

*The information contained in this email message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please notify the sender by reply email and delete the message and any attachments.*

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Monday, June 22, 2026 10:55 AM
**To:** Emma Yip <eyip@biologicaldiversity.org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>; Dustin@texascivilrightsproject.Org <Dustin@texascivilrightsproject.Org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Thanks, Emma. We're good with the added changes, so I'll file now. And yes, service via email for the discovery requests is fine.

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Monday, June 22, 2026 12:14 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org; Dustin@texascivilrightsproject.Org; Kate@texascivilrightsproject.Org; Ben Fishman <bfishman@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Good morning, Alex,

Our clients have signed off on the terms set forth in the attached joint motion and proposed scheduling order as you last shared it with us. My only substantive edit to the joint motion was to add in that "Defendants state . . . that they will provide Plaintiffs' council with at least a 30 day notice prior to the commencement of any ground disturbing activities in Big Bend Ranch State Park or Big Bend National Park."

In order for us to issue service for filings and other papers pursuant to Rule 5 (e.g., discovery requests), will you consent to receive service via email?

I signed the joint motion assuming the added language and email service would be acceptable—if so, are you able to finalize the documents and file with the court today?

Thank you,

Emma

**Emma Yip** (she/her)

Staff Attorney

Public Lands Law Center

CENTER *for* BIOLOGICAL DIVERSITY

206-858-2297

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Thursday, June 18, 2026 6:37 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>; Dustin@texascivilrightsproject.Org <Dustin@texascivilrightsproject.Org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

I imagine that will work for us. Let me touch base with our clients over the weekend and we can hopefully finalize on Monday.

**Emma Yip** (she/her)

Staff Attorney

Public Lands Law Center

CENTER *for* BIOLOGICAL DIVERSITY

206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Thursday, June 18, 2026 5:45 PM
**To:** Emma Yip <eyip@biologicaldiversity.org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>; Dustin@texascivilrightsproject.Org <Dustin@texascivilrightsproject.Org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Got it. Would you be opposed to limiting the 30 day notice to just ground disturbing activities? Otherwise the waiver language encompasses noninvasive activities, such as surveying, which I assume are not harmful to your clients.

_____

**Alex Yun**

Trial Attorney

U.S. Department of Justice

Civil Division | Federal Programs Branch

(202) 674-0255

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Thursday, June 18, 2026 5:04:35 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>; Dustin@texascivilrightsproject.Org <Dustin@texascivilrightsproject.Org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Fantastic. By construction, we mean all actions that are included in the challenged IIRIRA waivers: "construction of physical barriers and roads (including, but not limited to, accessing the project areas, creating and using staging areas, the conduct of earthwork, excavation, fill, and site preparation, and installation and upkeep of physical barriers, roads, supporting elements, drainage, erosion controls, safety features, lighting, cameras, and sensors)."

**Emma Yip** (she/her)

Staff Attorney

Public Lands Law Center

CENTER *for* BIOLOGICAL DIVERSITY

206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Thursday, June 18, 2026 1:53 PM
**To:** Emma Yip <eyip@biologicaldiversity.org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>; Dustin@texascivilrightsproject.Org <Dustin@texascivilrightsproject.Org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>; Ben Fishman

<bfishman@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)


Yes they would. Just to clarify though, what do you mean by construction? Any pre construction testing or preparation, or actual building of border wall?

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Thursday, June 18, 2026 4:21:27 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>; Dustin@texascivilrightsproject.Org <Dustin@texascivilrightsproject.Org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)


Understood, thanks Alex. Would your clients be willing to provide us with 30 days notice before construction begins in the state or national parks?


**Emma Yip** (she/her)

Staff Attorney

Public Lands Law Center

CENTER *for* BIOLOGICAL DIVERSITY

206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Thursday, June 18, 2026 1:10 PM
**To:** Emma Yip <eyip@biologicaldiversity.org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>; Dustin@texascivilrightsproject.Org <Dustin@texascivilrightsproject.Org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Thanks again, Emma. We're fine with the statement that no activity is expected before Feb. 2027. 2 other comments:

1. As we don't know the schedule for BB4, we can't state what is expected for Big Bend Ranch or Big Bend National Park. If new information comes to light, we're open to amending the schedule accordingly. We're also open to adding a sentence in the proposed order regarding amendments.

2. Regarding the man camps, we feel that that is outside the scope of this lawsuit. To the extent you're talking about border construction workers trespassing, that is essentially a follow-the-law order, which we generally don't agree to.

