# EXHIBIT 2

Yip Declaration



CENTER *for* BIOLOGICAL DIVERSITY

Alex Yun
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005

August 3, 2026

RE:    *Friends of the Ruidosa Church, et al. v. Mullin, et al.*, 3:26-cv-01099-KC

Dear Mr. Yun,

This letter serves as notice of Plaintiffs' intent to seek emergency injunctive relief in *Friends of the Ruidosa Church, et al. v. Mullin, et al.* An imminent threat to Plaintiffs' interests in Big Bend National Park (the "National Park") now exists despite Defendants' assurances that Plaintiffs would receive at least 30 days' notice before any ground disturbing activities commenced in the National Park. Unless Defendants promptly suspend all ground disturbing activities in the Big Bend Sector pending the resolution of Plaintiffs' Motion for Summary Judgment (ECF No. 19), Plaintiffs intend to seek emergency, expedited injunctive relief.

Federal Defendants seek to build border barrier across the entirety of Texas' Big Bend region—including along the Rio Grande and through the National Park's most remote, rugged, and iconic stretches. Plaintiffs oppose this project.

Although Plaintiffs have sought information through FOIA requests, FOIA litigation, and limited discovery in this action, they have received no records identifying specific construction plans for the government's border barrier project in Big Bend. Nevertheless, Plaintiffs did not move for emergency injunctive relief at the outset and instead agreed to an extended briefing schedule in reliance on representations from Defendants' counsel that no ground disturbance or border barrier construction would commence within 10 miles of the Ruidosa Church or Mr. Miller's property before February 2027, and that Plaintiffs would receive at least 30 days' notice before any ground disturbing activities occurred in Big Bend Ranch State Park or the National Park. *See* ECF No. 15 at 4. On Friday, July 31, 2026, however, Defendants informed Plaintiffs' counsel that ground clearing, grubbing, and road building would begin "next week." That notice is incompatible with the commitments on which Plaintiffs relied in agreeing to an extended briefing schedule.

Your position that these activities are "not considered ground disturbing activit[ies]" cannot be reconciled with the ordinary meaning of that phrase or the Parties' discussions. Plaintiffs agreed that notice need not be required for non-invasive activities such as surveying because, as Defendants suggested, they "are not harmful to [our] clients." But, *clearing* (which means cutting down trees and bushes to prepare land for construction), *grubbing* (which means removing plant roots and stumps that remain after clearing), and road building are precisely the types of actions that harm our clients. These activities will alter the Big Bend landscape and inflict the environmental injuries that prompted Plaintiffs to litigate this issue in the first place.

These injuries are neither speculative nor temporary: once vegetation is removed, habitat fragmented, lights mounted, archaeological resources disturbed, and the character of the landscape altered, the resulting harms cannot be undone through post hoc litigation. Plaintiffs intend to seek emergency, expedited relief unless Defendants agree to maintain the status quo until resolution of Plaintiffs' Motion for Summary Judgment (ECF No. 19).

Sincerely,

Emma Yip (CA Bar No. 352446)
Zeynep J. Graves (CA Bar No. 298533)
Shannon Eva Labuschagne (CA Bar No. 365633)
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
zgraves@biologicaldiversity.org
eyip@biologicaldiversity.org
slabuschagne@biologicaldiversity.org

Dustin Rynders (TX Bar No. 24048005)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 1108
Houston, TX 77251
Tel: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Kate Gibson Kumar (TX Bar No. 2413588)
Alana Park (TX Bar No. 24150568)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 17757
Austin, TX 78760
Tel: (512) 474-5073 ext. 225
kate@texascivilrightsproject.org
alana@texascivilrightsproject.org

*Attorneys for Plaintiffs*