**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

|  |  |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION, <br><br> *Defendants*. | Case No. 3:26-cv-01099-KC |

**DECLARATION OF LAIKEN JORDAHL IN SUPPORT OF**
**PLAINTIFFS' UNOPPOSED MOTION TO EXPEDITE CONSIDERATION**
**OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Laiken Jordahl, hereby declare as follows:

1.      I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify to these facts.

2.      I live in Tucson, Arizona. I have been a member of the Center for Biological Diversity (the "Center") since 2017. As a Borderlands Campaigner, Southwest Conservation Advocate, and National Public Lands Advocate for the Center, I work to protect wildlife, ecosystems, and public lands throughout the West with a specific focus on the U.S.-Mexico borderlands. My work focuses on protecting endangered species and their habitats, and people's access to public lands and wild places, with a specific focus on wildlife and wildlands in the border region.

1

3.      Before joining the Center, I served as a National Park Service Wilderness Fellow, where I worked with stakeholders to monitor conditions in five national parks and monuments, including Big Bend National Park and Organ Pipe Cactus National Monument, and prepared in-depth reports assessing threats to wilderness character. My work was published in a series of reports entitled "Wilderness Character Narrative and Baseline Monitoring Assessments" for specific national parks and monuments. At Big Bend National Park, I analyzed threats to wilderness character and examined, among many other factors, how border security activities impact natural soundscapes and dark night skies, interfering with both the biotic community and people's ability to enjoy solitude and sounds of nature in wilderness.

4.      Attached hereto as **Exhibit 1** are true and correct copies of photographs posted on Instagram on August 5, 2026 by Natalie Newman, who uses the Instagram username "ntlnwmn." The photographs depict areas within Big Bend National Park and are publicly available online at https://www.instagram.com/p/DbqqQFgFCTf. I last accessed these photographs on August 6, 2026.

5.      Embedded in the *X* post linked below is a video I posted on August 4, 2026, depicting road graders and heavy equipment driving into Big Bend National Park near Santa Elena Canyon. The video is publicly available online at https://x.com/LaikenJordahl/status/2084755746668024160?s=20, which I last accessed on August 6, 2026.

6.      Embedded in the Instagram post linked below is a video posted by Natalie Newman, who uses the Instagram username "ntlnwmn," on the evening of August 5, 2026. The video depicts a family of javelinas crossing a construction site within Big Bend National Park,

with Santa Elena Canyon in the distance. The video is publicly available online at https://www.instagram.com/p/Dbr4FvOtn7-/, which I last accessed on August 6, 2026.

7.      On August 6, 2026, Natalie Newman shared with me, via Google Drive, additional video footage taken on or about August 5, 2026. True and correct copies of four of those videos are available at https://www.biologicaldiversity.org/resourcespace/pages/search.php?search=%21collection1692&k=75b8fbb997#. The videos show bulldozers ripping out plants, moving earth, and clearing land within Big Bend National Park.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 6, 2026, in Tucson, Arizona        .


_____
Laiken Jordahl