# EXHIBIT 1

Jordahl Declaration



2

