**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> *Plaintiffs*, <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION, <br><br> *Defendants*. | Case No. 3:26-cv-01099-KC |

**NOTICE OF ERRATA**

Plaintiffs Friends of the Ruidosa Church, Danny William Miller Junior, and Center for Biological Diversity file this Notice of Errata regarding their Motion to Expedite (ECF No. 21).

The filing contains an incorrect citation to an exhibit. Specifically, on page 4, a reference to an exhibit identifies the wrong exhibit number. No substantive changes have been made to the filing or the arguments presented therein. The change is identified below:

> Construction is now underway in the National Park. *See* Declaration of Laiken Jordahl ("Jordahl Decl.") ¶¶ 4–7 & Ex. ~~3–4~~ **1**; Yip Decl. ¶ 5 & Ex. 3.

A corrected copy of the Motion to Expedite is attached.

DATED: August 7, 2026  Respectfully submitted,

        */s/ Emma Yip*
        Emma Yip (CA Bar No. 352446)*
        Center for Biological Diversity
        2100 Franklin St., Ste 375

1

Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
eyip@biologicaldiversity.org

Zeynep J. Graves (CA Bar No. 298533)*
Shannon Eva Labuschagne (CA Bar No. 365633)
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (510) 844-7160
Fax: (520) 623-9797
zgraves@biologicaldiversity.org
slabuschagne@biologicaldiversity.org

Dustin Rynders (TX Bar No. 24048005)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 1108
Houston, TX 77251
Tel: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Kate Gibson Kumar (TX Bar No. 2413588)
Alana Park (TX Bar No. 24150568)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 17757
Austin, TX 78760
Tel: (512) 474-5073 ext. 225
kate@texascivilrightsproject.org
alana@texascivilrightsproject.org


*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that the foregoing document was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means.


DATED: August 7, 2026          Respectfully submitted,

*/s/* Emma Yip
Emma Yip (CA Bar No. 352446)
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
eyip@biologicaldiversity.org

*Admitted Pro Hac Vice*