**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, *et al.*, <br><br> *Plaintiffs*, <br><br> *v.* <br><br><br> MARKWAYNE MULLIN, *et al.*, <br><br> *Defendants*. | Civil Action No. 3:26-CV-01099-KC |

**DEFENDANTS' PROPOSED UNDISPUTED FACTS**

Pursuant to Judge Kathleen Cardone's Standing Order Regarding Motions for Summary Judgment (a)(1), Defendants submit the following proposed undisputed facts:

1. On February 17, 2026, then-Secretary Noem executed a waiver for a project area in the U.S. Border Patrol Big Bend Sector under the Section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996. 91 Fed. Reg. 7297.

2. On July 2, 2026, Secretary Mullin amended that waiver to include additional laws. Determination Pursuant to Section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, As Amended, 91 Fed. Reg. 40550 (July 2, 2026).

3. The waiver referenced in ¶¶ 1 & 2 concerned the location "[s]tarting at approximately GPS point 31.037623, −105.579877 and extending south and east to approximately GPS point 29.325866, −104.046466." *Id.*

1

4. On May 15, 2026, Secretary Mullin executed a waiver for a project area in the U.S. Border Patrol Big Bend Sector under the Section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996. 91 Fed. Reg. 27969.

5. On June 9, 2026, Secretary Mullin amended that waiver because the "project area description . . . was incorrect." Determination Pursuant to Section 102 of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, As Amended, 91 Fed. Reg. 34831.

6. As amended, the waiver referenced in ¶¶ 4 & 5 concerned the location "[s]tarting at approximately GPS point 29.325866, -104.046466 and extending east to approximately GPS point 29.728522, −102.683945." *Id.*

7. In both waivers, the Secretary determined that the U.S. Border Patrol Big Bend Sector is "an area of high illegal entry." 91 Fed. Reg. 34832; 91 Fed. Reg. 40550

8. In both waivers, the Secretary stated that "between fiscal year 2021 and fiscal year 2025, Border Patrol apprehended over 89,000 illegal aliens . . . [and] seized over 87,574 pounds of marijuana, over 867 pounds of cocaine, over 1,156 pounds of methamphetamine, over 12 pounds of heroin, and over 94 pounds of fentanyl[]" in the Big Bend Sector. 91 Fed. Reg. 34832; 91 Fed. Reg. 40550,

9. In both waivers, the Secretary determined that there is "an acute and immediate need to construct additional physical barriers and roads in the vicinity of the border of the United States in order to prevent unlawful entries into the United States in the project area pursuant to section 102(a) of IIRIRA." 91 Fed. Reg. 34832; 91 Fed. Reg. 40550.

10. In both waivers, the Secretary determined that exercise of waiver authority under the IIRIRA was necessary "to ensure the expeditious construction of the barriers and roads in the project area[.]" 91 Fed. Reg. 34832; 91 Fed. Reg. 40550.

11. In both waivers, the Secretary announced the waiver of certain laws "with respect to the construction of roads and physical barriers . . . in the project area." 91 Fed. Reg. 34832-34833; 91 Fed. Reg. 40550-40551.

12. In the February 17, 2026 and July 2, 2026 waiver, the Secretary waived the following statutes, including "all federal, state, or other laws, regulations, and legal requirements of, deriving from, or related to the subject of, the following statutes, as amended":

    i.    The National Environmental Policy Act (Pub. L. 91-190, 83 Stat. 852 (Jan. 1, 1970) (42 U.S.C. 4321 *et seq.*));

    ii.    the Endangered Species Act (Pub. L. 93-205, 87 Stat. 884 (Dec. 28, 1973) (16 U.S.C. 1531 *et seq.*));

    iii.    the Federal Water Pollution Control Act (commonly referred to as the Clean Water Act (33 U.S.C. 1251 *et seq.*));

    iv.    the National Historic Preservation Act (Pub. L. 89-665, 80 Stat. 915 (Oct. 15, 1966), as amended, repealed, or replaced by Public Law 113-287 (Dec. 19, 2014) (formerly codified at 16 U.S.C. 470 *et seq.,* now codified at 54 U.S.C. 100101 note and 54 U.S.C. 300101 *et seq.*));

