**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, *et al.*, <br><br> *Plaintiffs*, <br><br> *v.* <br><br><br> MARKWAYNE MULLIN, *et al.*, <br><br> *Defendants*. | <br><br><br><br><br> Civil Action No. 3:26-CV-01099-KC |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' PROPOSED UNDISPUTED FACTS**

Pursuant to Judge Kathleen Cardone's Standing Order Regarding Motions for Summary Judgment (a)(2), Defendants submit the following response to Plaintiffs' proposed undisputed facts ("PUF"):

1. Defendants dispute PUF ¶ 1 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

2. Defendants dispute PUF ¶ 2 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

3. Defendants dispute PUF ¶ 3 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

1

4.  Defendants dispute PUF ¶ 4 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

5.  Defendants dispute PUF ¶ 5 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

6.  Defendants dispute PUF ¶ 6 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

7.  Defendants dispute PUF ¶ 7 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

8.  Defendants dispute PUF ¶ 8 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

9.  Defendants dispute PUF ¶ 9 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

10. Defendants dispute PUF ¶ 10 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

11. Defendants dispute PUF ¶ 11 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

12. Defendants do not dispute PUF ¶ 12.

13. Defendants do not dispute PUF ¶ 13.

14. Defendants dispute PUF ¶ 14 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

15. Defendants dispute PUF ¶ 15 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

16. Defendants dispute PUF ¶ 16 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

17. Defendants dispute PUF ¶ 17 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

18. Defendants dispute PUF ¶ 18 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

19. Defendants dispute PUF ¶ 19 to the extend the word "purports" is vague and ambiguous. Defendants do not dispute the remainder of PUF ¶ 19.

20. Defendants do not dispute PUF ¶ 20.

3

21. Defendants do not dispute PUF ¶ 21.

22. Defendants dispute PUF ¶ 22 to the extend the word "purports" is vague and ambiguous. Defendants do not dispute the remainder of PUF ¶ 22.

23. Defendants dispute PUF ¶ 23 to the extend the word "purports" is vague and ambiguous. Defendants further dispute PUF ¶ 23 to the extent it misleadingly states the waiver waives the listed laws "in their entirety" without mention to the limitation "with respect to the construction of physical barriers and roads . . . in the project area." 91 Fed. Reg. 40550-40551. Defendants do not dispute that the Secretary of Homeland Security, through 91 Fed. Reg. 7297 and 91 Fed. Reg. 40550, waived the laws listed in PUF ¶ 23 along with "all federal, state, or other laws, regulations, and legal requirements or, deriving from, or related to the subject of."

24. Defendants do not dispute PUF ¶ 24.

25. Defendants do not dispute PUF ¶ 25.

26. Defendants do not dispute PUF ¶ 26.

27. Defendants do not dispute PUF ¶ 27.

28. Defendants dispute PUF ¶ 28 to the extend the word "purports" is vague and ambiguous. Defendants further dispute PUF ¶ 28 to the extent it misleadingly states the waiver waives the listed laws "in their entirety" without mention to the limitation "with respect to the construction of physical barriers and roads . . . in the project area." 91 Fed. Reg. 34832. Defendants do not dispute that the Secretary of Homeland Security, through 91 Fed. Reg. 27969 and 91 Fed. Reg. 34832, waived the laws listed in PUF ¶ 28 along with "all federal, state, or other laws, regulations, and legal requirements or, deriving from, or related to the subject of."

29. Defendants dispute PUF ¶ 29 to the extent it mischaracterizes the locations that the waivers encompass. Defendants maintain that the waivers encompass the specific locations specified in the waivers through GPS coordinates.

30. Defendants dispute PUF ¶ 30 to the extent it mischaracterizes the total distances that the waivers encompass. Defendants maintain that the waivers encompass the specific locations specified in the waivers through GPS coordinates.

31. Defendants dispute PUF ¶ 31 to the extent it seeks to describe specific construction plans. Defendants do not dispute that the waivers do not specify barrier design or construction plans and instead only waive laws with respect to construction through the project areas.

32. Defendants do not dispute PUF ¶ 32.

33. Defendants dispute PUF ¶ 33 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

34. Defendants do not dispute PUF ¶ 34.

35. Defendants dispute PUF ¶ 35 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.  The Big Bend Sector is an area of high illegal entry as set forth in the Secretary's waivers.

36. Defendants dispute PUF ¶ 36 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.  The Big Bend Sector is an area of high illegal entry as set forth in the Secretary's waivers.

