**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **FRIENDS OF THE RUIDOSA CHURCH et al.,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-1099-KC** |
| **MARKWAYNE MULLIN et al.,** | § § | |
| **Defendants.** | § § | |

## <u>ORDER</u>

On this day, the Court considered the case. On August 6, Plaintiffs filed an Unopposed Motion to Expedite, ECF No. 21, seeking expedited consideration of their Motion for Summary Judgment, ECF No. 19, or the parties' cross motions for summary judgment.

On August 7, the Court took the Motion to Expedite under advisement and ordered Plaintiffs to file an advisory (i) stating the date by which they are requesting expedited consideration of their Motion for Summary Judgment, or, in the alternative, both motions for summary judgment; and (ii) explaining why they believe that expedited adjudication of the motions for summary judgment is a more efficient use of judicial resources than adjudication of a motion for a preliminary injunction under Rule 65. Aug. 7, 2026, Order, ECF No. 25.

Plaintiffs have now filed an Advisory, ECF No. 27, in which they state that they seek expedited consideration of their Motion for Summary Judgment by August 28, or, in the alternative, expedited consideration of the parties' cross motions for summary judgment, by September 4. Advisory 2. Plaintiffs explain that their "request was motivated by a desire to cooperate with Defendants, simplify proceedings, avoid duplicative briefing, and provide the Court with the fullest possible presentation of [the] important constitutional questions" at issue in

this case. *Id.* at 3.  Nevertheless, Plaintiffs "are prepared to proceed immediately with preliminary injunction briefing" and will file such motion before August 19.  *Id.*

The competing priorities of the Court's docket make it infeasible to adjudicate Plaintiffs' Motion for Summary Judgment or the parties' cross motions for summary judgment within the times requested.  As previously stated, a motion for a preliminary injunction would be the appropriate vehicle to seek relief on an emergency basis at this juncture.

Accordingly, the Court **ORDERS** that the Motion to Expedite, ECF No. 21, is **DENIED**.

**SO ORDERED**.

**SIGNED this 13th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE