**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,

Defendants.

**CASE NO. 3:26-CV-01099-KC**

**THE COALITION TO PROTECT AMERICA'S NATIONAL PARKS AND KEEP BIG BEND WILD'S MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE**

The Coalition to Protect America's National Parks and Keep Big Bend Wild (together, Amici"), pursuant to Federal Rule of Civil Procedure 7, move for leave to file the attached brief as amici curiae in support of Plaintiffs' Motion for Summary Judgment (ECF No. 19).

## ARGUMENT

The Court has inherent authority to allow the participation of amici. *Pacheco v. Freedom Buick GMC Truck, Inc.*, 2011 WL 13234884, at *1 (W.D. Tex. Nov. 1, 2011) (collecting cases). Although this Court does not have specific rules governing briefs of amicus curiae, Federal Rule of Appellate Procedure 29(b) provides an appropriate analogy. Under Rule 29(b), a movant must (1) explain its interest, (2) the reason why an amicus brief is desirable, and (3) why the matters asserted are relevant to the case.

Here, Amici are organizations whose members and constituencies are committed to the preservation of Big Bend National Park in its present natural state. Amicus The Coalition to Protect America's National Parks represents former National Park Service leaders, including officials who oversaw management of Big Bend National Park and other border parks and were responsible for law enforcement and coordination with other federal and state law enforcement authorities, including the Border Patrol. Amicus Keep Big Bend Wild is an organization dedicated to securing the designation of Big Bend as wilderness under federal land law. Both organizations include members and constituents who use Big Bend National Park and are familiar with its geography and public values.

Amici seek to help the Court review Plaintiffs' motion by explaining how the Department of Homeland Security's (DHS) implementation of the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, as amended (IIRIRA), 8 U.S.C. § 1103 note, is unconstitutional and leading to unnecessary development of roads and physical barriers in Big Bend National Park, unlawfully degrading resources, and undermining management of the park.

**CONCLUSION**

Amici hereby submit the attached amici curiae brief to aid the Court in its consideration of the pending Plaintiffs' Motion for Summary Judgment. The Court should grant the motion for leave to file an amici brief.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Janice Ta*
Janice Ta
Janice.Ta@ashurstperkins.com
ASHURST PERKINS COIE US LLP
405 Colorado St., Suite 1700
Austin, TX 78701
(512) 578-8402

Edward A. Boling (*pro hac vice pending*)
Ted.Boling@ashurstperkins.com
Thomas C. Jensen (*pro hac vice pending*)
Thomas.Jensen@ashurstperkins.com
ASHURST PERKINS COIE US LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
(202) 654-6200

*Counsel for Amici The Coalition to Protect America's National Parks and Keep Big Bend Wild*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(G), I hereby certify that counsel for Amici has conferred with counsel for Plaintiffs and Defendants. Counsel for both Plaintiffs and Defendants stated they are not opposed to Amici's motion.

*/s/ Janice Ta*
Janice Ta

**CERTIFICATE OF SERVICE**

This is to certify that on August 14, 2026, I electronically filed the foregoing Brief of Amici Curiae with the United States District Court for the Western District of Texas by using the appellate CM/ECF system, thereby serving the Brief via ECM system on all counsel of record

*/s/ Janice Ta*
Janice Ta