**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY

vs. Case No.: 3:26-CV-01099-KC

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Edward A. Boling, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Amici Coalition to Protect America's National Parks and Keep Big Bend Wild in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) ASHURST PERKINS COIE US LLP with offices at:

   Mailing address: 700 Thirteenth Street, N.W., Suite 800

   City, State, Zip Code: Washington, D.C. 20005-3960

   Telephone: 202.654.6200 Facsimile: 202.654.6211

2. Since November 1, 2021, Applicant has been and presently is a member of and in good standing with the Bar of the State of Washington D.C..

   Applicant's bar license number is 1741920.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Supreme Court of Virginia | October 5, 1990 |
| USDC for the Western District of Wisconsin | February 23, 2021 |
| USDC for the District of Columbia | June 6, 2022 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: ____________________ on the _____ day of ________________, ______.

Number: ____________________ on the _____ day of ________________, ______.

Number: ____________________ on the _____ day of ________________, ______.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

NONE

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

NONE

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Janice Ta

Mailing address: 405 Colorado Street, Suite 1700

City, State, Zip Code: Austin, TX 78701

Telephone: 737.256.6125

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Edward A. Boling to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Edward A. Boling
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 14th day of August, 2026.

Edward A. Boling
[printed name of Applicant]

[signature of Applicant]

**ATTACHMENT "A"**

**3. List of Courts Applicant has been admitted to (continued)**

| | |
|---|---|
| U.S. Court of Appeals for the 7th Circuit | November 18, 2021 |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**EL PASO DIVISION**

FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY

vs.

Case No.: 3:26-CV-01099-KC

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Edward A. Boling, counsel for Amici Coalition to Protect America's National Parks and Keep Big Bend Wild, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Edward A. Boling may appear on behalf of Amici Coalition to Protect America's National Parks and Keep Big Bend Wild in the above case.

IT IS FURTHER ORDERED that Edward A. Boling, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the ________ day of August, 20______.

______________________________
UNITED STATES DISTRICT JUDGE