**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,

*Defendants.*

Case No. 3:26-cv-01099-KC

**DECLARATION OF EMMA YIP IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION**

I, Emma Yip, declare as follows:

1. I have personal knowledge of the facts contained in this Declaration and, if called upon to do so, could and would testify competently thereto under oath.

2. I am a member in good standing of the Bars of the States of California and Washington and am admitted pro hac vice in this matter. I am a staff attorney at the Center for Biological Diversity, and represent all Plaintiffs in the above-captioned case. I submit this declaration in support of Plaintiffs' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a news article published on or about August 15, 2026 by the New York Times, titled *Trump Backed Away From a Wall at*

*Big Bend. But the Bulldozers Are Here.*, which is publicly available online at https://www.nytimes.com/2026/08/15/us/border-big-bend-texas.html and was last accessed on August 16, 2026.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a news article published on or about August 14, 2026 by the Guardian, titled *'Devastating': bulldozers plough through Big Bend national park as Trump's border work pushes ahead*, which is publicly available online at https://www.theguardian.com/us-news/2026/aug/14/bulldozers-big-bend-national-park-trump and was last accessed on August 16, 2026.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a news article published on or about August 15, 2026 by CNN, titled *Bulldozers rip into Big Bend National Park, driving anger and heartbreak*, which, alongside a video segment covering the same topic, is publicly available online at https://www.cnn.com/2026/08/13/us/texas-big-bend-national-park-border-wall and was last accessed on August 16, 2026.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a news article published on or about August 14, 2026 by NPR, titled *At Big Bend National Park, bulldozers begin clearing pristine desert land for border barrier work*, which is publicly available online at https://www.npr.org/2026/08/14/nx-s1-5927276/big-bend-border-texas-rio-grande and was last accessed on August 16, 2026.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a news article published on or about August 13, 2026 by Newsweek, titled *Trump Admin Could Dynamite Mountain For New Border Wall*, which is publicly available online at https://www.newsweek.com/trump-admin-dynamite-mountain-texas-border-wall-big-bend-12307962 and was last accessed on August 16, 2026.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a press release from U.S. Customs and Border Protection, published on or about August 13, 2026, titled *Statement from CBP Commissioner Rodney S. Scott correcting the record on Big Bend border security projects*, which is publicly available online at https://www.cbp.gov/newsroom/announcements/statement-cbp-commissioner-rodney-s-scott-correcting-record-big-bend and was last accessed on August 16, 2026. Commissioner Scott denies that construction has begun in the National Park and characterizes it instead as "survey and design work."

9. Attached hereto as **Exhibit 7** is a true and correct copy of a filing in the case *Tohono O'Odham Nation v. Mullin*, dcd-1:2026-cv-02127, ECF No. 41 (D.D.C. Aug 6, 2026), titled Notice of United States' Planned Activity on Tohono O'odham Reservation. Plaintiffs in that case assert that they received two business days' notice prior to the commencement of border barrier construction.

10. Attached hereto as **Exhibit 8** is a true and correct copy of emails between counsel for the Parties (Alex Yun and Emma Yip) on August 10, 2026.

11. On June 23, 2026 Counsel for the Center for Biological Diversity propounded limited written discovery requests on Defendants. Among those discovery requests was a request for production of construction plans for border barrier and related infrastructure in the Big Bend Sector. In response, on July 14, 2026, Defendants raised several objections and provided no construction plans aside from what is publicly available online.

12. On August 17, 2026 CBP Commissioner Rodney Scott announced a pause in construction in Big Bend National Park. Attached as **Exhibit 9** is a true and correct copy of a press release that was published on August 17, 2026 by CBP, titled *Statement from CBP Commissioner Rodney S. Scott on Big Bend border security projects*, which is publicly available at

https://www.cbp.gov/newsroom/announcements/statement-cbp-commissioner-rodney-s-scott-big-bend-border-security-projects and was last accessed on August 17, 2026. It states that "CBP is pausing all construction activity in Big Bend National Park while [Commissioner Scott] visit[s] and conduct[s] a personal, on-the-ground evaluation."

13. On August 17, 2026, CBP Commissioner Rodney Scott posted a video on *X*, where he states he "just landed in Texas" and was heading "to Big Bend National Park." The video is publicly available online at https://x.com/CBPCommissioner/status/2089395143136731579 and was last accessed on August 17, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Seattle, Washington on August 17, 2026.

*/s/ Emma Yip*

Emma Yip