# EXHIBIT 1

Yip Declaration

# *Trump Backed Away From a Wall at Big Bend. But the Bulldozers Are Here.*

Over the objections of environmentalists, local sheriffs and some state leaders, the Trump administration appears to be moving ahead with border infrastructure in one of Texas' most beloved parks.

Listen · 5:50 min



**By J. David Goodman**

Aug. 15, 2026 Updated 9:06 a.m. ET

See more of our coverage in your search results.

**Add The New York Times on Google ↗**

Texans were caught off-guard several months ago when the Trump administration appeared poised to construct a 30-foot wall through Big Bend National Park, a rugged expanse of moon-like desert that is a point of pride for many in the state.

But after bipartisan opposition grew, the wall was removed from the federal government's border construction map. Many exhaled, believing that the West Texas park, with its towering mountains and cliffs, would be spared.

Then the bulldozers arrived this month.

The sight of these earth-moving machines along the Rio Grande near the Santa Elena Canyon, one of the park's major attractions, pointed to the most significant evidence of border barrier construction in the park. Contractors ripped through mesquite trees and brush and leveled the ground for more than a mile of what appeared to be a future roadway.

Big Bend is beloved by Texans and many across the country, even those who are not among its more than 500,000 annual visitors. It is a place to feel the immense and inhospitable wilderness of West Texas, where the stars at night actually are big and bright.

The construction sparked a fresh wave of anger and outrage from all sorts of people — environmentalists, former park officials, local sheriffs — who again insisted that such infrastructure was unnecessary in a border region so remote and dangerous that people have rarely tried to cross there, even at the peak of unauthorized migration.

Both John Cornyn, the state's outgoing Republican senator, and James Talarico, the Democrat running to replace him, expressed concern this month about the start of construction inside the park.

More to **read for free.**

CALCULATOR

**Which U.S. Cities Are People Moving To?**

2 MIN READ



**😱 or 😂: Do Your Emojis Make You Look Old?**




GUEST ESSAY

**I Was Dick Cheney's Cardiologist. Trump Has Not Looked Well, and We Should Know Why.**

6 MIN READ



**This 'It' Girl Really Is That Cool**

5 MIN READ



"My constituents believe that the 1,000-foot riverbank cliffs and remote Big Bend terrain offers its own source of deterrence," Mr. Cornyn said in a letter last week to the Homeland Security secretary, Markwayne Mullin.

Other Republican state leaders, including Gov. Greg Abbott and Attorney General Ken Paxton, who defeated Mr. Cornyn in the Senate primary, have not weighed in directly on the construction.

On Friday, a local nonprofit and an outdoor recreation business represented by State Senator Roland Gutierrez, a Democrat, filed a federal suit to try and halt the project. A day earlier, a bipartisan group of Texas legislators sent Mr. Abbott a letter urging him to ask federal officials to stop the construction.

"It's gotten to the point where people are picking up the torches and marching in the street right now," said Tex Toler, a former tourism director for Marfa, Texas, northwest of the park. "This is one of Texas' and the country's last wild places."

After days of confusion among West Texas residents, senior Trump administration officials explained their plans and rationale on Thursday. There would be no wall, but there would be construction.

"C.B.P. is building one new access road, improving existing roads, installing detection technology and placing vehicle barriers in limited, strategic locations," Rodney Scott, the U.S. Customs and Border Protection commissioner, said in a statement.

The park consists of 118 miles of land on the U.S.-Mexico border, and a patrol road is slated to run along much of it. A few areas would have miles of four- to six-foot-tall vehicle barriers.

The bulldozers and excavators have been engaged this month in "survey and design work," Mr. Scott said.



Workers surveying land in Big Bend, just down the road from Santa Elena Canyon. Brian Finke

Fewer than six migrants a day have been encountered crossing from Mexico in recent months in the entire Big Bend patrol sector, which includes the park and hundreds of miles of border, federal statistics show.

Officials have said that while unauthorized crossings are currently at record lows, they could increase in the future.

The Trump administration has been furiously building new border barriers, and Mr. Scott said the Big Bend construction was necessary to fill in gaps. Southwest Valley Constructors, one company currently at work in the region, was awarded a $1.7 billion contract. The company directed questions to federal officials.

"We will not leave Big Bend as an opening for cartels to exploit by shifting their routes and tactics," Mr. Scott said in the statement.

Many of those who oppose a wall are also against building a patrol road. They include local sheriffs who have insisted that major border infrastructure projects are not necessary.

“What security problem are we trying to solve?” Sheriff Thaddeus Cleveland of nearby Terrell County, a Republican and a former Border Patrol agent, wrote on social media. “Can the same security objective be accomplished more effectively another way?”

On Wednesday, people gathered for a demonstration against the construction at the Santa Elena Canyon. Many carried signs protesting the construction — “Stop the Steel,” “No Wall” — or held handmade depictions of javelinas and other wildlife that could be affected by the construction along the river. Some feared the road plan would require building bridges and blasting along Mariscal Mountain, a remote peak.

“There will be no coming back,” said Michael Ryan, a former Big Bend park ranger who attended the protest. “They’re taking taxpayer dollars to ruin this national park.”

