**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>*Defendants.* | Case No. 3:26-cv-01099-KC |

**DECLARATION OF CONNOR PHILLIPS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Connor Phillips, declare as follows:

1. I have personal knowledge of the matters contained in this declaration and, if called and sworn as a witness, I can and will completely testify to all of the matters contained herein.

2. I hold a Geographic Information System ("GIS") graduate certificate from University of Wisconsin – Madison and a Master of Science in Geography from Northern Arizona University, and have career experience in GIS analysis for non-profit organizations and federal agencies such as the U.S. Geological Survey ("USGS"). I currently serve as an associate GIS specialist for the Center for Biological Diversity (the "Center") and have over five years of experience in GIS analysis and cartography.

3. In my previous declaration filed in this matter, Declaration of Connor Phillips in Support of Plaintiffs' Motion for Summary Judgment, ECF No. 19-2 ("Phillips Summ. J. Decl."), I discussed how I prepared the map relied upon in this case by Plaintiffs regarding the probable geographic scope of a nearly contiguous pedestrian border wall along the full length of the U.S.-

Mexico border (the "Wall").[1] *See* Phillips Summ. J. Decl. ¶¶3-12 (describing my modeling and calculations used to estimate the Wall's route, the corresponding border mileage, and the acreage south of the Wall that would become restricted borderlands).

4. In my previous declaration, at ¶ 8, I explained that two Big Bend waivers (the "West Waiver" and "National Park Waiver"), as subsequently amended,[2] issued pursuant to the Illegal Immigration Reform and Immigrant Responsibillity Act, collectively waived laws to build border barrier along a total of 431 miles of the border in the Big Bend Sector. Those two waivers spanned 339 miles of uncompleted Wall in my map (the Wall is shorter than the length of the border because it contours less than the Rio Grande and does not follow the river's natural curving path). These waivers encompassed over one third of the Wall's remaining unbuilt sections in my map at the time.

5. On July 27, 2026, the Secretary of Homeland Security issued a new waiver. *See* 91 Fed. Reg. 46939 (July 27, 2026) ("Lower Canyons Waiver"). The Lower Canyons Waiver, which starts where the National Park Waiver ends (at GPS point 29.728522, -102.683945), follows the Rio Grande's Lower Canyons until the eastern edge of Lake Amistad. The Lower Canyons Waiver waives laws to build border barrier along a total of 176 miles of the border and spans 166 miles of

---

[1] For the purposes of this project, I define the Wall as a nearly contiguous pedestrian border barrier spanning the length of the U.S.-Mexico border. Pedestrian border reflects barrier types that are considered "high enough, with slats close together enough, to block someone crossing on foot (and unwilling to climb)." Adam Isacson, *U.S.-Mexico Border Barriers Now Total 741 Miles*, Sept. 10, 2023, https://adamisacson.com/u-s-mexico-border-barriers-now-total-741-miles/. Nearly contiguous reflects small gaps in the wall for border crossings and large bodies of water (such as Lake Amistad).

[2] The two Big Bend waivers I originally assessed are the "West Waiver," 91 Fed. Reg. 7297 (Feb. 17, 2026), *as amended by* 91 Fed. Reg. 40550 (July 2, 2026) and the "National Park Waiver," 91 Fed. Reg. 27969 (May 15, 2026), *as amended by* 91 Fed. Reg. 34831 (June 9, 2026).

uncompleted Wall in my map (again, the Wall is shorter than the length of the border because it does not follow the river's curving path).

6. Now, including the additional Lower Canyons Waiver alongside the National Park and West Waivers,[3] these Waivers waive laws to build border barrier along a total of 607 miles of the border, and span 507 miles of Wall in my map (again, the Wall is shorter than the length of the border because it does not follow the river's curving path). These waivers encompass just under half of the Wall's remaining unbuilt sections in my map, and reach from just south of the Quitman Mountains to the Southern edge of Lake Amistad.

7. The Texas portion of the Rio Grande's Wild and Scenic River designation is 197 river miles, and the National Park and Lower Canyons Waivers encompass the entirety of that designated segment.

8. Based on the Wall route described in this declaration, I estimate that a total of 312,068 acres will become restricted borderlands if the Wall is completed. These areas fall between the international border and Wall, limiting the public's access or use of them. Eliminating waterbodies from this calculation, the total acreage is 283,606. Of the 312,068 acres of restricted borderlands, I estimate that 186,326 acres are encompassed by the Big Bend Waivers. Of that, 34,652 acres of restricted borderlands fall under the West Waiver area; 11,440 acres fall under the National Park Waiver area; and 140,234 acres fall under the Lower Canyons Waiver area.

I declare under penalty of perjury that the foregoing is true and correct.

[3] The Big Bend waivers include: the "West Waiver," 91 Fed. Reg. 7297 (Feb. 17, 2026), as amended by 91 Fed. Reg. 40550 (July 2, 2026), the "National Park Waiver," 91 Fed. Reg. 27969 (May 15, 2026), as amended by 91 Fed. Reg. 34831 (June 9, 2026), and the "Lower Canyons Waiver," 91 Fed. Reg. 46939 (July 27, 2026).

Executed on AUGUST 14, 2026, in TUCSON, ARIZONA.

Connor Phillips