**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>*Defendants.* | Case No. 3:26-cv-01099-KC |

**DECLARATION OF BERNADETTE DEVINE IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION**

I, Bernadette Devine, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify to these facts.

2. I am a resident of Terlingua, Texas and have lived and worked in the Big Bend region for over thirty years. I have been a member of the Center for Biological Diversity ("the Center") since 1994 and rely on the Center to represent my interests in protecting the Big Bend region and the Rio Grande.

3. I am an educator with the Terlingua Common School District, where I have taught students from Pre-K through eighth grade. I also serve as the *English as a Second Language* (ESL) coordinator. In my professional role, I regularly incorporate outdoor education into my teaching and have led multiple educational trips along the Rio Grande to locations including Colorado Canyon, the Madera-to-Lajitas river stretch, Hot Springs Canyon, Barton Warnock Center, and Fort Leaton. These trips are an important component of my work, fostering students' understanding

of and connection to the river, surrounding ecosystems, and public lands. For example, in my previous declaration, Declaration of Bernadette Devine in Support of Plaintiffs' Motion for Summary Judgment (ECF No. 19-2), I described a binational student trip I led in 2016.

4. I have a longstanding personal and professional connection to the Big Bend region, particularly the Rio Grande corridor. I am a former river guide, and over the years I have regularly recreated and run trips on the Rio Grande, most regularly starting at Rancherias Canyon. I often participate in day trips through Big Bend Ranch State Park, largely through Colorado Canyon, or Madera-to-Lajitas river stretch, and occasionally launching in Redford or the Hoodoos area depending on water levels. Additionally, we run day trips and overnight trips through Santa Elena Canyon, Mariscal Canyon, Boquillas Canyon, and Hot Springs Canyon in and around the National Park.

5. Over the course of many years, I have used the above-referenced areas for a wide range of recreational, educational, and personal purposes, including river trips, camping, dark sky viewing, hiking, and gathering with family, friends, students, and members of my community. These experiences provide me with aesthetic, recreational, educational, spiritual, community, and emotional benefits.

6. The Lower Canyons are especially important to me. I have taken approximately six weeklong trips through these remote stretches of the Rio Grande over the years, both as a professional river guide and on personal trips. During the 1990s, while working with Far Flung Adventures, I guided and participated in trips that launched at La Linda or from access points in the Black Gap Management Area. I have visited Temple Canyon, which marks the beginning of the Lower Canyons, at least a dozen times. Through exploring this remarkable stretch of the Rio

Grande, and sharing its beauty with others, I have developed a deep appreciation for its remote character, rugged beauty, wildlife, opportunities for recreation, and solitude.

7. My enjoyment of the area depends on its natural appearance, ecological integrity, and sense of remoteness.

8. I plan to return to the Lower Canyons over the 2026 Christmas and New Years break, and regularly thereafter, as I have done for decades. Shortly after Christmas, I intend to take an approximately eight-day river trip with friends and family. We plan to launch at La Linda or one of the Black Gap Management Area access points and travel downstream through the Lower Canyons to Dryden Crossing. During that trip, I look forward to revisiting places that I have enjoyed in the past, including Hot Springs, Upper and Lower Madison Falls, and other areas along the river corridor.

9. Since early August 2026, I have personally observed and monitored border-related construction activities in and around Big Bend National Park. On August 4, 2026, I observed orange trucks branded with the Southwest Valley Constructor logos and workers wearing hardhats at Cottonwood Campground. On August 5, 2026, I observed construction activity near the Santa Elena Canyon river takeout area, approximately one mile downstream of the canyon, where a roadway was being graded and widened adjacent to an existing road. On August 8, 2026, I returned to the Santa Elena Canyon area with my husband and could hear and see heavy machinery operating in the distance. I could also hear the sound of large desert shrubs and other vegetation being broken and cleared by construction equipment. I have further observed equipment staging areas and stockpiles of vehicles, bulldozers, and construction machinery along Highway 118 approximately 23 miles outside the National Park.

10. I have lived in the Big Bend region for more than thirty years and deeply understand how slowly this desert ecosystem recovers from disturbance. In my experience, tracks left by off-road vehicles can remain visible for years, if not longer. When vegetation is removed and soil is disturbed in this arid environment, recovery can take decades or longer. As I listened to vegetation being crushed and cleared near Santa Elena Canyon, I thought about the care my husband and I exercised when building our own home in the desert landscape, striving to disturb as little of the surrounding environment as possible. By comparison, watching large-scale construction occur so rapidly and with such little effort to minimize impacts to the landscape is heartbreaking.

11. On August 16, 2026, I returned to the National Park along with other volunteers to rescue native plants near the Cross Canyon trail that would otherwise be destroyed by border barrier-related construction impacts. In the early morning, I walked with the other volunteers along the trail. We rounded a bend in the trail and the foothills of Mariscal Mountain came into view. What is typically a majestic vista was obstructed by the sight of heavy machinery ripping into the landscape. I observed an excavator digging into the side of the mountain. The other volunteers and I were stunned as we watched the excavator work. It was near the edge of the mountain digging up dirt and dropping it down the mountain slope, sending plumes of dust into the air. As we worked to salvage desert plants throughout the day, we could hear the excavator beeping and scraping at the mountain. Hearing these sounds in such a remote place, and one that I've visited numerous times over the course of my life, was a surreal and heartbreaking experience. Right by this mountain is Mariscal Canyon—one of my favorite river canyons to canoe through precisely because of its sense of remoteness and solitude.

12. Seeing these impacts in person was deeply disturbing and diminishes my ability to enjoy and appreciate the natural character, scenic beauty, and ecological integrity of the landscape.

The experience further heightened my concern that, unless construction is halted, additional areas of the Park will suffer similar damage to native vegetation, wildlife habitat, and the wilderness qualities that draw me to these places.

13. Places that I have known, visited, and cared about for decades are being disturbed and harmed by road building, vegetation removal, heavy equipment, noise, dust, and other industrial activities. These changes damage and degrade the scenic beauty, natural character, and sense of solitude that draw me to these areas and that I seek to share with my students, family, friends, and community.

14. I am also concerned about the effects of the ongoing construction on wildlife and sensitive river corridor habitats. Over the years, I have spent considerable time looking for wildlife in and around the Rio Grande, including the yellow-billed cuckoo in the Santa Elena Canyon area. The ongoing clearing of vegetation, operation of heavy machinery, and broader construction activities degrades habitat, disrupts wildlife use of these areas, and diminishes opportunities for wildlife observation that are important to my recreational, educational, and aesthetic interests.

15. The harm occurring from these activities is ongoing. Each day that construction continues brings additional destruction and degradation to native vegetation, wildlife habitat, scenic values, and the wilderness character of the Big Bend landscape. Even if construction were later halted, much of the injury to these areas would remain for years, if not decades or longer, because of the extremely slow rate of ecosystem recovery in the Chihuahuan Desert. The opportunities I lose to experience and enjoy these places in their current condition cannot be restored. As a result, the ongoing construction activities, imminent future construction, and the planned installation of border barrier infrastructure directly and irreparably harm my aesthetic,

recreational, educational, professional, and spiritual interests in the Big Bend region, including Big Bend National Park, the Lower Canyons and the surrounding Rio Grande corridor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _______________, 2026, in ________________________________.

SIGNATURE ON FOLLOWING PAGE

______________________________

Bernadette Devine

recreational, educational, professional, and spiritual interests in the Big Bend region, including Big Bend National Park, the Lower Canyons and the surrounding Rio Grande corridor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 17 August, 2026, in Terlingua, TX.

[signature]

Bernadette Devine