**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>*Defendants.* | Case No. 3:26-cv-01099-KC |

**DECLARATION OF LAIKEN JORDAHL IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION**

I, Laiken Jordahl, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would competently testify to these facts.

2. I live in Tucson, Arizona. I have been a member of the Center for Biological Diversity (the "Center") since 2017. As a Borderlands Campaigner, Southwest Conservation Advocate, and National Public Lands Advocate for the Center, I work to protect wildlife, ecosystems, and public lands throughout the West with a specific focus on the U.S.-Mexico borderlands. My work focuses on protecting endangered species and their habitats, and people's access to public lands and wild places, with a specific focus on wildlife and wildlands in the border region.

3. Before joining the Center, I served as a National Park Service Wilderness Fellow, where I worked with stakeholders to monitor conditions in five national parks and monuments, including Big Bend National Park (the "National Park"), and prepared in-depth reports assessing threats to wilderness character. My work was published in a series of reports entitled "Wilderness

Character Narrative and Baseline Monitoring Assessments" for specific national parks and monuments. At Big Bend National Park, I analyzed threats to wilderness character and examined, among many other factors, how border security activities impact natural soundscapes and dark night skies, interfering with both the biotic community and people's ability to enjoy solitude and sounds of nature in wilderness. Attached in my previous Declaration as Exhibit 1, titled Declaration of Laiken Jordahl in Support of Plaintiffs' Motion for Summary Judgment (ECF No. 19-2), is a true and correct copy of the report I authored titled *Big Bend Recommended and Potential Wilderness: Building Blocks for Wilderness Stewardship*, December 2015.

4. On August 11, 2026, I arrived in Big Bend to observe ongoing construction in and around the National Park. On that date, I visited a worksite near Santa Elena Canyon and saw an idle bulldozer from a distance and freshly cleared road where there had never been a road before. The disturbance had just taken place: I saw uprooted willows, palo verde, and old growth mesquite that remained green and had not yet begun to dry out. A tremendous amount of dust billowed around me, picked up by the wind on the newly cleared road.

5. On the afternoon of Saturday, August 15, 2026, I traveled down River Road East to Mariscal Mountain in the National Park with my partner, Maxie Adler, where we observed two different staging areas and one active worksite. The first staging area had road construction equipment and a steamroller parked in a clearing, alongside storage containers and a trailer that appeared to be housing or office space. Orange Southwest Valley trucks were parked at this site, which is the company that was contracted to build the border barrier segment in the National Park (BBT-4). Later that afternoon, when we passed by this site again, construction workers for Southwest Valley were dropping off work trucks and getting into personal vehicles.

6. The second site I witnessed was approximately five miles down River Road East heading towards Mariscal Mountain. It was a large, cleared area where there were two huge water containers (each one was the size of an extra-large shipping container). This area appeared to be freshly cleared.

7. We continued driving down River Road East and eventually pulled up next to a caterpillar D6 bulldozer sitting in a large, cleared area next to a brand-new dirt road—which had been freshly plowed into previously undisturbed land a few hundred feet above the Solis Campground and boat take out. We walked about half a mile up the newly plowed road where I witnessed an active bulldozer and excavator carving into a hillside, digging into pristine parkland, with an orange Southwest Valley truck parked on the downhill side. The workers were bulldozing over ocotillos and crushing native plants, carving a massive amount of earth out of the hillsides in order to continue making this access road into undisturbed lands.

8. I spoke with one of the contractors at the Mariscal Mountain construction site who said that what we could see was only the beginning. The road they were clearing would be significantly widened to the width of stakes that he pointed out on either side of the road—making the final road approximately 100 feet wide.

9. The Google Drive link available at https://drive.google.com/drive/folders/1EOvRgC0aERBVv4Tpbq1gs-6oaeyPPki8?usp=drive_link contains four true and correct videos my partner and I took while we witnessed the active construction above Solis Campground on Saturday, August 15, 2026.

10. The publicly available Instagram videos available at https://www.instagram.com/p/DcEwil1S-XH/ and https://www.instagram.com/p/DcFJG9KJ9h6/

are true and correct videos I shot and posted of the active construction I witnessed above Solis Campground on Saturday, August 15, 2026.

11. Below is a true and correct copy of a photograph I took on August 15, 2026, documenting the construction I witnessed above Solis Campground in the National Park.



12. I have spent the last week in Terlingua, where there is a near constant flow of construction equipment passing through and heading towards the National Park. RV parks in the town are booked out with construction workers. Orange Southwest Valley trucks are all over town and more are arriving every day.

13. Witnessing construction commence in the National Park causes me and my interests in the region substantial harm. Being here in Terlingua with many of my former colleagues from the National Park while this construction is unfolding is devastating. The entire community is reeling like they are actively losing a loved one and there is nothing they can do to stop it. Seeing this permanent, irreversible damage to the very park I have long worked so hard to protect is

distressing and emotional. I've always known that I could go to Big Bend to escape the fast-paced modern world. Mariscal Mountain, where bulldozers are tearing deeper into the National Park every day, is one of the most remote and hard to reach places in the Park. It devastates me to know that there will now be a permanent roadway through its wildest parts. After working so long trying to prevent the unnecessary damage to public lands along the border, I have always come to Big Bend to spiritually recharge and to be out in the wilderness on the one part of the U.S.-Mexico border that was completely wild, and free of border security infrastructure. If this project continues, Big Bend will never again be able to provide that for me. I am also extremely concerned about my future ability to canoe the Rio Grande, with the current plans calling for impassable vehicle barriers across most of the most frequented river access points for put-ins and takeouts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2026, in Terlingua, Texas.



________________________________
Laiken Jordahl