**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>*Defendants.* | Case No. 3:26-cv-01099-KC |

**DECLARATION OF DANNY WILLIAM MILLER JUNIOR**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Danny William Miller Junior, declare as follows:

1. This declaration is based on my personal knowledge. If called as a witness in this proceeding, I could and would competently testify to the facts stated below.

2. I have lived and worked in the Big Bend region of Texas since approximately March of 2005, building my life, my career, and my sense of community around the Rio Grande and the Big Bend landscape.

3. I am a professional river guide and have worked continuously in the outdoor recreation industry in this region for more than twenty-one years. I began guiding trips on the Rio Grande in March 2005 and have guided both commercial and private river trips since that time. Over the course of my career, I have worked for several guiding companies in the region, including Far Flung Outdoor Center, where I worked for approximately ten years, Desert Sports, where I worked for about ten years, and Further Adventures, where I worked for about two years. I guide river trips along the Rio Grande for almost every regional outdoor recreational company in the area.

4. I live with my family near the historic ghost town of Terlingua, Texas. My wife, Brittany Lowe, was born and raised in Big Bend National Park and Terlingua areas, and her connection to its geography is multi-generational. Her father was a guide on the river before he got a job with the National Park Service in Big Bend National Park, where he worked for thirty years. Through him, she gained a close familiarity with the Rio Grande, the National Park, and its surrounding landscape.

5. In 2014, my wife and I were married on the banks of the Rio Grande at Contrabando movie set. When our son was born in 2015, the river took on new importance for me as a parent. We chose "Rio" as his middle name because we knew the river would remain the heart of our family. I wanted him to grow up knowing how to connect with nature through fishing, canoeing, and tracking animals along the river. Over time, the Rio Grande ecosystem became more and more essential to who we are as a family, shaping our values and how we spend time together.

6. I visit and use the Rio Grande corridor multiple times each week for both professional guiding and to spend time with my family. The Lower Canyons, a wild and isolated stretch of the Rio Grande downstream of Big Bend National Park, is probably my favorite section of the entire river. Few clients undertake the remarkable 84-mile journey through the Lower Canyons because the trip is demanding and often takes more than a week by boat. Those who do make the journey, however, are rewarded with some of the clearest spring-fed waters and most dramatic canyon scenery in the Big Bend region. What makes the Lower Canyons especially meaningful to me is its remoteness. It remains one of the few places where a person can spend days on the river immersed in the landscape, seeing little evidence of modern development and experiencing the Rio Grande as generations of people have before us.

7. I've floated the Lower Canyons well over two dozen times to guide clients and to go on personal trips. In my previous declaration, titled Declaration of Danny William Miller Junior in Support of Plaintiffs' Motion for Summary Judgment, I testified about a trip I took with my son for his birthday in 2024. We spent nine days on the river to reach the Lower Canyons and explore this final stretch of the river he hadn't seen before. The trip was unforgettable. We woke to ice along the riverbank on our first morning and spent the following days exploring some of the most remarkable places in the Lower Canyons. We explored Oso Canyon, Silber Canyon, Palmas Canyon, San Francisco Canyon, and smaller canyons like Red House and Sanderson; fished and soaked near the warmer water at Asa Jones; explored the Caballo Blanco pour-off and the caves and natural tunnels at Complejo del Caballo; and spent an hour surfing our canoes in the wave at Rodeo Rapid. Along the way, we followed tracks left by bears and bighorn sheep, camped beside the river beneath towering canyon walls, and discovered places neither of us will ever forget. After nine days on the river, we weren't ready for the long and rugged drive home. Spending this time together in one of the wildest and most remote landscapes in Texas remains one of our most special memories together.

8. I plan to journey back to the Lower Canyons later this fall. My friend, who is also a professional river guide, and I are planning a fourteen-day canoe trip through around 138 miles of the river. We'll start at either Lajitas or La Linda, and journey through Santa Elena Canyon, the Great Unknown, Mariscal Canyon, San Vicente and Hot Springs Canyon, and finally Boquillas Canyon. After that, in October, I will be guiding a group of geologists on a multiday trip starting at either La Linda or Maravillas Canyon in Black Gap, depending on the water level, and take out just south of Dryden, Texas.

9. I've watched border-related construction in the Big Bend region begin and increase in intensity over the last few weeks. After seeing construction crews arrive in Terlingua, I attended a vigil on August 3, 2026, at Santa Elena Canyon in opposition to the planned border barriers in Big Bend. On August 9, 2026, I observed heavy equipment, including bulldozers, stationed at Cottonwood Campground in Big Bend National Park. Over the following days, I watched bulldozers and heavy machinery tear up vegetation to clear a dirt road near Santa Elena Canyon. I've also seen videos of large clear-cut and flattened areas off Old Maverick Road within the National Park. On August 12, 2026, I attended a protest in the National Park and saw the aftermath of the construction activities, including torn up and cleared vegetation.

10. These activities sent plumes of dust into the air and drove families of javelinas out of the vegetation that was being ripped up.

11. Seeing how quickly these areas I've known and loved for decades transform into something unrecognizable is deeply disturbing. Since the construction began, I've been struck by the contrast between the speed of the destruction and the immense amount of time required to create what is now damaged. Natural processes took thousands of years to shape the sandy washes, desert grasslands, native plant communities, and geologic features that define this landscape. Yet much of that character can be removed in a matter of hours by heavy machinery. Even if active construction were halted, the harm to the vegetation, soils, and natural appearance of these areas would linger. In my experience living and working in Big Bend, recovery would take years, decades, or longer, and some of the wilderness character that has been lost may never be fully restored.

12. The harm extends beyond the areas where bulldozers are currently operating. The Rio Grande corridor and Big Bend National Park are valuable to me because they offer an

opportunity to experience a landscape that remains largely wild and undeveloped. It is the reason I have built my career here, raised my family here, and continue to return to the river week after week, month after month, and year after year. My clients come to the region for many of the same reasons. Ongoing construction activity, vegetation clearing, road building, dust, heavy equipment traffic, and the expected installation of border barrier infrastructure fundamentally alter that experience. They diminish the sense of remoteness, naturalness, and connection to the landscape that make these places special and interfere with my ability to enjoy and share them with others.

13. I am particularly concerned because the damage is already occurring and continues to expand. Native vegetation has already been removed. Wildlife has already been displaced. Previously undisturbed areas have already been graded and disturbed. Every additional day of construction risks further damage to the scenery, wildlife habitat, ecological integrity, and wilderness character of Big Bend. Even if construction ultimately stops, the time I lose experiencing these places in their current condition cannot be recovered, and much of the physical damage to the landscape cannot be quickly or easily undone. These injuries to my aesthetic, recreational, spiritual, and professional interests are ongoing and will only accumulate as construction progresses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2026, in Terlingua, Texas.

Danny William Miller Junior