AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| Friends of the Ruidosa Church, et al.<br>*Plaintiff* | ) | |
| v. | ) | Case No. 3:26-CV-01099-KC |
| MarkWayne Mullin, et al.<br>*Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Coalition to Protect America's National Parks and Keep Big Bend Wild .

Date: 08/17/2026

s/ Janice Ta
*Attorney's signature*

Janice Ta, Bar No. 24075138
*Printed name and bar number*

ASHURST PERKINS COIE US LLP
405 Colorado St., Suite 1700
Austin, TX 78701
*Address*

Janice.Ta@ashurstperkins.com
*E-mail address*

(512) 578-8402
*Telephone number*

(737) 256-6300
*FAX number*