**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FRIENDS OF THE RUIDOSA CHURCH et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1099-KC** |
| | § | |
| **MARKWAYNE MULLIN et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the case. On August 17, 2026, Plaintiffs filed an Emergency Motion for a Temporary Restraining Order or Preliminary Injunction ("Motion"), ECF No. 34. Plaintiffs seek emergency temporary injunctive relief because, although Defendants "announced a pause in construction in Big Bend National Park," they "may resume construction activities in the National Park at any moment" absent the requested relief. *Id.* at 3, 6. Given the asserted urgency, the Court finds it appropriate to order an expedited response.

Accordingly, the Court **ORDERS** that Defendants shall **FILE** a response to the Motion **<u>by no later than August 24, 2026</u>**.

**SO ORDERED**.

**SIGNED this 18th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE