**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,

*Defendants*.

Case No. 3:26-cv-01099-KC

**PLAINTIFFS' MOTION FOR A HEARING**

## STATEMENT OF ISSUE

Whether to grant Plaintiffs' Motion for a Hearing on Plaintiffs' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction (ECF No. 34).

Friends of the Ruidosa Church, Danny William Miller Junior, and the Center for Biological Diversity (collectively, "Plaintiffs") respectfully request that the Court schedule a hearing on Plaintiffs' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction (ECF No. 34) ("Motion") if the Court finds that argument would aid its consideration of the Motion and the requested relief.

## STATEMENT OF FACTS

On August 17, 2026, Plaintiffs filed their Motion, requesting emergency relief to restrain or enjoin Defendants' border barrier construction in the areas encompassed by the Big Bend Waivers at issue in this case. Plaintiffs regret that their Motion did not include a hearing request in accordance with Judge Cardone's Fact Sheet.

On August 18, 2026, this Court ordered Defendants to respond to the Motion no later than August 24, 2026 (ECF No. 36). On August 18, 2026, the Parties conferred. Defendants' position is that the Motion can be decided by the Court on the basis of the parties' written submissions without a hearing.

## ARGUMENT

This case involves complex legal issues revolving around dynamic border barrier projects that began construction earlier this month. These issues are of great public interest and pose significant harms to Plaintiffs. Should the Court find it appropriate, Plaintiffs believe adjudication of the Motion and their request for preliminary injunctive relief would be aided by a hearing.

Plaintiffs are mindful of the Court's impacted docket and recognize that a hearing may not be feasible. Should the Court find time and reason to order a hearing, counsel for both Parties are available on August 25, the morning of August 26, August 27, August 28, August 31, and September 1.

DATED: August 20, 2026

Respectfully submitted,

*/s/* Emma Yip

Emma Yip (CA Bar No. 352446)*
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
eyip@biologicaldiversity.org

Zeynep J. Graves (CA Bar No. 298533)*
Shannon Eva Labuschagne (CA Bar No. 365633)
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (510) 844-7160
Fax: (520) 623-9797
zgraves@biologicaldiversity.org
slabuschagne@biologicaldiversity.org

Dustin Rynders (TX Bar No. 24048005)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 1108
Houston, TX 77251
Tel: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Kate Gibson Kumar (TX Bar No. 2413588)
Alana Park (TX Bar No. 24150568)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 17757
Austin, TX 78760
Tel: (512) 474-5073 ext. 225
kate@texascivilrightsproject.org
alana@texascivilrightsproject.org

** Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means.

DATED: August 20, 2026

Respectfully submitted,

*/s/* Emma Yip

Emma Yip (CA Bar No. 352446)
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
eyip@biologicaldiversity.org

*Admitted Pro Hac Vice*