**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants*. | Case No. 3:26-cv-01099-KC |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR A HEARING**

On this day, the Court considered Plaintiffs' Motion for a Hearing on Plaintiffs' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction ("Motion"), ECF No. 34.

The Court **ORDERS** that Plaintiffs' Motion is set for hearing on [DATE] at [TIME].

**SO ORDERED.**

**SIGNED** this _______ day of ______________, 2026.

______________________________
The Honorable Kathleen Cardone
United States District Judge