**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS EL PASO DIVISION**

FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,

*Defendants*.

**CASE NO. 3:26-CV-01099-KC**

**MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE**

The National Parks Conservation Association (NPCA) and Sierra Club and its Lone Star Chapter (Sierra Club), together, Amici Curiae *or* Amici, pursuant to Federal Rule of Civil Procedure 7, move for leave to file the attached brief as Amici Curiae in support of Plaintiffs' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction [Dkt. No. 34].

**ARGUMENT**

The Western District of Texas permits amicus filings under Local Rule CV-7(b), which authorizes the Court to grant leave for "other submissions" and directs the clerk to file them upon approval. Although this Court does not have specific rules governing amicus briefs, it retains broad discretion to permit such filings. *United States v. Texas*, No. SA-21-CV-01085-XR, 2022 WL 22878039, at *1 (W.D. Tex. Jan. 11, 2022) (exercising

discretion to allow amicus participation). In doing so, the Court may look to Federal Rule of Appellate Procedure 29(a)(3), which requires a motion for leave to state "(A) the movant's interest; and (B) the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case."

Amici are non-profit organizations with a deep and longstanding commitment to the continued protection of Big Bend National Park and the Rio Grande Wild and Scenic River as healthy, intact landscapes for present and future generations. **NPCA**, with more than 1.9 million members and supporters nationwide, works to preserve America's national park system and has long advocated for the protection of Big Bend and the Rio Grande. NPCA's Texas Office recently submitted comments to the United States Customs and Border Protection (CBP) urging CBP to evaluate the long-term environmental and cultural impacts to the Big Bend region before proceeding with a border barrier project in the area.

The **Sierra Club** is a national non-profit organization with 64 chapters and 599,549 members dedicated to exploring, enjoying, and protecting the wild places of the earth; to practicing and promoting the responsible use of the earth's ecosystems and resources; to educating and enlisting humanity to protect and restore the quality of the natural and human environment; and to using all lawful means to carry out these objectives. The Lonestar Chapter of the Sierra Club includes over 19,000 members who work across Texas to safeguard the state's natural treasures for the benefit of all people and likewise seeks to maintain the National Park and Wild and Scenic River in their natural condition. Both Amici have numerous members who regularly visit Big Bend and the Rio Grande and are familiar with their cultural, ecological, and recreational significance.

Amici believe their perspectives will assist the Court by providing contextual

background on the national importance of Big Bend and the Rio Grande, the values these landscapes hold for communities and visitors, and the potential implications of the ongoing federal actions at issue in this case affecting them. Their proposed brief offers information and expertise that may aid the Court's understanding of the issues raised in Plaintiffs' request for temporary injunctive relief.

## CONCLUSION

Amici submit the attached Amici Curiae Brief to aid the Court in its consideration of the pending Plaintiffs' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction and requests that the Court grant the motion for leave to file the brief.

Dated: August 26, 2026

Respectfully submitted,

EARTHJUSTICE

By: /s/ Meghan L. Riley
**Meghan L. Riley, Lead Attorney**
Texas Bar No. 24049373
Email: mriley@earthjustice.org
Tel: (512) 720-5354
Earthjustice, Gulf Regional Office
845 Texas Avenue, Suite 200
Houston, TX 77002

*Counsel for Amici Curiae National Parks Conservation Association and Sierra Club and its Lonestar Chapter*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(G), I hereby certify that counsel for Amici has conferred with counsel for Plaintiffs and Defendants. Both counsel for Plaintiffs and Defendants have affirmed they do not oppose this motion.

*/s/ Meghan L. Riley*
Meghan Riley

**CERTIFICATE OF SERVICE**

I certify that on August 26, 2026, I electronically filed the Motion for Leave to File Brief of Amici Curiae with the proposed Brief as an attachment with the United States District Court for the Western District of Texas by using the CM/ECF system, thereby serving the Brief via ECM system on all counsel of record.

*/s/ Meghan L. Riley*
Meghan Riley