**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants*. | **CASE NO. 3:26-CV-01099-KC** |

**ORDER**

On this day, the Court considered the National Parks Conservation Association and Sierra Club and its Lone Star Chapter, together Amici Curiae *or* Amici, Motion for Leave to File Brief as *Amici Curiae*.

The Court finds that Amici's motion is meritorious and should be granted. Accordingly, Amici's Motion for Leave to File Brief as Amici Curiae is GRANTED. The Clerk of the Court shall promptly file the Brief attached to Amici's motion in the records of this action.

SIGNED on this _____day of ________ 2026.

___________________________________
Kathleen Cardone
UNITED STATES DISTRICT JUDGE