**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FRIENDS OF THE RUIDOSA CHURCH et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1099-KC** |
| | § | |
| **MARKWAYNE MULLIN et al.,** | § | |
| | § | |
| **Defendants.** | § | |

# ORDER

On this day, the Court considered the case. This matter is currently for an evidentiary hearing on September 3, 2026, at 1:00 p.m. Aug. 26, 2026, Order, ECF No. 41. On August 28, 2026, an evidentiary hearing on a motion for a temporary restraining order was held in a case with similar claims to those pending here. *See* Order, *The People of La Junta for Preservation v. Dep't Homeland Sec.*, No. 5:26-cv-5245-OLG (W.D. Tex. Aug. 24, 2026), ECF No. 11. The Court takes judicial notice that the judge presiding over that case heard argument and evidence but then continued the hearing until September 15, until which time the Government has agreed to pause all ground disturbing activities.[1] Given the agreed pause, and in order to mitigate the risk of inconsistent adjudication and conserve judicial resources, the Court finds it appropriate to postpone the hearing.

Accordingly, the hearing set for September 3, 2026, is **CANCELED**.

**IT IS FURTHER ORDERED** that the parties shall meet and confer and file a joint

[1] While these developments are not yet reflected on the docket sheet, they have been widely reported. *See* Mary Anne Pazanowski, *Big Bend Border Wall Preparations Paused by Texas Federal Judge*, Bloomberg Law (Aug. 28, 2026); Kory Cook, *Federal Judge Extends Pause on Big Bend Border Security Construction*, Texas Public Radio (Aug. 28, 2026), *available at* https://www.tpr.org/border-immigration/2026-08-28/federal-judge-extends-pause-on-big-bend-border-security-construction.

notice stating their respective positions regarding whether this case should be consolidated with *The People of La Junta for Preservation v. Dep't Homeland Sec.*, No. 5:26-cv-5245-OLG (W.D. Tex. July 14, 2026). They shall file their joint notice **no later than September 7, 2026**. Upon review of the joint notice, the Court will reset this matter for an evidentiary hearing, if appropriate.

**SO ORDERED**.

**SIGNED this 31st day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE