United States District Court
Western District of Texas
El Paso Division

| | |
|---|---|
| Friends of the Ruidosa Church, Center for Biological Diversity, and Danny William Miller Junior,<br>Plaintiffs,<br><br>v.<br><br>Markwayne Mullin, *in his official capacity as Secretary of Homeland Security*, U.S. Department of Homeland Security, and U.S. Customs and Border Protection<br>Defendants. | Cause No. EP-26-CV-1099-KC |

**Amended Notice of Appearance**

The undersigned files this Amended Notice of Appearance to correct the designation of the undersigned as local counsel for **Defendants** in the above-captioned case. It is requested that service of copies of all notices, pleadings, and other papers be effected upon the United States Attorney for the Western District of Texas addressed as follows:

KRISTY K. CALLAHAN
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Kristy.Callahan@usdoj.gov

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: /s/ *Kristy K. Callahan*
**KRISTY K. CALLAHAN**
Assistant United States Attorney

Mississippi Bar No. 101255
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Telephone: (210) 384-7255
Facsimile: (210) 384-7247
E-mail: Kristy.Callahan@usdoj.gov
ATTORNEY FOR UNITED STATES

**Certificate of Service**

I certify that on September 1, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system.

☒ The CM/ECF system will send notification to the following CM/ECF participant(s):

Alana Lani Park
Kate Gibson Kumar
TEXAS CIVIL RIGHTS PROJECT
PO Box 17757
Austin, Texas 78760

Dustin Rynders
TEXAS CIVIL RIGHTS PROJECT
PO Box 1108
Houston, Texas 77251

Emma Yip
Shannon Eva Labuschagne
Zeynep Graves
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin Street, Ste. 375
Oakland, California 94612
*Attorneys for Plaintiffs*

Meghan L. Riley
EARTHJUSTICE
845 Texas, Suite 200
Houston, Texas 77002
*Attorney for Amicus Parties*
*National Parks Conservation Assn. &*
*Sierra Club*

Edward Andersen Boling
Thomas Christian Jensen
ASHURST PERKINS COIE US LLP
700 Thirteenth Street, NW, Ste. 800
Washington, DC 20005

Janice L. Ta
ASHURST PERKINS COIE US LLP
405 Colorado Street, Ste. 1700
Austin, Texas 78701
*Attorneys for Amicus Parties*
*The Coalition to Protect America's*
*National Parks & Keep Big Bend*
*Wild*

/s/ *Kristy K. Callahan*
**KRISTY K. CALLAHAN**
Assistant United States Attorney