UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, *et al*<br>*Plaintiffs,* | §<br>§<br>§<br>§ | |
| vs. | § | Civil Action No. 26-cv-01099-KC |
| MARKWAYNE MULLIN, *et al*<br>*Defendants.* | §<br>§<br>§ | |

**UNOPPOSED MOTION TO WITHDRAW**
**ALANA PARK AS COUNSEL FOR PLAINTIFFS**

Undersigned counsel, Alana Park of the Texas Civil Rights Project, respectfully moves to withdraw her appearance as counsel for Plaintiffs Friends of the Ruidosa Church, Center for Biological Diversity and Danny William Miller Junior due to the upcoming conclusion of her legal fellowship with the Texas Civil Rights Project. Plaintiffs will continue to be represented by the other attorneys from Texas Civil Rights Project who have entered appearances in this case. Counsel for the other parties in this action stated that those parties do not oppose this motion.

Date: September 2, 2026

Respectfully submitted,

*/s/ Alana Park*

Alana Park
TX Bar No. 24150568
Kate Gibson Kumar
TX Bar No. 24137588
Charlotte Weiss *
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 17757
Austin, Texas 78760
alana@texascivilrightsproject.org
kate@texascivilrightsproject.org
cweiss@texascivilrightsproject.org

Dustin Rynders
TX Bar No. 24048005
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 1108
Houston, Texas 77251
(832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Emma Yip *
Shannon Eva Labuschagne *
Zeynep Graves *
**CENTER FOR BIOLOGICAL DIVERSITY**
2100 Franklin Street, Suite 375
Oakland, CA 94612
(206) 858-2297
eyip@biologicaldiversity.org
slabuschagne@biologicaldiversity.org
zgraves@biologicaldiversity.org

*Attorneys for Plaintiffs*

**Admitted Pro Hac Vice*

**CERTIFICATE OF CONFERENCE**

I, Alana Park, hereby certify that on September 2, 2026, I communicated with Defendants' counsel Alexander James Yun and Kristy Karen Callahan by video conference regarding this Motion, and they stated that Defendants are not opposed to this Motion.

*/s/ Alana Park*
Alana Park

**CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served on the other parties to this action and their counsel of record through electronic filing in the Court's ECF system on September 2, 2026.

*/s/ Alana Park*
Alana Park