UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, *et al* | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | Civil Action No. 26-cv-01099-KC |
| | § | |
| MARKWAYNE MULLIN, *et al* | § | |
| *Defendants.* | § | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW ALANA PARK AS COUNSEL FOR PLAINTIFFS**

Upon consideration of the Unopposed Motion to Withdraw Alana Park as Counsel for Plaintiffs Friends of the Ruidosa Church, Center for Biological Diversity and Danny William Miller Junior, the Court hereby GRANTs this Motion. The Clerk is directed to withdraw Alana Park as counsel for Plaintiffs Friends of the Ruidosa Church, Center for Biological Diversity and Danny William Miller Junior.

Date: ________________

________________________________
UNITED STATES DISTRICT JUDGE