UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, *et al* | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | Civil Action No. EP-26-cv-01099-KC |
| | § | |
| MARKWAYNE MULLIN, *et al* | § | |
| *Defendants.* | § | |

**NOTICE**

In accordance with the Court's August 31, 2026 Order (Dkt. No. 45), Ms. Weiss submitted a certificate of good standing from the District of New Mexico to the Clerk's Office on September 2, 2026. On September 2, 2026, the Clerk's Office confirmed receipt of Ms. Weiss's certificate of good standing, and also confirmed Ms. Weiss tendered the amount of $100, made payable to Clerk, U.S. District Court, in compliance with Local Court Rule AT-1(f)(2). The certificate and emails with the Clerk's Office confirming submission and receipt of the certificate are included herewith.

Separately, Ms. Weiss also informs the Court of an error she made in her recently submitted *pro hac vice* motion (Dkt. No. 43). Due to not paying close enough attention, Ms. Weiss neglected to disclose a violation through the Central Violations Bureau that was dismissed in February 2020. The details of the violation are as follows:

On November 16, 2019, Ms. Weiss and a friend hiked in the Laguna Atascosa National Wildlife Refuge. Ms. Weiss and the friend walked too far in the park and by the time they realized how far they were, they realized they would need to walk back in the dark. Upon returning to Ms. Weiss's vehicle, a U.S. Fish and Wildlife Service officer issued a citation for trespassing on federal land. On February 19, 2020, Ms. Weiss attended a hearing at the U.S. District Court for the Southern District of Texas before U.S. Magistrate Judge Ignacio Torteya, III. Ms. Weiss explained

the circumstance to Judge Torteya and that she had no intention to trespass. The violation was subsequently dismissed. The dismissal is included herewith.

The Western District of Texas admission application did disclose the violation and dismissal. Upon realizing this discrepancy, Ms. Weiss researched whether the violation needed to be disclosed in the *pro hac vice* motion, given that it was a citation resolved by paying a fee. Out of an abundance of caution, Ms. Weiss discloses her failure to disclose the violation in the *pro hac vice* motion and acknowledges this error to the Court. Should the Court wish for her to file an amended *pro hac vice* motion including the violation and dismissal, Ms. Weiss will promptly do so.

Ms. Weiss deeply apologizes to the Court for the inconvenience these matters have caused.

Respectfully submitted,

*/s/ Charlotte Weiss*

Charlotte Weiss *
NY Attorney ID: 6313639
Alana Park
TX Bar No. 24150568
Kate Gibson Kumar
TX Bar No. 24137588
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 17757
Austin, Texas 78760
(512) 474-5073
cweiss@texascivilrightsproject.org
alana@texascivilrightsproject.org
kate@texascivilrightsproject.org

Dustin Rynders
TX Bar No. 24048005
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 1108
Houston, Texas 77251
(832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Emma Yip *
Shannon Eva Labuschagne *
Zeynep Graves *
**CENTER FOR BIOLOGICAL DIVERSITY**
2100 Franklin Street, Suite 375
Oakland, California 94612
(206) 858-2297
eyip@biologicaldiversity.org
slabuschagne@biologicaldiversity.org
zgraves@biologicaldiversity.org

*Attorneys for Plaintiffs*

**Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served on the other parties to this action and their counsel of record through electronic filing in the Court's ECF system on September 4, 2026.

*/s/ Charlotte Weiss*
Charlotte Weiss