# EXHIBIT "A"

*Certificate of Good Standing*

*United States District Court for the District of New Mexico*

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

## CERTIFICATE OF GOOD STANDING

I, Erik Paltrow, Clerk of this Court,

certify that Charlotte Weiss, Bar # 26-219,

was duly admitted to practice in this Court on 03/19/2026, and is in good standing as a member

of the Bar of this Court.

Dated at Las Cruces *(Location)* on 09/02/2026 *(Date)*

**Erik Paltrow**
**Clerk of Court**

*CLERK*

*DEPUTY CLERK*