# EXHIBIT "B"

*Clerk's Office confirmed receipt of Certificate of Good Standing*

TEXAS CIVIL RIGHTS PROJECT

**Charlotte Weiss <cweiss@texascivilrightsproject.org>**

# Missing Federal Court Certificate of Good Standing

**Michele Duenas** <Michele_Duenas@txwd.uscourts.gov> Wed, Sep 2, 2026 at 1:19 PM
To: Charlotte Weiss <cweiss@texascivilrightsproject.org>

Thank you, I will send you application to the committee this afternoon.

Respectfully,

Michele Duenas

**Michele Dueñas**

**Jury Coordinator/Attorney Admission Clerk**

U.S. District Court

Western District of Texas

Office**:** 915-834-0510

Michele_duenas@txwd.uscourts.gov

Click our seal to visit the Texas Western District Court website

---

**From:** Charlotte Weiss <cweiss@texascivilrightsproject.org>
**Sent:** Wednesday, September 2, 2026 12:05 PM
**To:** Michele Duenas <Michele_Duenas@txwd.uscourts.gov>
**Subject:** Re: Missing Federal Court Certificate of Good Standing

**CAUTION - EXTERNAL:**

Hi Ms. Dueñas,

I hope you're well and I am deeply sorry for my delay. Attached, please find a current Certificate of Good Standing from the District of New Mexico, dated today.

Please let me know if you need anything else on my end.

**Charlotte Weiss** (she/her/ella)

*Staff Attorney, Beyond Borders Program*

Texas Civil Rights Project

cweiss@texascivilrightsproject.org

www.txcivilrights.org

Facebook | Twitter | Instagram

This email and any files attached are privileged and confidential, and is/are intended only for the individual named. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.

[Quoted text hidden]