# EXHIBIT "C"

*Dismissal Notice*

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*

*600 E. Harrison St., #201*
*Brownsville, Texas 78520*

*Phone (956) 548-2554*
*Fax (956) 548-2711*

Violation dismissed on
February 19, 2020

U. S. Magistrate Judge

Honorable Ignacio Torteya
United States Magistrate Judge
Brownsville, Texas

In re: U. S. vs CHARLOTTE J. WEISS

| | |
|---|---|
| Violation No. | 9421397 |
| Violation filed on | November 16, 2019 |

Dear Magistrate Judge Torteya:

We hereby request that you dismiss the above criminal violation as the government does not wish to proceed at this time.

Very truly yours,

RYAN K. PATRICK
UNITED STATES ATTORNEY

ANA C. CANO
Assistant United States Attorney

cc: U.S. Marshal, Brownsville, Texas