# EXHIBIT 2

Graves Declaration

Outlook

**Re: Friends of the Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.) -- Discovery Requests**

**From** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Date** Thu 9/3/2026 6:40 AM
**To** Emma Yip <eyip@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>
**Cc** Alana Park <alana@texascivilrightsproject.org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin Rynders <dustin@texascivilrightsproject.org>; Kate Gibson Kumar <kate@texascivilrightsproject.org>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>

Hi Emma,

Yes, defendants would oppose any motion to modify the scheduling order.

Alex

---

**Alex Yun**
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
(202) 674-0255

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Wednesday, 02 September 2026 20:28:56
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Zeynep Graves <zgraves@biologicaldiversity.org>
**Cc:** Alana Park <alana@texascivilrightsproject.org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin Rynders <dustin@texascivilrightsproject.org>; Kate Gibson Kumar <kate@texascivilrightsproject.org>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of the Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.) -- Discovery Requests

Hi Alex,

Thank you for your time today. Plaintiffs maintain that additional discovery is necessary at this juncture. As discussed on our call earlier today, we plan to ask the Court to compel Defendants' responses to our previously propounded discovery requests. Additionally, we believe further discovery is warranted in light of the Court's determination that factual disputes exist.

Plaintiffs seek, among other things, to depose Paul Enriquez, whose declaration was submitted in support of Defendants' opposition to Plaintiffs' motion for preliminary injunctive relief. ECF No. 38-1. Mr. Enriquez offers factual assertions regarding border barrier construction plans, enforcement activities, and purported harms to the government if an injunction were to issue. Given the Court's determination that factual disputes exist, Plaintiffs should be permitted to test the governments' assertions through deposition testimony. Allowing Plaintiffs to take Mr. Enriquez's deposition would also serve the interests of judicial economy. Because the Court has already identified relevant factual disputes, developing that testimony through discovery could narrow the issues requiring live presentation at any future evidentiary hearing.

We plan on requesting leave to conduct additional discovery through a Motion to Modify the Scheduling Order. Based on our discussion earlier, we understand Defendants will oppose this motion, is that correct?

Thank you,
Emma

**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY
206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Wednesday, September 2, 2026 8:35 AM
**To:** Zeynep Graves <zgraves@biologicaldiversity.org>
**Cc:** Alana Park <alana@texascivilrightsproject.org>; Emma Yip <eyip@biologicaldiversity.org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin Rynders <dustin@texascivilrightsproject.org>; Kate Gibson Kumar <kate@texascivilrightsproject.org>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>
**Subject:** RE: Friends of the Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.) -- Discovery Requests

Hi Zeynep,

As previously discussed, Defendants maintain that resolution of any discovery disputes is improper at this time. Plaintiffs' summary judgment motion is fully briefed, and both parties have represented that there are no genuine issues of material fact before the Court.

As to the Court's order, the Court determined that there were factual disputes regarding Plaintiffs' motion for a PI/TRO, which the Court appeared ready to resolve at the scheduled evidentiary hearing. As that hearing has since been cancelled, there is no basis for any discovery in connection with that motion. Further, Defendants do not believe that the parties should take it upon themselves to resolve any disputes until the Court decides whether to consolidate cases or hold another evidentiary hearing. Moreover, Plaintiffs' discovery requests were pursuant to their motion for summary judgment, so it is unclear what connection this discovery dispute has to Plaintiffs' emergency motion or the Court's ECF 41 order.

Finally, Defendants believe that a deposition of Director Enriquez is altogether inappropriate, particularly at this time. Director Enriquez's declaration was submitted only in response to Plaintiffs' motion for PI/TRO, for which Plaintiffs did not move for expedited discovery. Any factual disputes regarding that matter are inappropriate for the parties to discuss while the Court decides whether to hold an evidentiary hearing on those very issues. Moreover, as with Plaintiffs' summary judgment motion, Plaintiffs'

emergency motion is fully briefed, so it is unclear why a deposition is necessary or what factual issues Plaintiffs need further discovery on.

Even so, any effort to notice a deposition within five business days, especially considering the holiday weekend, is unduly burdensome on Defendants. *See, e.g. Sanchez v. England,* 2018 WL 7350677, at *2 (W.D. Tex. Sept. 27, 2018) (collecting cases where four business days, six days, or a week did not constitute reasonable notice). Should Plaintiffs nonetheless proceed to notice the deposition, Defendants would reserve the right to seek appropriate relief from the Court.

Alex

---

**Alex Yun**
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
(202) 674-0255

---

**From:** Zeynep Graves <zgraves@biologicaldiversity.org>
**Sent:** Tuesday, September 1, 2026 4:59 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>
**Cc:** Alana Park <alana@texascivilrightsproject.org>; Emma Yip <eyip@biologicaldiversity.org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin Rynders <dustin@texascivilrightsproject.org>; Kate Gibson Kumar <kate@texascivilrightsproject.org>
**Subject:** [EXTERNAL] Re: Friends of the Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.) -- Discovery Requests

Hi Alex,

In light of recent developments in this case, including the Court's determination that there are disputes of fact, *see* Order, ECF No. 41, Plaintiffs would like to confer regarding the outstanding discovery issues identified in Plaintiffs' August 7 letter.

Accordingly, Plaintiffs request a meet-and-confer at your earliest convenience to discuss those issues and determine whether they can be resolved without Court intervention. Please provide your availability for a call in the coming days.

