**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,

*Defendants*.

Case No. 3:26-cv-01099-KC

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER**

On this day, the Court considered Plaintiffs' Motion to Modify Scheduling Order ("Motion"). Having considered the Motion and the record in this case, the Court finds that the Motion should be **GRANTED**.

Accordingly, the Court **ORDERS** that Plaintiffs' Motion, ECF No. __, is **GRANTED**.

**IT IS FURTHER ORDERED** that the stay of discovery is hereby lifted and that the Parties may proceed with discovery immediately.

**IT IS FURTHER ORDERED** that the Parties shall promptly meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Standing Order on Pretrial Deadlines regarding a proposed case management plan and schedule for further proceedings.

**SO ORDERED.**

**SIGNED** this _______ day of ______________, 2026.

______________________________
The Honorable Kathleen Cardone
United States District Judge