**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>*Defendants.* | Case No. 3:26-cv-01099-KC |

**DECLARATION OF WILLARD "BILL" GUERRA-ADDINGTON IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION FOR TRO OR PRELIMINARY INJUNCTION**

I, Willard Guerra-Addington, declare as follows:

1. This declaration is based on my personal knowledge. If called as a witness in this proceeding, I could and would competently testify to the facts stated below.

2. I have been a supporter of the Center for Biological Diversity since 2018 and became a member in 2026. The organization is one of the few groups that I believe truly works to protect my interests in species and habitat protection—especially in the borderlands.

3. I have lived and worked in the greater Big Bend region of Texas for most of my life. I am a third-generation rancher and farmer in southern Hudspeth County. In 1915, my grandfather immigrated from Merida, Yucatán to Galveston, Texas on a U.S. Naval ship. He walked with other immigrants from Galveston to Valentine, Texas, where he met my grandmother, who was visiting her brother, the owner of a big hardware store in Valentine, Texas, a thriving steam railroad water stop community 40 miles from Sierra Blanca. They fell in love and married in Valentine. Seeing opportunity, my grandparents moved to Sierra Blanca and built an Adobe

home. My grandfather borrowed money from a good friend in El Paso and sold goods delivered by mules and a wagon down a dirt road to small communities and railroad camps on the Southern Pacific Railroad. The wagon trip was 170 miles to Sanderson, Texas. He built a small Adobe grocery and general store south of the railroad tracks which was known as the "Mexican Town" or *Pueblo Mexicano* in Sierra Blanca. In 1926, they built a much larger general store and lumberyard in downtown Sierra Blanca when Highway 80 was constructed through Sierra Blanca. Years later, after expanding the general store and finding success, my grandfather, purchased a large ranch (100 sections, or 100 square miles) and also purchased river and ranch lands on the Rio Grande.

4. I was born in Fort Hancock 30 miles from Sierra Blanca. As a young boy, I worked my family's ranch for years into adulthood. Our ranch consistently had at least 300 head of cattle and grew alfalfa, pecans, watermelons and Pima cotton. Today, I reside in my Sierra Blanca rock home, in a house my grandfather built in 1928. I am very proud of my heritage and the hard work, sweat and blood my grandfather put into these lands.

5. Today, I own my family's land, called Guerra Farm and Ranch. This property abuts the Rio Grande and U.S.-Mexico border. It falls within the pathway of the planned border wall construction for Big Bend Project 1 and is encompassed by waivers issued by the Secretary of Homeland Security (91 Fed. Reg. 7297 (Feb. 17, 2026), as amended by 91 Fed. Reg. 40550 (July 2, 2026), referred to in this case as the "West Waiver"). Customs and Border Protection's online plans for this area show 30-foot-tall steel bollard walls along the entirety of my property. I would lose hundreds of acres to border wall construction if it is completed.

6. Words barely scratch the surface of the great love and connection I have and feel for this region and my deeply held historic, aesthetic, recreational, scientific, and spiritual interests

on my land and all of the Rio Grande borderlands. I know I can't protect the whole river, but I'll do my best to protect this stretch of it in southern Hudspeth County because it has given so much to my family and myself since 1918. The Guerra Farm and Ranch and the vast unspoiled undeveloped greater Big Bend region is a part of me.

7. The Rio Grande does not flow like it used to through this region—but it still brings life-sustaining water to the land, wildlife, and ecosystem. The dramatic landscape is covered with mesquite, creosote, catclaw, ocotillo, great yucca dagger "forests," and many species of cactus. The greater Big Bend region, part of the Chihuahuan Desert, is said to be as biodiverse as the Amazon rainforest. The greater Big Bend region has the darkest sky I've ever seen. Since I was a child, I have spent countless nights gazing for hours at the dark sky, sleeping under countless stars. I have slept outside, one with this sacred land, more nights than I have under a roof. The roots of my spirituality flow through this region—it is my home, it is embedded in my spirit. The great mountains, the gentle hills, and the life-sustaining river are my church and Cathedral where I worship God and creation. The Rio Grande and the great Eagle and Indio Mountains, where a portion of my ranch resides, are the most beautiful and sacred living things to me. A 30-foot steel bollard wall with patrol roads and stadium lighting would cause me great damage and insult, and degrade my ranch and farm and the entire Rio Grande region. I probably would not be able to ever grow crops again after being cut off from the Rio Grande waters. The nights would never be as dark. And the natural wildlife and habitats of this region would be severed.