Again, happy to discuss. Tomorrow is a federal holiday meaning getting anything from my clients will be difficult, so this might have to wait until Monday, unfortunately.

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Thursday, June 18, 2026 2:40 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org; Dustin@texascivilrightsproject.Org; Kate@texascivilrightsproject.Org; Ben Fishman <bfishman@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Alex,

Thanks for chatting just now. We will need to run these edits by our clients prior to finalizing, but here are my proposed changes.

Additionally, I forgot to ask about man camps when we spoke: Friends of the Ruidosa Church is concerned that a possible man camp is being built near the church, and that it will result in workers trespassing onto church property. I've added a line to the draft join motion that I hope will alleviate that concern for our client.

Thanks,

Emma

**Emma Yip** (she/her)

Staff Attorney

Public Lands Law Center

CENTER *for* BIOLOGICAL DIVERSITY

206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Thursday, June 18, 2026 9:12 AM
**To:** Emma Yip <eyip@biologicaldiversity.org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>; Dustin@texascivilrightsproject.Org <Dustin@texascivilrightsproject.Org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Emma,

Thanks for drafting this. Here are some edits, let me know what you think.

On the issue of construction schedules, we feel it isn't necessary to inform the Court of when exactly construction will be taking place. Construction schedules are notoriously subject to change due to many factors (weather, personnel, materials, etc.), so providing dates could lead to unnecessary updates with the Court. Of course, we will still keep you all informed of any changes, if any.

Regarding the stay, we cannot agree to stay construction pending judicial resolution. According to our schedule, briefing will be complete by the beginning of September, giving the Court approximately five months to reach a decision. If for some reason the case is not resolved within that time frame, Plaintiffs can always file for emergency relief, but we believe that it is unnecessary at this time.

If you'd rather discuss this over a phone call, let me know. I'm free until 4 ET.

Thanks,

Alex

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Wednesday, June 17, 2026 4:36 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org; Dustin@texascivilrightsproject.Org; Kate@texascivilrightsproject.Org; Ben Fishman <bfishman@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Alex,

Thanks for getting back to us. Our clients will be relieved to know that construction near these points is still a ways out. In order for us to consent to a longer briefing schedule and to avoid seeking emergency relief, we think it's important to memorialize preserving the status quo during the pendency of the litigation. Attached is a draft joint motion for scheduling order and proposed order that puts forward the basis upon which we're willing to agree to this schedule.

As we discussed on our call, we are also seeking limited fact discovery and have suggested a 20-day deadline for Defendants to respond to those requests in order to fit within the proposed schedule.

Thanks,

Emma

**Emma Yip** (she/her)

Staff Attorney

Public Lands Law Center

CENTER *for* BIOLOGICAL DIVERSITY

206-858-2297

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Wednesday, June 17, 2026 5:08 AM
**To:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Emma Yip <eyip@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>; Dustin@texascivilrightsproject.Org <Dustin@texascivilrightsproject.Org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>; Ben Fishman

<bfishman@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Shannon,

Sorry for the delay as we conferred with our clients. It appears that both gps locations you provided are within the Big Bend 2 project area, with the Church of the Sacred Heart at the tale end of BB 3 and the Miller property at the tale end of BB 4. Based on current construction schedules, the soonest construction activity of BB 3 or 2 would be within 10 miles of those points would be mid February 2027.

As to BB 4, CBP awarded a contract to a contractor on May 11, 2026, but otherwise no construction schedule has been set. I can certainly update you if or when I get more definite dates.

As this case will be fully briefed and decided well in advance of February 2027, we don't think a stay or emergency relief are necessary. If you agree, we'd be happy to pick up with our agreed briefing schedule.

Thanks,

Alex

---

**From:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>
**Sent:** Tuesday, June 16, 2026 5:06 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Emma Yip <eyip@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>; Dustin@texascivilrightsproject.Org <Dustin@texascivilrightsproject.Org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Alex,

I'm just checking in to see if you've heard anything from your clients regarding the BB4 construction schedule, or their positions on staying construction within the special interest area zones?

Thanks,

Shannon

---

**From:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>
**Sent:** Monday, June 15, 2026 11:24 AM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Emma Yip <eyip@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>; Dustin@texascivilrightsproject.Org <Dustin@texascivilrightsproject.Org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Alex,

I've included answers to your questions below. Please let me know if anything needs further clarification.