    v.    the Migratory Bird Treaty Act (16 U.S.C. 703 *et seq.*);

    vi.    the Migratory Bird Conservation Act (16 U.S.C. 715 *et seq.*);

    vii.    the Clean Air Act (42 U.S.C. 7401 *et seq.*);

viii.   the Archeological Resources Protection Act (Pub. L. 96-95 (16 U.S.C. 470aa *et seq.*));

ix.   the Paleontological Resources Preservation Act (16 U.S.C. 470aaa *et seq.*);

x.   the Federal Cave Resources Protection Act of 1988 (16 U.S.C. 4301 *et seq.*);

xi.   the National Trails System Act (16 U.S.C. 1241 *et seq.*);

xii.   the Safe Drinking Water Act (42 U.S.C. 300f *et seq.*);

xiii.   the Noise Control Act (42 U.S.C. 4901 *et seq.*);

xiv.   the Solid Waste Disposal Act, as amended by the Resource Conservation and Recovery Act (42 U.S.C. 6901 *et seq.*);

xv.   the Comprehensive Environmental Response, Compensation, and Liability Act (42 U.S.C. 9601 *et seq.*);

xvi.   the Archaeological and Historic Preservation Act (Pub. L. 86-523, as amended, repealed, or replaced by Pub. L. 113-287 (Dec. 19, 2014) (formerly codified at 16 U.S.C. 469 *et seq.,* now codified at 54 U.S.C. 312502 *et seq.*));

xvii.   the Antiquities Act (formerly codified at 16 U.S.C. 431 *et seq.* and 16 U.S.C. 431a *et seq.,* now codified 54 U.S.C. 320301 *et seq.*);

xviii.   the Historic Sites, Buildings, and Antiquities Act (formerly codified at 16 U.S.C. 461 *et seq.,* now codified at 54 U.S.C. 320301-320303 & 320101-320106);

xix.   the Eagle Protection Act (16 U.S.C. 668 *et seq.*);

xx.   the Native American Graves Protection and Repatriation Act (25 U.S.C. 3001 *et seq.*);

xxi.   the Administrative Procedure Act (5 U.S.C. 551 *et seq.*);

xxii.   Section 438 of the Energy Independence and Security Act (42 U.S.C. 17094);

xxiii.    the National Fish and Wildlife Act of 1956 (Pub. L. 84-1024 (16 U.S.C. 742a, *et seq.*));

xxiv.    the Fish and Wildlife Coordination Act (Pub. L. 73-121 (16 U.S.C. 661 *et seq.*));

xxv.    the Farmland Protection Policy Act (7 U.S.C. 4201 *et seq.*);

xxvi.    the Wild Horse and Burro Act (16 U.S.C. 1331 *et seq.*);

xxvii.    43 U.S.C. 387;

xxviii.    the Wild and Scenic Rivers Act (Pub. L. 90-542 (16 U.S.C. 1281 *et seq.*);

xxix.    the Federal Land Policy and Management Act (Pub L. 94-579 (43 U.S.C. 1701 *et seq.*));

xxx.    33 U.S.C. 408; and

xxxi.    the Rivers and Harbors Act of 1899 (33 U.S.C. 403 *et seq.*).

91 Fed. Reg. 40550-40551

13. In the May 15, 2026, and June 9, 2026 waiver, the Secretary waived the following statutes, including "all federal, state, or other laws, regulations, and legal requirements of, deriving from, or related to the subject of, the following statutes, as amended":

i.    The National Environmental Policy Act (Pub. L. 91-190, 83 Stat. 852 (42 U.S.C. 4321 *et seq.*));

ii.    the Endangered Species Act (Pub. L. 93-205, 87 Stat. 884 (16 U.S.C. 1531 *et seq.*));

iii.    the Federal Water Pollution Control Act (commonly referred to as the Clean Water Act (33 U.S.C. 1251 *et seq.*));

iv.    the National Historic Preservation Act (Pub. L. 89-665, 80 Stat. 915, as amended, repealed, or replaced by Pub. L. 113-287 (formerly codified at 16 U.S.C. 470 *et seq.,* now codified at 54 U.S.C. 100101 note and 54 U.S.C. 300101 *et seq.*));