37. Defendants dispute PUF ¶ 37 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

38. Defendants dispute PUF ¶ 38 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

39. Defendants dispute PUF ¶ 39 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

40. Defendants dispute PUF ¶ 40 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

41. Defendants dispute PUF ¶ 41 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

42. Defendants dispute PUF ¶ 42 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

43. Defendants dispute PUF ¶ 43 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

44. Defendants dispute PUF ¶ 44 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

45. Defendants dispute PUF ¶ 45 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

46. Defendants dispute PUF ¶ 46 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

47. Defendants dispute PUF ¶ 47 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

48. Defendants dispute PUF ¶ 48 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

49. Defendants dispute PUF ¶ 49 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

50. Defendants dispute PUF ¶ 50 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

51. Defendants dispute PUF ¶ 51 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

52. Defendants dispute PUF ¶ 52 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

53. Defendants dispute PUF ¶ 53 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

54. Defendants dispute PUF ¶ 54 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

55. Defendants dispute PUF ¶ 55 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

56. Defendants dispute PUF ¶ 56 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

57. Defendants dispute PUF ¶ 57 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

58. Defendants dispute PUF ¶ 58 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

59. Defendants dispute PUF ¶ 59 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

60. Defendants dispute PUF ¶ 60 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

61. Defendants dispute PUF ¶ 61 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

62. Defendants dispute PUF ¶ 62 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

63. Defendants do not dispute PUF ¶ 63.

64. Defendants do not dispute PUF ¶ 64.

65. Defendants do not dispute PUF ¶ 65.

66. Defendants do not dispute PUF ¶ 66.

67. Defendants do not dispute PUF ¶ 67.

68. Defendants dispute PUF ¶ 68 because this paragraph does not set forth facts but rather legal conclusions.

69. Defendants dispute PUF ¶ 69 because this paragraph does not set forth facts but rather legal conclusions.

70. Defendants dispute PUF ¶ 70 this paragraph does not set forth facts but rather legal conclusions.

71. Defendants do not dispute PUF ¶ 71.

72. Defendants dispute PUF ¶ 72 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

73. Defendants do not dispute PUF ¶ 73.

74. Defendants do not dispute PUF ¶ 74.

75. Defendants do not dispute PUF ¶ 75.

76. Defendants do not dispute PUF ¶ 76.

77. Defendants dispute PUF ¶ 77 this paragraph does not set forth facts but rather legal conclusions.

78. Defendants dispute PUF ¶ 78 because this paragraph does not set forth facts but rather legal conclusions.

79. Defendants dispute PUF ¶ 79 because this paragraph does not set forth facts but rather legal conclusions.

80. Defendants dispute PUF ¶ 80 as speculative.

81. Defendants dispute PUF ¶ 81 as speculative.

82. Defendants do not dispute PUF ¶ 82.

83. Defendants do not dispute PUF ¶ 83.

84. Defendants do not dispute PUF ¶ 84.

85. Defendants do not dispute PUF ¶ 85.

86. Defendants dispute PUF ¶ 86 because the facts contained therein are immaterial to the legal issue presented in the cross-motions for summary judgment about the constitutionality of the Secretary's waivers.

87. Defendants dispute PUF ¶ 91 because this paragraph does not set forth facts but rather legal conclusions.

88. Defendants do not dispute PUF ¶ 88.

89. Defendants do not dispute PUF ¶ 89.

90. Defendants do not dispute PUF ¶ 90.

91. Defendants dispute PUF ¶ 91 because this paragraph does not set forth facts but rather legal conclusions.

92. Defendants do not dispute PUF ¶ 92.

93. Defendants do not dispute PUF ¶ 93.

94. Defendants do not dispute PUF ¶ 94.

95. Defendants dispute PUF ¶ 95 because this paragraph does not set forth facts but rather legal conclusions.

96. Defendants do not dispute PUF ¶ 96.

97. Defendants do not dispute PUF ¶ 97.

98. Defendants dispute PUF ¶ 98 because this paragraph does not set forth facts but rather legal conclusions.

99. Defendants dispute PUF ¶ 99 because this paragraph does not set forth facts but rather legal conclusions.

100. Defendants do not dispute PUF ¶ 100.

101. Defendants dispute PUF ¶ 101 this paragraph does not set forth facts but rather legal conclusions.

102. Defendants do not dispute PUF ¶ 102.

103. Defendants do not dispute PUF ¶ 103.

104. Defendants do not dispute PUF ¶ 104.

105. Defendants do not dispute PUF ¶ 105.

106. Defendants dispute PUF ¶ 106 because this paragraph does not set forth facts but rather legal conclusions.

107. Defendants do not dispute the first sentence of PUF ¶ 107. Defendants dispute the second sentence of PUF ¶ 107 because it does not set forth facts but rather legal conclusions.

108. Defendants dispute PUF ¶ 108 because this paragraph does not set forth facts but rather legal conclusions.

**DEFENDANTS' DISPUTED ISSUES OF MATERIAL FACT**

Defendants' believe that there are no genuine issues of material fact before this Court.

Defendants do dispute many of Plaintiffs' proposed undisputed facts as containing facts that are

immaterial to the legal issues in the case. Defendants also dispute some of Plaintiffs' proposed

undisputed facts as mischaracterizations or containing legal conclusions. Defendants believe that

the only facts material to the case are listed in Defendants' proposed undisputed facts.


Dated: August 7, 2026                          Respectfully submitted,


                                               BRETT A. SHUMATE
                                               Assistant Attorney General

                                               ANDREW I. WARDEN
                                               Assistant Branch Director

                                               */s/ Alexander J. Yun*
                                               ALEXANDER J. YUN
                                               (D.C. Bar No. 90028923)
                                               Trial Attorney, U.S. Department of Justice
                                               Civil Division, Federal Programs Branch
                                               1100 L Street NW
                                               Washington, DC 20005
                                               202-674-0255
                                               Alex.Yun@usdoj.gov

                                               *Counsel for Defendants*

13