**J. David Goodman** is the Texas bureau chief for The Times, based in Houston.

# EXHIBIT 2

Yip Declaration

Texas

# 'Devastating': bulldozers plough through Big Bend national park as Trump's border work pushes ahead

## Heavy machinery seen operating in famous Santa Elena Canyon amid outcry over new wall infrastructure in beloved Texas park




Tensions have run high since the Trump administration announced plans to erect new border security infrastructure. Photograph: Hannah Gentiles

Roque Planas

Fri 14 Aug 2026 15.27 EDT

Prefer the Guardian on Google

Bulldozers have begun plowing up ground at the mouth of Big Bend national park's famed Santa Elena Canyon as part of the Trump administration's multibillion-dollar "smart wall" expansion on the US-Mexico border, according to new footage taken by activists who have been monitoring the site.

Tensions have run high since the Trump administration announced plans to erect new border security infrastructure in the roughly 500-mile Big Bend region of south-west Texas, which includes the Lone Star State's largest and most-visited national park.

Since last week, activists have shared video footage that appeared to show heavy machinery laying the groundwork for new border infrastructure that

US Customs and Border Protection (CBP) did not announce and initially denied was happening. By Thursday, photographer Natalie Newman captured video footage of bulldozers plowing earth at the mouth of the Santa Elena Canyon, a frequently visited stretch of the Rio Grande flanked by 1,500ft cliffs.

"It's just devastating," said Laiken Jordahl, a public lands advocate with the Center for Biological Diversity. "They're bulldozing a brand new road through the most beloved stretch of the park."




Bulldozer in Big Bend National Park

Big Bend national park is a vast, 800,000-acre (325,000-hectare) expanse of Chihuahuan desert punctuated by the Chisos mountain range and bordered by the Rio Grande River. Local businesses, river guides and political leaders from both parties have decried the administration's plans to mar the wilderness in the name of border security - not least because the region sees so few unlawful crossings.

Immigration authorities made between 100 and 125 arrests annually in 2023 and 2024 within the park's boundaries, according to the park's former superintendent, Bob Krumenaker, who now leads the advocacy group Keep Big Bend Wild. Those numbers almost certainly dropped last year, as unlawful crossings plunged across the US-Mexico border after Trump retook office and began a broad immigration crackdown in January 2025.




A person protests against the building of a wall at Big Bend national park. Photograph: Hannah Gentiles

But CBP has looked to the park as a site for new security installations ever since the Republican-dominated Congress threw a whopping $46.5bn for border wall expansion into the "big, beautiful" spending bill that Trump signed into law on 4 July last year.

Over the following months, the Trump administration's plans for Big Bend constantly shifted. CBP first signaled in February that it planned to erect a 30ft steel bollard wall across an area that is naturally obstructed by steep cliffs. Facing a sharp backlash from park users and locals, CBP walked those plans back, eventually publishing a more limited plan of about 200 miles of new patrol roads and four sections of non-contiguous vehicle barriers measuring about 6ft tall and totaling 17 miles. The Department of Homeland Security (DHS) waived dozens of federal environmental and cultural protection laws to speed construction along.

Opponents first began filming bulldozers clearing dirt and plowing into trees and brush last week, marking what they described as the beginning of construction of a new road and probably one of the four vehicle barriers that CBP has contracted to build. Big Bend national park's press office did not immediately respond to a request for comment.

Big Bend National Park border wall construction

At first, CBP publicly denied that the bulldozers had anything to do with its construction plans, issuing a statement last week that instead said the agency was regrading roads damaged by heavy rains. John Mennell, a CBP spokesperson, later backtracked, telling SF Gate the bulldozers were turning up ground to assess the soil for construction. This week, Rodney Scott, the CBP commissioner, said more barriers and roads were needed to keep the park "free from fear of cartel activity". Scott said the bulldozers were doing prep work for planned roads and vehicle barriers, but that construction had not started.

"What people are seeing right now is survey and design work - NOT construction of a wall through the park," Scott said. "We are working to preserve the landscape and protect the access visitors and local businesses depend on."

But opponents of the Big Bend border wall expansion say the bulldozers are clearly breaking new ground.

"They are obscuring what they are doing," said Krumenaker, the park's former superintendent. "They refuse to tell people what the complete plan is."




Protesters outside Santa Elena Canyon on 12 August in Big Bend national park, Texas. Photograph: Hannah Gentiles

The construction activity has continued to draw broad condemnation from local politicians of both parties. Democrats in Congress have repeatedly lambasted plans to degrade the wilderness of Big Bend in the name of border security, citing the low number of unlawful crossings and widespread public opposition.

But despite the unpopularity of the border barrier expansion through the state's public land crown jewel, the most prominent Texas Republicans have largely kept their mouths shut. Governor Greg Abbott's press secretary, Andrew Mahaleris, said in March that rugged regions such as Big Bend were "great opportunities to deploy technology to aid in securing the border", but has shied away from commenting on CBP's more controversial construction plans. Ken Paxton, the state attorney general, who is currently running for a US Senate seat, has also kept silent.