Although Plaintiffs remain committed to resolving these issues through good-faith discussions, if the parties are unable to resolve the outstanding discovery disputes, Plaintiffs are prepared to seek appropriate relief from the Court.

In addition, we write to coordinate the deposition of Paul Enriquez, who submitted a declaration in this matter. *See* Dkt. 38-1. Please let us know whether Defendants will make Mr. Enriquez available voluntarily for deposition. We are available to proceed on September 8, 9, or 11, and would appreciate receiving both counsel's and Mr. Enriquez's availability for those dates.

We look forward to hearing from you.

Thank you,

Zeynep Graves
Senior Attorney
Center *for* Biological Diversity
2100 Franklin St., Suite 375
Oakland, CA 94612-3030
510.844.7160

This message may be protected by the attorney-client privilege and/or the attorney work product doctrine. If you believe you have received this message in error, please do not read it. Please reply to the sender that it has been sent in error and delete the message. Thank you.

---

**From:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>
**Sent:** Wednesday, August 19, 2026 12:42 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Emma Yip <eyip@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Ben Fishman <bfishman@biologicaldiversity.org>; Dustin Rynders <dustin@texascivilrightsproject.org>; Kate Gibson Kumar <kate@texascivilrightsproject.org>; Alana Park <alana@texascivilrightsproject.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** Re: Friends of the Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.) -- Discovery Requests

Dear Defendants' Counsel,

Plaintiffs are amenable to postponing further discovery discussions until after the Court resolves the pending summary judgment motions.

Plaintiffs reserve all rights regarding the issues identified in Plaintiffs' letter, including the right to move to compel, following resolution of the pending motions.

Sincerely,
Shannon Labuschagne

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Monday, August 17, 2026 8:19 AM
**To:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Emma Yip <eyip@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Ben Fishman <bfishman@biologicaldiversity.org>; Dustin Rynders <dustin@texascivilrightsproject.org>; Kate Gibson Kumar <kate@texascivilrightsproject.org>; Alana Park <alana@texascivilrightsproject.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: Friends of the Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.) -- Discovery Requests

Dear Plaintiffs' Counsel,

Thank you for your message; we are in receipt of your letter regarding Defendants' discovery responses. As the parties are actively litigating motions for summary judgment, Defendants believe that any discussion regarding discovery should wait until after the Court has resolve those motions. Should you wish to discuss this further, please let me know.

Sincerely,

Alex Yun

---

**From:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>
**Sent:** Friday, August 7, 2026 6:07 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Emma Yip <eyip@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Ben Fishman <bfishman@biologicaldiversity.org>; Dustin Rynders <dustin@texascivilrightsproject.org>; Kate Gibson Kumar <kate@texascivilrightsproject.org>; Alana Park <alana@texascivilrightsproject.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of the Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.) -- Discovery Requests

Defendants' Counsel:

Please find attached Plaintiffs' letter detailing deficiencies in Defendants' discovery responses. We are available to meet and confer regarding these issues and to discuss a path toward supplementing the responses without Court intervention.

Best,
Shannon

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Wednesday, July 15, 2026 9:14 AM
**To:** Emma Yip <eyip@biologicaldiversity.org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Ben Fishman <bfishman@biologicaldiversity.org>; Dustin Rynders <dustin@texascivilrightsproject.org>; Kate Gibson Kumar <kate@texascivilrightsproject.org>; Alana Park <alana@texascivilrightsproject.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: Friends of the Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.) -- Discovery Requests

Plaintiff's counsel,

Please see the attached file which is responsive to request for production #3 and which was referenced in Defendants' response.

Thank you,

Alex Yun

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Tuesday, July 14, 2026 7:33 PM
**To:** Emma Yip <eyip@biologicaldiversity.org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Ben Fishman <bfishman@biologicaldiversity.org>; Dustin Rynders <dustin@texascivilrightsproject.org>; Kate Gibson Kumar <kate@texascivilrightsproject.org>; Alana Park <alana@texascivilrightsproject.org>
**Cc:** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** Re: Friends of the Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.) -- Discovery Requests

Dear Plaintiff's counsel,

Please find attached Defendants' responses to Plaintiff's first set of interrogatories and requests for production.

Best,

Alex Yun

---

**Alex Yun**

Trial Attorney

U.S. Department of Justice

Civil Division | Federal Programs Branch

(202) 674-0255

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Wednesday, June 24, 2026 4:05:02 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Cc:** Zeynep Graves <zgraves@biologicaldiversity.org>; Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Ben Fishman <bfishman@biologicaldiversity.org>; Dustin Rynders <dustin@texascivilrightsproject.org>; Kate Gibson Kumar <kate@texascivilrightsproject.org>; Alana Park <alana@texascivilrightsproject.org>; Ben Fishman <bfishman@biologicaldiversity.org>
**Subject:** [EXTERNAL] Friends of the Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.) -- Discovery Requests

Alex and Andrew,

Please find attached Plaintiff Center for Biological Diversity's first set of interrogatories and requests for production of documents on all Defendants in Friends of the Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.).

The parties have stipulated that Defendants will respond to the attached discovery requests within 20 days. Please send responses to Plaintiffs' council, Zeynep Graves at zgraves@biologicaldiversity.org by July 14.

Thank you,

Emma

**Emma Yip** (she/her)

Staff Attorney

Public Lands Law Center

CENTER *for* BIOLOGICAL DIVERSITY

206-858-2297

*The information contained in this email message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please notify the sender by reply email and delete the message and any attachments.*