8. My interests in the species here are aesthetic, scientific, and spiritual. On and around my ranch, I have lived with and seen mule deer, javelina, skunks, Mexican freetail bats, mountain lions, bobcats, foxes, porcupines, river beavers, and countless other wild animals. Threatened species like the Texas horned lizard live on my farm, as do the most beautiful Night

Blooming Cereus cactus. Three weeks ago, in mid-August 2026, for the first time, I was amazed to see and hear a large black bear walking not far from my farmhouse at night. Seeing these wild animals live and roam the lands I love so much fills me with profound joy. Bears are coming back to their home immigrating from Mexico, on our ranch and throughout the greater Big Bend region. A wall would stop black bear's re-introduction to Big Bend and would also stop their back-and-forth movements, necessary to find food and mate, thereby weakening their genetic pool. The Rio Grande often serves as the sole source of drinking water for animals in this region, wild and domestic. Wild animals will walk for many miles to the Rio Grande to find and drink water. I pray to God every night and every morning when I awake that this violent outrage on my ranch, farm and Rio Grande region will not happen.

9. I visit and work at my ranch around 3-5 times or more per week. I tend to and work on my land, enjoying the majestic scenery and beauty of the land and wildlife, while I still can. I take long hikes, ride my horse Escondido for miles, and check on the cattle and burros living on our farm. When I spend the night, I sit and lay on a cot around a Mesquite campfire, and gaze at the stars in our beautiful dark sky. I do this for hours, until I fall asleep. I prefer to sleep outside instead of in the farmhouse unless it's very cold in the winter. In the daytime, you can clearly see for 70 miles or more in many places. The beautiful feeling of living in the moment in quiet space and time cannot be put into words. My ranch and farm and all of the greater Big Bend region is the last virtually wild and undeveloped region in Texas. This region is a treasure to Texas and our great nation. It is sacred to me. Witnessing some of this beautiful borderland degraded and destroyed has caused me great sadness, grief and trauma. I'm not sure if I could ever begin to recover and live on my ranch if a 30-foot wall becomes a reality. My great and deeply held interests and beliefs span spirituality, recreation, and aesthetics. Like many of us living in this great expanse

on the border frontier, I am deeply connected and part of this land. Any living being including humans will protect what they love. And I love this land just as much as I love my own son and family. As humans and animals we protect what we love. My family's ranch and farm has given us so much and continues to.

10. I also have historic interests in preserving and maintaining my property because it contains one of the last remaining 1-room schoolhouses in Texas, built in 1920. I intend to further restore this adobe building under guidance of the Texas Historical Commission, so that it can continue to be used as my second home.

11. If the wall is built on my ranch, I will lose access to significant sections of my property and the Rio Grande.

12. Visible from my property is an active 200-acre construction project staging area, situated approximately 2 miles away. This staging area was cleared and built around June 2026 and is operated by Barnard—the contractor responsible for the design/build border wall project Big Bend 1. I have driven by and stopped to witness this staging area multiple times since this native grass and chaparral was cleared by bulldozers. It makes me break down and cry every time I see it. Tears run down my face when I see what has been destroyed and cannot be replaced. Witnessing this for several months has caused me great stress and sadness. Recently, I visited the site on September 4, 7, and 9, 2026 and observed great amounts of dust clouds and smoke billowing from disparate corners of the massive clearing, approximately 50 industrial vehicles, many working on this large area, including large excavators, D9 caterpillar bulldozers, front end loaders, mining dump trucks, water trucks, and gravel trucks. In the center of this enormous industrial wasteland, a colossal water tank with something like a million-gallon capacity was constructed. You can see water trucks on a nearly constant rotation pulling up to make a deposit. A water well

is actively being drilled. This landscape used to be beautiful grama grass and chaparral bushes. It is now reshaped with man-made mounds of dirt and sand and industrial equipment that are constantly under operation. They have transformed this once beautiful area into a dystopian nightmare, an approximately 200-acre Mad Max wasteland. This construction site is omnipresent and horrific. It harms my aesthetic, spiritual, and recreational interests in using and enjoying my property, its solitude, and magnificent wildlife. Much of the wildlife that used to be near this large industrial site have now fled to safer quiet, secluded areas. Additional activity to build the wall on the river will further displace wildlife. A true and correct video depicting this staging area, taken on September 4, 2026, is available at https://drive.google.com/file/d/1oMUvMyVCzXY_dgRlhl610btcwFJ8wajr/view?usp=sharing.