1. **What are your clients' concerns regarding the two GPS points? I believe you mentioned a concern that construction vibrations could harm the Church, but what about Plaintiff Miller's property?**

   Plaintiff Friends of the Ruidosa church has a special interest in GPS points 29.984362571863777, -104.68223833533409 because that is the location of the historic adobe church, El Corazón Sagrado de la Iglesia de Jesús (also known as the Sacred Heart Church). Construction vibrations and ground disturbance from border wall construction poses a physical threat to the church's extremely fragile adobe structure, as well as aesthetic harms. To maintain the status quo and ensure the church is not damaged or destroyed pending cross motions for summary judgment, a buffer of 10 miles should protect the church from such damage.

   Plaintiff Miller has a special interest in GPS points 29.3842116, -104.1276861 because that is the location of his family property. He uses the family property regularly for river access and to camp with his family. Construction impacts such as lights, noise, and physically blocking access to the river in the vicinity of his property would substantially impair the use and enjoyment of his property which he uses to connect nature and bond with his family.  A 10-mile buffer would ensure that construction does not impair his continued use of his historic access points to the river and would allow him to recreate undisturbed during the pendency of the motions.

2. **I don't think we discussed the state and national park. Are you asking for construction to be stayed within the entirety of BB Ranch and BB National Park?**

Yes, we are asking for construction to be stayed in BB Ranch and BB National Park due to Client Center for Biological Diversity's special interest in public lands, native species, and their habitats.  I want to highlight that there is a portion of the state park located in BB 2, but the rest of the park land is located in BB 4. Have you been able to get a construction schedule for that segment?

Best,

Shannon

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Monday, June 15, 2026 9:47 AM
**To:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Emma Yip <eyip@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>; Dustin@texascivilrightsproject.Org <Dustin@texascivilrightsproject.Org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Thanks Shannon. A few clarifying questions:

1. What are your clients' concerns regarding the two GPS points? I believe you mentioned a concern that construction vibrations could harm the Church, but what about Plaintiff Miller's property?

2. I don't think we discussed the state and national park. Are you asking for construction to be stayed within the entirety of BB Ranch and BB National Park?

Thanks,

Alex

---

**From:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>
**Sent:** Monday, June 15, 2026 12:35 PM

**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Emma Yip <eyip@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org; Dustin@texascivilrightsproject.Org; Kate@texascivilrightsproject.Org
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)


Hi Alex,


Thank you for following up. Our clients' key locations of concern are:


- Sacred Heart Church (GPS points 29.984362571863777, -104.68223833533409)
- Plaintiff Miller's Property (GPS points: 29.3842116, -104.1276861)
- Big Bend Ranch State Park and Big Bend National Park


As mentioned on the call, if your clients agree to staying construction within 10-miles of these points, we anticipate being able to proceed with the proposed MSJ schedule discussed on Friday. We drafted a joint stipulation for a briefing schedule that lays out this agreement, the cross-motion for summary judgment schedule, and limited discovery for Plaintiffs. We will share the draft as soon as we complete our internal routing process.


Best,

Shannon

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Monday, June 15, 2026 8:11 AM
**To:** Emma Yip <eyip@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>; Dustin@texascivilrightsproject.Org <Dustin@texascivilrightsproject.Org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)


Hi all,


Just following up on our Friday conversation. Will you still be able to get me your clients' locations of concern by end of day today?

Thanks,

Alex

---

**From:** Emma Yip <<u>eyip@biologicaldiversity.org</u>>
**Sent:** Friday, June 12, 2026 1:58 PM
**To:** Yun, Alex (CIV) <<u>Alex.Yun@usdoj.gov</u>>; Zeynep Graves <<u>zgraves@biologicaldiversity.org</u>>; <u>Alana@texascivilrightsproject.Org</u>; <u>Dustin@texascivilrightsproject.Org</u>; <u>Kate@texascivilrightsproject.Org</u>; Shannon Labuschagne <<u>Slabuschagne@biologicaldiversity.org</u>>
**Cc:** Warden, Andrew (CIV) <<u>Andrew.Warden@usdoj.gov</u>>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Alex,

We had some follow-up questions that might be easier to discuss briefly on a call again. Are you available to rejoin the original meeting link for another 5-10 minutes?