v.    the Migratory Bird Treaty Act (16 U.S.C. 703 *et seq.*);

vi.    the Migratory Bird Conservation Act (16 U.S.C. 715 *et seq.*);

vii.    the Clean Air Act (42 U.S.C. 7401 *et seq.*);

viii.    the Archeological Resources Protection Act (Pub. L. 96-95 (16 U.S.C. 470aa *et seq.*));

ix.    the Paleontological Resources Preservation Act (16 U.S.C. 470aaa *et seq.*);

x.    the Federal Cave Resources Protection Act of 1988 (16 U.S.C. 4301 *et seq.*);

xi.    the National Trails System Act (16 U.S.C. 1241 *et seq.*);

xii.    the Safe Drinking Water Act (42 U.S.C. 300f *et seq.*);

xiii.    the Noise Control Act (42 U.S.C. 4901 *et seq.*);

xiv.    the Solid Waste Disposal Act, as amended by the Resource Conservation and Recovery Act (42 U.S.C. 6901 *et seq.*);

xv.    the Comprehensive Environmental Response, Compensation, and Liability Act (42 U.S.C. 9601 *et seq.*);

xvi.    the Archaeological and Historic Preservation Act (Pub. L. 86-523, as amended, repealed, or replaced by Pub. L. 113-287 (formerly codified at 16 U.S.C. 469 *et seq.,* now codified at 54 U.S.C. 312502 *et seq.*));

xvii.    the Antiquities Act (formerly codified at 16 U.S.C. 431 *et seq.* and 16 U.S.C. 431a *et seq.,* now codified 54 U.S.C. 320301 *et seq.*);

xviii.    the Historic Sites, Buildings, and Antiquities Act (formerly codified at 16 U.S.C. 461 *et seq.,* now codified at 54 U.S.C. 320301-320303 & 320101-320106);

xix.    the Eagle Protection Act (16 U.S.C. 668 *et seq.*);

xx.     the Native American Graves Protection and Repatriation Act (25 U.S.C. 3001 *et seq.*);

xxi.    the Administrative Procedure Act (5 U.S.C. 551 *et seq.*);

xxii.   Section 438 of the Energy Independence and Security Act (42 U.S.C. 17094);

xxiii.  the National Fish and Wildlife Act of 1956 (Pub. L. 84-1024 (16 U.S.C. 742a, *et seq.*));

xxiv.   the Fish and Wildlife Coordination Act (Pub. L. 73-121 (16 U.S.C. 661 *et seq.*));

xxv.    the Farmland Protection Policy Act (7 U.S.C. 4201 *et seq.*);

xxvi.   the Wild Horse and Burro Act (16 U.S.C. 1331 *et seq.*);

xxvii.  43 U.S.C. 387;

xxviii. the Wild and Scenic Rivers Act (Pub. L. 90-542 (16 U.S.C. 1281 *et seq.*);

xxix.   the Federal Land Policy and Management Act (Pub L. 94-579 (43 U.S.C. 1701 *et seq.*));

xxx.    the Wilderness Act (Pub. L. 88-577 (16 U.S.C. 1131 *et seq.*));

xxxi.   the National Park Service Organic Act and the National Park Service General Authorities Act (Pub. L. 64-235, 39 Stat. 535 and Pub. L. 91-383, 84 Stat. 825 as amended, repealed, or replaced by Pub. L. 113-287, 128 Stat. 3094 (formerly codified at 16 U.S.C. 1, 2-4 and 16 U.S.C. 1a-1 *et seq., now* codified at 54 U.S.C. 100101-100102, 54 U.S.C. 100301-100303, 54 U.S.C. 100501-100507, 54 U.S.C. 100701-100707, 54 U.S.C. 100721-100725, 54 U.S.C. 100751-100755, 54 U.S.C. 100901-100906, 54 U.S.C. 102101-102102));

xxxii.  16 U.S.C. 156;

xxxiii. 16 U.S.C. 157;

xxxiv.    16 U.S.C. 157c; and

xxxv.    16 U.S.C. 157d.

91 Fed. Reg. 34832-34833.

Dated: August 7, 2026                              Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

/s/ Alexander J. Yun
ALEXANDER J. YUN
(D.C. Bar No. 90028923)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
202-674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendants*

8