John Cornyn, an outgoing US senator, however, penned a letter to Markwayne Mullin, the US homeland security secretary, last week asking him to halt construction in order to spend more time hearing from locals and community leaders.

Southwest Valley Contractors of New Mexico secured a $1.7bn contract in May to construct border security infrastructure in the area that includes the park.



Work continues at Elena Canyon in Big Bend national park. Photograph: Hannah Gentiles

Billy Miller, a river guide with the Friends of the Ruidosa Church, and the Center for Biological Diversity are currently suing the DHS, the parent agency of CBP, contending that waiving dozens of federal laws to expedite construction violated due process and other constitutional rights. The DHS had agreed in June to provide at least 30 days' notice before "commencement of any ground disturbing activities in Big Bend Ranch State Park or Big Bend National Park".

"They've shown time and time again that we have absolutely no reason to trust them," Jordahl said. He remains concerned that CBP's plans will not stop at vehicle barriers.

"They issued this contract back when they were still planning to build a wall," Jordahl said. "They have the money they need to build a whole border wall through the national park."

*This article was co-published with Public Domain, an investigative newsroom covering public lands, the interior department and wildlife.*

This article was amended on 15 August 2026 to correct the caption on the last photograph.

# EXHIBIT 3

Yip Declaration

# Bulldozers rip into Big Bend National Park, driving anger and heartbreak




*Big Bend National Park, Texas —*

The towering cliffs, jagged mountain tops, and punishing desert climate of the Big Bend region in Texas have long proved to be the best barrier the United States could have with Mexico. For generations, the idea of needing to build physical structures to stop illegal migration was considered "insane," as one former superintendent of Big Bend National Park said.

But now the expansive reach of President Donald Trump's southern border plan has stretched into this remote region that sees only about 1% of unauthorized crossing apprehensions. Bulldozers are clearing land in the beloved national park, where wildlife roams and the scenery has been untouched for thousands of years.

"We didn't have to worry about any type of barrier. We had a God-made barrier," said Sheriff Thaddeus Cleveland of Terrell County, a vast and sparsely populated area northeast of the park. He spent 26 years in the US Border Patrol, hearing little if any talk of needing extra infrastructure in the area where he grew up, he said. "But that's definitely changed."



US Customs and Border Protection says it's not planning to build the same kind of 30-foot-high barrier that has appeared across parts of Arizona, California, New Mexico and Texas inside the national park. But critics say the plan that is in the works is no less destructive.

Earlier this month, bulldozers were videoed uprooting trees and shoveling dirt as wild animals trotted by. They were doing preliminary work ahead of the budgeted $1.72 billion main construction project designated for the area inside Big Bend National Park, the agency said.

It's part of the bigger plan to finish the border wall — or some form of it — before Trump leaves office, with steel walls and vehicle barriers and hundreds of miles of new roads cutting through wildly remote areas.

Those with concerns or outright opposition to the work in this remote desert wilderness run the gamut from a few elected Republicans to young activists, sweeping in a pro-border control sheriff and a retired National Park Service superintendent.



Photographer Natalie Newman made a commitment to Big Bend back in February when then-Secretary of Homeland Security Kristi Noem waived certain federal laws related to environmental safety, historic preservation and wildlife protection, among other initiatives, saying there was "an acute and immediate need to construct additional physical barriers and roads" in the Big Bend region.

"It started out as just documenting the beauty of it, trying to get people to see why it's special and what makes it special and what makes it so beautiful and worth protecting. But that has transformed just over the last week," she told CNN, standing near Santa Elena Canyon, where tall cliffs rise nearly 1,500 feet high from the Rio Grande and where she first saw bulldozers working in the national park.




"More than anything else, I feel heartbreak over all of this," she said. Newman enjoys the wilder parts of this park that's larger than the state of Rhode Island, where you may see fewer people than javelinas — a mammal that looks like a small wild pig, though it's an entirely different species. Cacti and wildflowers bloom across the state and federal land around Big Bend, which coupled with even larger nature preserves across the border are part of the Chihuahuan desert, the largest such ecosystem in North America.

But these days when her binoculars are trained on something in the distance, she's more likely to be checking on the progress of road clearing than on any of the hundreds of bird species that frequent the park. She said she will keep sharing that news, doing her part to stand up for the national park.

"I'm hopeful every single day that it'll be the day that someone somewhere does something that puts a stop to it," she said.

If there is no stopping, retired park superintendent Bob Krumenaker said what could happen in Big Bend would rival the flooding of Hetch Hetchy Valley a century ago, an event that changed arguments about preserving the environment. It's why he labels the whole plan "insane."




"If they continue with this and build most of the things they have talked about, or even a good fraction of those, this will be the biggest desecration of the national park system — not just Big Bend National Park — since they built a dam in a pristine valley in Yosemite National Park more than 100 years ago. This is a story that our children and grandchildren will be telling," he told CNN.

Compounding the natural destruction is the damage being done to people's trust, Krumenaker added.

"It's just a tremendous erosion, if not violation, of the agreement that Texans and the American people made when they established that national park. The federal government that I worked for for 41 years is disrespecting its citizens in a in a huge way."