13. The traffic on the dirt road that leads to my ranch from Sierra Blanca and the massive construction site has increased dramatically since May 2026. Prior to this year, it was normal to see 2 to 3 pickup trucks or SUV's pass by every day on the 38-mile county Bramlett Road that comes from Sierra Blanca. Now, when I visit my ranch on a typical day, I see at least forty 18-wheeler diesel trucks over the course of around 8 hours making round trip journeys to pick up gravel and water near Sierra Blanca. Many of the large 18-wheeler trucks and nearly all of the smaller white trucks speed on this dirt road, going 10-20 miles per hour above the posted 30-mile-per-hour limit, kicking up dust clouds so thick that you need to turn headlights on to drive at high noon on a clear day. I've nearly had head on collisions with these 18-wheelers while driving to my land on the river. This unprecedented increase in traffic and the associated dust storms have completely changed the way I connect to my ranch and the larger landscape. What was once a peaceful place for reflection, recreation, and experiencing the wilderness is now a high traffic industrial construction zone. This traffic causes harm to the air, the plants, pollinators, and land-

bound critters. Last week, I picked a dead porcupine from the middle of this county road, run over near the Barnard construction and staging area. Out of respect, I laid the porcupine off the road to rest under the shade of a Mesquite tree.

14. On September 4, 2026 I travelled past my ranch, past the Barnard staging area, to one of my favorite places on the Rio Grande: Box Canyon. I have deep aesthetic, spiritual, and recreational interests in this location. This narrow winding slot canyon hugs the river, providing idyllic opportunities to experience the region's awesome geologic formations and for abundant wildlife viewing. Since my younger years camping with the Boy Scouts, I have spent weekends fishing and hiking in the beautiful Box Canyon countless times. In fact, Box Canyon is the favorite fishing spot for many of us in Sierra Blanca. Channel catfish and bass live in the Rio Grande at Box Canyon, and at our farm and ranch. Spending time here makes me feel complete, and I always feel like I am one with the earth.

15. Box Canyon lies along the U.S.-Mexico border in an area encompassed by the West Waiver. It falls within the pathway of the planned border wall construction for Big Bend Project 1, where Customs and Border Protection plans to install 30-foot-tall steel bollard walls along the entirety of the Rio Grande corridor.

16. Box Canyon has already been irreparably harmed by border wall construction: contractors began carving new roads into its hills and cliffs in June. What was once a seemingly untouched landscape has now been forever changed and scarred. Seeing that destruction to one of my favorite places on this planet continues to fill me with great sorrow. Concerningly, additional destruction is imminent. To build 30-foot-tall steel bollards here, contractors will need to dynamite and blast over large sections of Box Canyon, through and along the rock faces of the canyon, destroying a sacred and most beautiful place that many of us hold in our hearts,

17. When I visited on September 4, I was horrified to discover that these plans are imminent. New bore holes had been recently drilled along the new road in the Canyon, positioned and ready for explosives with orange plastic blast cones fitted inside. The blast site is 10-15 feet from the river and will permanently and irreparably destroy one of my favorite places. If and when they blast that hill to make a road through Box Canyon, large amounts of broken rock will inevitably fall into the Rio Grande. Certainly, I fear a wall being erected here because it will cut off my ability to access this place and strand animals who depend on cross-river migration and on the river's water and fish to survive. The wall will completely change this habitat in an unforgivable and permanent way. But as I write this declaration, most prescient in my mind is how much change and destruction will come from preparing this landscape for this wall—this work will detonate the massive Box Canyon walls, pollute the river, and forever change a place I and my community have cherished and used for camping and fishing for decades. Below is a true and correct photograph of the Rio Grande, a new road that has been recently built into Box Canyon, and the bore holes and blast cones that I observed on September 4, 2026.



18. On September 12, 2026, Hudspeth County Constable Abel Ramirez informed me that explosives would be detonated in Box Canyon as early as September 14, 2026.

19. On September 16, 2026, I witnessed five trucks transporting steel bollards passing by my ranch from a traffic camera posted on my property.

20. Each of us have the responsibility of doing everything that we can. Otherwise, the law of concentrated benefit over diffuse injury would create hell on earth.

21. I own my rock home in Sierra Blanca, and my family's historic ranch and farm adjacent to the Rio Grande. I intend to continue returning and living in these places for the rest of my life, including regular visits to Box Canyon and the surrounding Rio Grande corridor. If a wall destroys my ranch and farm or Box Canyon, it would break my heart and spirit. As human beings, we protect what we love, our families and the land that has nurtured and sustained us. My spiritual, recreational, aesthetic, and historical interests in this area would be protected if the Plaintiffs in this lawsuit prevail and this sacred borderland frontier, that my Guerra Farm and Ranch are a part of, was not permanently altered by a waiver of environmental and historic preservation laws and the subsequent rushed, destructive construction of a border wall.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on this 16th day of September, 2026 in Sierra Blanca, Texas.

Willard Guerra-Addington

____________________________________

Willard Guerra-Addington