Thanks,

Emma

**Emma Yip** (she/her)

Staff Attorney

Public Lands Law Center

CENTER *for* BIOLOGICAL DIVERSITY

206-858-2297

---

**From:** Yun, Alex (CIV) <<u>Alex.Yun@usdoj.gov</u>>
**Sent:** Thursday, May 28, 2026 11:04 AM
**To:** Zeynep Graves <<u>zgraves@biologicaldiversity.org</u>>; <u>Alana@texascivilrightsproject.Org</u> <<u>Alana@texascivilrightsproject.Org</u>>; <u>Dustin@texascivilrightsproject.Org</u> <<u>Dustin@texascivilrightsproject.Org</u>>; Emma Yip <<u>eyip@biologicaldiversity.org</u>>; <u>Kate@texascivilrightsproject.Org</u> <<u>Kate@texascivilrightsproject.Org</u>>; Shannon Labuschagne <<u>Slabuschagne@biologicaldiversity.org</u>>
**Cc:** Warden, Andrew (CIV) <<u>Andrew.Warden@usdoj.gov</u>>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

That works for us. Thanks.


Alex

---

**From:** Zeynep Graves <zgraves@biologicaldiversity.org>
**Sent:** Thursday, May 28, 2026 2:01 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Alana@texascivilrightsproject.Org; Dustin@texascivilrightsproject.Org; Emma Yip <eyip@biologicaldiversity.org>; Kate@texascivilrightsproject.Org; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)


Great. How is 10:00 a.m. PT on June 12? I can circulate a calendar invite and Microsoft Teams link.


Best,

Zeynep


Zeynep Graves

Senior Attorney

Center *for* Biological Diversity

2100 Franklin St., Suite 375
Oakland, CA 94612-3030

510.844.7160


This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please do not read it. Please reply to the sender that it has been sent in error and delete the message. Thank you.

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Thursday, May 28, 2026 10:32 AM
**To:** Zeynep Graves <zgraves@biologicaldiversity.org>;
Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>;

Dustin@texascivilrightsproject.Org <Dustin@texascivilrightsproject.Org>; Emma Yip
<eyip@biologicaldiversity.org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>; Shannon
Labuschagne <Slabuschagne@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Thanks for the prompt response, Zaynep.

June 12 works for us if you want to have a call. I'll talk to DHS about the construction schedule in the meantime.

Thanks,

Alex

---

**From:** Zeynep Graves <zgraves@biologicaldiversity.org>
**Sent:** Thursday, May 28, 2026 12:44 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Alana@texascivilrightsproject.Org; Dustin@texascivilrightsproject.Org;
Emma Yip <eyip@biologicaldiversity.org>; Kate@texascivilrightsproject.Org; Shannon Labuschagne
<Slabuschagne@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Alex and Andrew,

We're amenable to negotiating a briefing schedule, the timing of which will largely depend on your
clients' plans for construction. Perhaps we can set up a call to discuss further. Plaintiffs' attorneys would
be available to meet Tuesday, June 9, between 9:00 a.m. and 3:00 p.m. PT, Wednesday, June 10, between
9:00 and 11:00 a.m. PT or after 1:00 p.m. PT, or any time on Friday, June 12.

Also, as a courtesy, we wanted to let you know that we are planning to file an amended complaint, which
may affect any negotiated schedule.

Thank you,

Zeynep

Zeynep Graves

Senior Attorney

Center *for* Biological Diversity

2100 Franklin St., Suite 375
Oakland, CA 94612-3030

510.844.7160

This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please do not read it. Please reply to the sender that it has been sent in error and delete the message. Thank you.

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Thursday, May 28, 2026 7:31 AM
**To:** Alana@texascivilrightsproject.Org <Alana@texascivilrightsproject.Org>; Dustin@texascivilrightsproject.Org <Dustin@texascivilrightsproject.Org>; Emma Yip <eyip@biologicaldiversity.org>; Kate@texascivilrightsproject.Org <Kate@texascivilrightsproject.Org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi all,

I'm reaching out about the above captioned case for which you are listed as counsel. Andrew Warden (cc'd) and I will be representing Defendants in the matter. We're hoping that we can negotiate a briefing schedule that would be mutually beneficial to both parties. As we don't anticipate any disagreements on the facts of the case, we propose a four brief cross motions for summary judgment schedule with Plaintiffs filing first. We'd also propose staying Defendants' response to the complaint pending resolution of the MSJs. If that's acceptable to you, I'm happy to discuss a more detailed schedule.

Sincerely,

Alex Yun

_____

**Alex Yun**

Trial Attorney

U.S. Department of Justice

Civil Division | Federal Programs Branch

(202) 674-0255