Krumenaker, now chairman of the Keep Big Bend Wild advocacy group, spent five years as superintendent of Big Bend National Park and is familiar not only with the multiple studies and approvals needed for any material changes, but also with his federal partners in Border Patrol and the need for security.

"I totally support a secure border in Big Bend, but this is the least active place in the country for illegal border crossings," he said. "This is purely political, and it will, it risks destroying one of the nation's greatest places. It's just horrible."

He recalled as superintendent having an annual budget of between $8 million and $9 million and a maintenance to-do list of about $100 million they would chip away at when they could. Those numbers are dwarfed by the $1.72 billion earmarked for the Big Bend work, part of the larger $46.5 billion allocated for border wall construction in Trump's signature legislation, the "Big Beautiful Bill."



Sheriff Cleveland thought the talk of security construction was "BS" when he first heard of it.

His experience in local and national law enforcement tells him a different story than that framed by CBP that Big Bend is "an area of high illegal entry."

What he calls the "God-given barriers" of steep mountains and valleys around the river and an undeveloped landscape without roads would prevent any vehicle getting to his patch. Yet new vehicle barriers are being planned for Terrell County, part of the total $7 billion scheme for the Big Bend sector of the border that includes the national park and land either side.

In a statement to CNN, CBP Commissioner Rodney Scott said the agency is carrying out "survey and design work," rather than the construction of a wall through the park. It involves building "one new access road, improving existing roads, installing detection technology, and placing vehicle barriers in limited, strategic locations," he said.

"We are working to preserve the landscape and protect the access visitors and local businesses depend on," he added.

"I believe in border security … but let's put a barrier where a barrier makes sense," Cleveland told CNN. "Let's spend money where we need to spend the money."

Cleveland thinks using technology would be better support for him and other rural areas. He points to a solar-powered radar tower with a relatively small footprint that can scan the landscape and identify humans by their gait, triggering cameras to lock on and feed information to agents. Another option would be drones tracking people and helping responders plan a safe interception amid the rugged terrain, he said.

"The biggest problem is the people making the decisions out here for the Big Bend sector have never stepped foot out here."



Cleveland ran for sheriff as a Republican but says he may switch to independent — what he sees as the profligate federal spending on something unnecessary does not mesh with his own fiscal conservatism.

He signed a letter being carried around the area by former land commissioner Jerry Patterson, praising Trump for closing the border and asking the administration to consider cheaper and less destructive options for the Big Bend region.

A similar approach is being taken by others in Texas.

US Sen. John Cornyn wrote to DHS Secretary Markwayne Mullin last week urging him to meet with local stakeholders before any more construction proceeds on state or federal property. Some of Mullin's involvement so far has been to waive another federal law, effectively ending a lawsuit claiming that law was being violated. Land Commissioner Dawn Buckingham was more forthright, sending a cease-and-desist letter warning of possible legal action to Customs and Border Protection after she said a federal contractor was sent to work in the Big Bend Ranch State Park without permission. The accompanying news release was titled "Don't Tread on Texas."







On Friday, The People of La Junta for Preservation, an Indigenous-led preservation nonprofit, an outdoor recreation company and members of the Lipan Apache community asked a federal court to block the border wall construction on grounds the project threatens constitutionally protected religious freedoms.

The suit, filed in San Antonio, states: "Once an archaeological site excavated by heavy machinery, once the physical context of artifacts is destroyed, or once a sacred or culturally significant landscape is permanently altered, the injury is irreparable."

The threatened areas, the suit contends, include places members of the Lipan Apache community use "for religious observance, ceremony, prayer, gathering, or other traditional religious practices."

CNN has reached out to the Department of Homeland Security for comment.

The nonprofit said they chose to pursue legal action because their "ancestors entrusted" them with the land. "For us, this is not an abstract policy debate," the group said in a Facebook post Friday. "Our families have lived, prayed, gathered medicine, buried and reburied our ancestors, carried water, made offerings, and held ceremony along this river for generations beyond written memory. The river is not simply a boundary or a resource. She is living. She is a relative."

In a separate case filed in the nation's capital, a federal judge on Friday rejected the Tohono O'odham Nation's request to block border wall construction along parts of the Native American tribe's reservation in Arizona. The Nation claimed the wall would trespass on its lands and

diminish its boundaries without congressional authorization. US District Judge Richard Leon wrote “the Government’s interests in securing the border, enforcing immigration laws, and ensuring public safety outweigh any surviving irreparable harms at this juncture.” In a statement, Tohono O’odham Nation Chairman Verlon M. Jose disagreed and said the tribe “will consider all possible options for moving forward,” The Associated Press reported.

Gov. Greg Abbott remarked before Trump entered the White House for the first time that he did not want a border wall across the entirety of his state. “There are serpentine regions of the Rio Grande where it would be extremely challenging to build a wall. There are parts like the Big Bend region — we don’t want (to) see a wall in the beautiful Big Bend National Park,” Abbott said in December 2016, as reported by The Associated Press. CNN asked for his current views and was directed to a previous statement from Abbott’s press secretary Andrew Mahaleris: “Rugged, isolated areas like Big Bend are great opportunities to deploy technology to aid in securing the border.”

Critics say most statewide elected Republican officials have been too quiet in their condemnation of the border barrier construction projects because they fear the wrath of Trump’s criticism on his signature issue of border security.

“The one person who is supposed to stand for Texas right now, our governor, is silent,” resident Jess Bartko said. “What they are doing is actively waging a war against our parks, our public lands, our community and our livelihoods.”

On Wednesday, Bartko and about 100 other protesters gathered by the river, whose route gives the area its name and which attracts many of the half-million or so annual visitors to the national park.




Tourism is a big deal here — for running the river and watching the night sky. There are worries that both will be impacted. As far as the upheaval, there could be debris in the river, and construction lights from sites and worker camps could pollute some of the darkest sky in the Lower 48, blurring the star-filled views of the cosmos.

This week some roads and facilities were closed in the national park because of the construction.

Down at the river, beside the entrance to Santa Elena Canyon, one of the “crown jewels” of the park, the demonstrators whooped and hollered, their shouts echoing off the cliff walls as they pledged to keep working to protect Big Bend.

“The land remembers, the water remembers, it will remember us and our fight,” Joan Escamilla told her fellow supporters of the national park. “You can bury my heart in the Rio Grande.”

*This story has been updated with additional information.*

■

# EXHIBIT 4

Yip Declaration

# At Big Bend National Park, bulldozers begin clearing pristine desert land for border barrier work




BIG BEND NATIONAL PARK, Texas – At the foot of Santa Elena Canyon – perhaps the most iconic and photographed stretch of Big Bend National Park – Joan Stutts Escamilla sits in silence by the edge of the Rio Grande.

"It's such a god-given gift," the 70-year-old said, looking up at the canyon's 1,500-foot tall limestone cliffs. "There's just nothing, there's nothing else like this."

But within the last week, federal contractors have moved heavy machinery into the national park, bulldozing through desert shrubs and clearing ecologically sensitive land.

Bright pink ribbons now mark a construction path where willow and mesquite trees once stood.

The $1.7 billion construction plans include a combination of vehicle barriers, winding patrol roads and new surveillance technology.

It's all part of the Trump administration's effort to stop illegal border crossings into the U.S. The Trump administration is bypassing environmental laws for the project. This month a federal judge declined to block construction.



In the Big Bend area, the plans have ignited an impassioned coalition of landowners, outdoor enthusiasts and business owners – people across the political spectrum – who all say any work in the national park would forever change the rugged and beloved land often called "Texas' gift to the nation."

"If we lose places like Big Bend, we never get them back," said Laiken Jordahl with the Center for Biological Diversity, a national conservation nonprofit currently suing the federal government over its border barrier projects. "The destruction that will be inflicted here will truly be irreparable."

The Trump administration's initial plans for Big Bend National Park included the construction of 30-foot walls. Following a widespread outcry, contractors will now build patrol roads, vehicle barriers and surveillance systems, according to details shared by Customs and Border Protection.

In a statement to NPR, CBP Commissioner Rodney Scott said the work is intended to help border patrol "detect illegal crossings, respond faster, and assist visitors in danger."

But illegal border crossings in the Big Bend Sector – an area covering 517 miles along the U.S.-Mexico border – have dropped significantly.

According to CBP, they made up the fewest number of encounters along the Texas border in fiscal year 2025. Within the national park itself, the number is even lower, according to a local advocacy group.

Commissioner Scott said that what people are seeing within the park right now is related to survey and design work and not construction. The purpose of the new infrastructure, he said, is to secure the park and "protect its legacy."




"We already have effective border security here," said Bernadette Devine, a local educator and former river guide, who is calling on the state's top politicians to help stop the construction.

Republican Sen. John Cornyn last week asked federal officials to meet with locals before moving forward with any additional work here.

Gov. Greg Abbott's office didn't respond to NPR's recent requests for comment on the work within the national park, and instead shared a previous comment on the area. "Rugged, isolated areas like Big Bend are great opportunities to deploy technology to aid in securing the border," the governor's press secretary, Andrew Mahaleris said.




## Defending Big Bend

At Santa Elena Canyon, local river guide Billy Miller speaks into a megaphone – his voice slightly bouncing off the canyon walls.

"The river's being threatened as we speak," Miller told a crowd of nearly 150 people on Wednesday, some standing in the river's waters, others on the banks holding signs that read 'don't bulldoze my church' and 'don't tread on Big Bend.'

"A lot of people might think, 'Well, we saved it from the 30-foot wall, we won the battle,'' Miller said. "The battle is just now beginning."

While the fight inside the national park is reaching a critical point, the federal government's border security efforts are also progressing outside the park.

Staging sites have been set up in rural West Texas, where the Trump administration is looking to secure private land in border counties to make way for up to 175 miles of steel fencing.



# EXHIBIT 5

Yip Declaration

# Trump Admin Could Dynamite Mountain For New Border Wall

The Trump administration's border wall project in Texas could require contractors to blast through part of Mariscal Mountain, a towering limestone ridge inside Big Bend National Park, according to federal maps, environmental groups and House Democrats.

U.S. Customs and Border Protection's (CBP) current Smart Wall map places a planned patrol road across the mountain, near Mariscal Canyon and the Rio Grande.

The agency has not published detailed engineering plans saying how the road would be built, but lawmakers and environmental advocates say the rugged route could not be constructed without dynamite and extensive bulldozing.

CBP Commissioner Rodney Scott, in a new statement to *Newsweek*, pushed back against claims that the agency is building a traditional border wall through Big Bend National Park, while confirming that road, barrier and surveillance work is planned in the area.

"Big Bend belongs to the American people, and our job is to keep it safe. So, let's be clear about what is—and is not—happening there," Scott said.

"CBP is building one new access road, improving existing roads, installing detection technology, and placing vehicle barriers in limited, strategic locations. We are not building a 30-foot wall or stadium lighting through Big Bend National Park, Big Bend Ranch State Park, or the Black Gap Wildlife Management Area.

"What people are seeing right now is survey and design work—not construction of a wall through the park. We are working to preserve the landscape and protect the access visitors and local businesses depend on.

"The first step in securing our border is knowing who and what is entering our country. These improvements will help our agents detect illegal crossings, respond faster, and assist visitors in danger. As we strengthen the border across the Southwest, we will not leave Big Bend as an opening for cartels to exploit by shifting their routes and tactics. We are securing this park to protect its legacy—keeping it safe, secure, and pristine so American families can enjoy the beauty of our country, free from fear of cartel activity, for generations to come."

The project has sparked a bipartisan backlash across Texas, uniting local elected officials, environmental groups, former National Park Service leaders and tourism businesses who argue the planned roads, barriers and surveillance infrastructure would damage sensitive desert habitat, alter remote stretches of Big Bend National Park and threaten an economy heavily dependent on outdoor recreation and tourism.

A Texas border sheriff with direct experience of the area has now questioned whether a road there is needed at all.

Sheriff Thaddeus Cleveland told *Newsweek*: "I've hiked the Mariscal Canyon Trail, which is about a 6.5-mile round trip to a canyon with walls reaching roughly 1,500 feet. People simply don't cross there. Even if they did, they would face approximately a 110-mile walk to reach an area where they could realistically be picked up."

Cleveland added that he receives information from people looking to cross in the Big Bend region and passes it to authorities.

"I also receive human intelligence through my social media from people looking to cross in the Big Bend region, and I pass that information along to authorities in Big Bend. In my experience, that information is typically reliable," he said.

"As for Mariscal Canyon specifically, building a road there would be both impractical and unnecessary. The terrain and remoteness make it an unlikely crossing point, and there is little operational justification for constructing a road in such a difficult location."

The Trump administration has defended the project as part of its border-security strategy, even as illegal crossings along the southern border have plummeted during President Donald Trump's second term.




Federal contractors begin border barrier construction near Santa Elena Canyon, inside Big Bend National Park. August 6, 2026. Please credit: Natalie N...

## Could Construction Require Dynamite?

The Center for Biological Diversity said on August 6 the planned route across Mariscal Mountain would require "extensive dynamite blasting" because of the mountain's rugged terrain.

“This is the most heinous attack on an American national park in generations,” Laiken Jordahl, national public lands advocate at the Center for Biological Diversity, said in a news release. “The administration is preparing to blast hundreds of miles of destructive roads through the wildest place left in Texas and cut off public access to the Rio Grande, all to enrich private contractors."

*Newsweek* has contacted CBP for comment via email.

A group of House Democrats on July 31 called on the administration to halt work on Mariscal Mountain until it releases detailed road designs, excavation plans and information on how displaced rock would be managed.

“This poses no benefit to border security and would only cause irrevocable damage to the mountain," the lawmakers wrote.

The letter was sent by Reps. Lloyd Doggett, Greg Casar, Jasmine Crockett, Lizzie Fletcher, Vicente Gonzalez, Jared Huffman, Joaquin Castro, Veronica Escobar, Sylvia Garcia and Julie Johnson.

The letter, sent to Secretary of State Marco Rubio, Homeland Security Secretary Markwayne Mullin, CBP Commissioner Rodney S. Scott and International Boundary and Water Commission Commissioner W.C. “Chad” McIntosh, asked the administration to disclose whether the project would involve controlled blasting, drilling, vibration monitoring or large-scale excavation. The lawmakers warned that blasting could send rock and debris toward the Rio Grande and potentially trigger review under a 1970 U.S.-Mexico boundary treaty.

“Blasting a road across the mountain could send spoil toward, and potentially into, the Rio Grande,” they wrote.

CBP's Smart Wall plan combines barriers, patrol roads and surveillance technology, including about 205 miles of detection systems in the Big Bend Sector, though the agency says project alignments and mileage remain subject to change as designs are finalized.



The planned new border road would extend over Mariscal Mountain inside an Big Bend National Park.

Mariscal Mountain, a nine-mile limestone ridge that rises above the Rio Grande in Big Bend National Park, reaches 3,932 feet at its highest point and was once the site of mercury mining operations.

Environmental groups have also raised concerns that construction could disrupt wildlife habitat, damage sensitive desert ecosystems and alter the landscape of one of the country's most remote national parks.

Raymond Skiles, a former Big Bend National Park wildlife biologist who monitored peregrine falcons in the park for nearly two decades, warned that construction across Mariscal Mountain could threaten one of Texas' most important nesting areas for the endangered birds.

In a July Facebook post, Skiles said Mariscal Canyon has hosted as many as three nesting pairs of peregrine falcons annually, which he described as "likely Texas' most densely populated Peregrine nesting area," adding that the birds are highly sensitive to disturbance near their cliffside nesting sites.

## Administration Defends Project

DHS and CBP say the Big Bend project is needed to bolster security across the Big Bend Sector, citing more than 89,000 migrant encounters between fiscal years 2021 and 2025, as well as drug seizures and other border-related enforcement activity in the region.

Trump officials have defended the project as a broader border-security initiative extending well beyond the national park.

Unlawful border crossings in the sector have plummeted. CBP data show Border Patrol recorded 148 migrant encounters in the Big Bend Sector in June 2026, down from 412 in June 2023.

During the first nine months of fiscal 2026, authorities recorded 1,509 encounters, compared with 10,291 during the same period in fiscal 2023, an 85 percent decline. The sector encompasses about 517 miles of the U.S.-Mexico border and extends well beyond Big Bend National Park.

What remains unclear is whether the final Mariscal Mountain design will proceed along the route shown on the federal map, whether dynamite will be used, and how excavated rock would be managed. The lawmakers have asked the administration to suspend work there until those questions are answered.

■

# EXHIBIT 6

Yip Declaration

U.S. Customs and Border Protection

Home » Newsroom » Announcements »

Statement from CBP Commissioner Rodney S. Scott correcting the record on Big Bend border security projects

# Statement from CBP Commissioner Rodney S. Scott correcting the record on Big Bend border security projects

**Release Date:** Thu, 08/13/2026

“Big Bend belongs to the American people, and our job is to keep it safe. So, let’s be clear about what is—and is not—happening there.

CBP is building one new access road, improving existing roads, installing detection technology, and placing vehicle barriers in limited, strategic locations. We are NOT building a 30-foot wall or stadium lighting through Big Bend National Park, Big Bend Ranch State Park, or the Black Gap Wildlife Management Area.

What people are seeing right now is survey and design work—NOT construction of a wall through the park. We are working to preserve the landscape and protect the access visitors and local businesses depend on.

The first step in securing our border is knowing who and what is entering our country. These improvements will help our agents detect illegal crossings, respond faster, and assist visitors in danger. As we strengthen the border across the Southwest, we will not leave Big Bend as an opening for cartels to exploit by shifting their routes and tactics. We are securing this park to protect its legacy—keeping it safe, secure, and pristine so American families can enjoy the beauty of our country, free from cartel activity and without fear, for generations to come.”

*U.S. Customs and Border Protection (CBP) is America's frontline: the nation's largest law enforcement organization and the world's first unified border management agency. The 70,000+ men and women of CBP protect America on the ground, in the air and on the seas. We enforce safe, lawful travel and trade and ensure our country's economic prosperity. We enhance the nation's security through innovation, intelligence, collaboration and trust.*

## Topics

Border Security | CBP Commissioner | Commissioner Rodney Scott | Smart Wall

**Last Modified: Aug 14, 2026**

# EXHIBIT 7

Yip Declaration

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOHONO O'ODHAM NATION, a federally recognized Indian tribe,<br><br>*Plaintiff*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of U.S. Department of Homeland Security; RODNEY SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and ROSARIO VASQUEZ, in his official capacity as Chief of U.S. Border Patrol,<br><br>*Defendants*. | Case No. 26-cv-2127-RJL |

**NOTICE OF UNITED STATES' PLANNED ACTIVITY ON TOHONO O'ODHAM RESERVATION**

The Tohono O'odham Nation ("Nation") submits this Notice to apprise the Court of planned activity by the Secretary and his border wall contractors on the Nation's Reservation in the very near future.

1. On the evening of Wednesday, August 5, 2026, the Nation received an email from a Department of Justice attorney (attached to this Notice) stating that "CBP has asked us to let you know that the construction contractor plans to start geotech testing next week, with mobilization occurring on Sunday, August 9, and testing beginning on Monday, August 10." The email detailed that "geotech surveys typically involve a 4 [inch] or smaller bore that may go down to 25 [feet] …. The contractor may also need to do test pits, which are shallow (2-4 [feet] deep x 5-8 [feet] wide) pits to investigate a little wider area where necessary. It is also our

understanding that the contractor will take samples roughly every ¼ mile within the project alignment, but it may be more frequent in some locations (roughly 300 samples in all)." The email declared that "[a]ll of the geotech sites are in the Roosevelt Reservation, and the contractor has been instructed that no tests may be done outside the Roosevelt Reservation."

2. The Secretary, in sum, has announced as a fait accompli, and with only two business days' notice, that the geotechnical borings that were the subject of discussion at the injunction hearing, and which the United States knows the Nation is opposed to (along with test pits which have not previously been mentioned), will move forward without the Nation's consent and over its strong objections. While the United States justifies its actions on the basis of the Roosevelt Reservation, whether that Reservation exists on the Nation's lands is of course a key issue that the Court presently has under submission.

3. The Secretary's announcement puts the Nation in a difficult position. The Court indicated at the hearing that it needs time to issue a considered decision in a matter as significant as this, and the Nation fully respects and appreciates the Court's prerogative (and indeed duty) to proceed in that manner. The Secretary, however, is exploiting this interim period to move forward with highly disputed actions.

4. The Nation is not asking the Court to rush its decision making. However, it does wish to underscore for the Court the fact that, free of any judicial constraint, the Secretary clearly intends to continue with intrusive, ground-breaking activity on the Nation's Reservation without the Nation's consent, and to do so expeditiously. This directly undercuts the United States' position that this matter is not ripe for decision or would be imprudent to decide at this time.

Dated: August 6, 2026

Respectfully submitted,

/s/ *Riyaz A. Kanji*
Riyaz A. Kanji, D.C. Bar 455165
David A. Giampetroni*
KANJI & KATZEN, P.L.L.C.
P.O. Box 3971
Ann Arbor, MI 48106
(734) 769-5400
rkanji@kanjikatzen.com
dgiampetroni@kanjikatzen.com

Philip H. Tinker*
KANJI & KATZEN, P.L.L.C.
12 N. Cheyenne Ave., Ste. 220
Tulsa, OK 74103
(206) 344-8100
ptinker@kanjikatzen.com

Howard M. Shanker, D.C. Bar 426359*
Attorney General
Logan Takao Cooper*
Assistant Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ 85634
Howard.Shanker@tonation-nsn.gov
Logan.Cooper@tonation-nsn.gov

*Counsel for Plaintiff Tohono O'odham Nation*

*Pro Hac Vice Admission

**CERTIFICATE OF SERVICE**

I certify that on August 6, 2026, this document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ *Riyaz A. Kanji*
Riyaz A. Kanji

# EXHIBIT 8

Yip Declaration

Outlook

## Re: Ruidosa v. Mullin- Notice of Ground Disturbing Activity

**From** Emma Yip <eyip@biologicaldiversity.org>
**Date** Mon 8/10/2026 11:44 AM
**To** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Zeynep Graves <zgraves@biologicaldiversity.org>; Ben Fishman <bfishman@biologicaldiversity.org>; Dustin Rynders <dustin@texascivilrightsproject.org>; Kate Gibson Kumar <kate@texascivilrightsproject.org>; Alana Park <alana@texascivilrightsproject.org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>
**Cc** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>

Alex,

Thank you for the update and for providing this notice. That said, as set forth in Plaintiffs' Motion to Expedite, our understanding is that ground-disturbing construction activities within Big Bend National Park have already commenced, including vegetation clearing and earthmoving. Accordingly, Plaintiffs do not view this notice as satisfying the Parties' agreement to provide at least 30 days' notice before the commencement of ground-disturbing activities in the Park, and continue to view the government as having failed to comply with that commitment.

Sincerely,
Emma

**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY
206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Monday, August 10, 2026 8:06 AM
**To:** Emma Yip <eyip@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Ben Fishman <bfishman@biologicaldiversity.org>; Dustin Rynders <dustin@texascivilrightsproject.org>; Kate Gibson Kumar <kate@texascivilrightsproject.org>; Alana Park <alana@texascivilrightsproject.org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** Ruidosa v. Mullin- Notice of Ground Disturbing Activity

Dear Plaintiffs' counsel,

Customs and Border Protection has notified me that ground disturbing activities in support of construction for those portions of the Big Bend 4 project to be executed within Big Bend National Park are anticipated to begin on September 9, 2026. This email will serve as notice pursuant to our agreement to notify you 30 days before any ground disturbing activities occur in Big Bend National Park.

Sincerely,

Alex Yun

---

**Alex Yun**
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
(202) 674-0255

# EXHIBIT 9

Yip Declaration

# Statement from CBP Commissioner Rodney S. Scott on Big Bend border security projects

**Release Date:** Mon, 08/17/2026

**Attributable to Commissioner Rodney Scott**

CBP is pausing all construction activity in Big Bend National Park while I visit and conduct a personal, on-the-ground evaluation.

CBP is firmly committed to protecting America, and that includes our national treasures like Big Bend National Park. We know the current and predictable national security threats and they are real. Now over the next couple of days, I will join a small team to evaluate the terrain and listen to local leadership, community members and stakeholders to ensure that we secure our borders while simultaneously protecting BBNP for generations to come.

**Commissioner Rodney Scott's tweet:**

https://x.com/cbpcommissioner/status/2089395143136731579?s=46

**Downloadable Video on DVIDS**

https://dvidshub.net/r/eb8ghd

*U.S. Customs and Border Protection (CBP) is America's frontline: the nation's largest law enforcement organization and the world's first unified border management agency. The 70,000+ men and women of CBP protect America on the ground, in the air and on the seas. We enforce safe, lawful travel and trade and ensure our country's economic prosperity. We enhance the nation's security through innovation, intelligence, collaboration and trust.*

## Topics

Border Security   Smart Wall

**Last Modified: Aug 17, 2026**