**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>*Defendants.* | Case No. 3:26-cv-01099-KC |

**EXPERT REPORT OF JEFFREY RENFROW**

1. I am the Executive Director of Rio Bravo Restoration, a small 501(c)3 specializing in ecological restoration, monitoring, and stewardship projects, with a strong emphasis on projects along the Big Bend National Park reach of the Rio Grande. My current projects include long-term monitoring of geomorphology and vegetation communities along the river, binational rare cactus surveys, and exotic plant management on the Rio Grande. In addition, I work extensively with the Comisión Nacional de Áreas Naturales Protegidas ("CONANP"), the managing agency for the protected area in Northern Mexico adjacent to Big Bend National Park. My projects there include landscape level upland grassland restoration, capacity building to train local citizens to work as restoration professionals, endangered bat surveys, vegetation mapping, and fostering and facilitating binational cooperation between the National Park Service, CONANP, and other stakeholders. I founded Rio Bravo Restoration in 2015 and have been working as a restoration ecologist in the Big Bend region since 2001. Prior to that, I was a river guide on the Rio Grande and other rivers across the Western United States, Mexico, and Costa Rica. I was a partner in a freshwater fisheries management consulting firm from 1985-1988.

## ASSIGNMENT

2. I have been retained by counsel for Center for Biological Diversity (the "Center") to opine on the ecological impacts of construction associated with border barrier infrastructure affecting the Rio Grande corridor, including the effects of vegetation clearing and bulldozing of previously undisturbed desert habitats, and the extent to which the affected landscape, ecological processes, and plant communities can be restored following those disturbances.

3. I have declined to be compensated for my time.

## DOCUMENTS REVIEWED

4. As part of my assignment, I have reviewed the complaint filed by Plaintiffs in this case. I have also reviewed:

- Photos and videos documenting border barrier construction in Hudspeth County, Big Bend 1 project ("BBT-1");
- Big Bend National Park vegetation maps; and
- The articles referenced in Appendix A.

5. All of the documents I have considered in forming my opinions are cited in this report or listed in Appendix A. I reserve the right to supplement this report based on any additional materials I may review.

6. In addition to the documents discussed above, I have personally observed the sites in Big Bend National Park where border barrier construction occurred, including conditions prior to construction, during construction, and immediately after the "pause" in construction.

7. I also have an active research permit with Big Bend National Park to monitor anthropogenic change, with a special emphasis on collecting data relevant to informing post-border infrastructure restoration efforts. In this capacity, I was actively observing pre- and post-

disturbance conditions on the ground in the areas covered by this report. This work, along with my extensive prior experience working in this area, has significantly informed my opinions expressed below.

## QUALIFICATIONS

8. I have lived and worked along the Big Bend National Park reach of the Rio Grande since 1989 and have spent countless days working in the riparian and desert habitat affected by the border barrier construction work discussed in this report. This has included monitoring and mapping vegetation across all of the park with a heavy emphasis on the river corridor, including several sites that I have monitored annually since 2008 that were impacted by border barrier construction activities in August 2026.

9. I have more than three decades of professional experience in ecological monitoring, habitat assessment, and restoration. I served as a field crew lead for accuracy assessments of vegetation maps for Big Bend National Park, Death Valley National Park, and Mojave National Preserve, and I maintain a research permit to document anthropogenic change in Big Bend National Park. I have been actively mapping sites that include the sites impacted by the August construction activities and have firsthand knowledge of them immediately before, during, and after the construction.

10. I have worked on upland and riparian restoration projects on both sides of the border in this region for the last 25 years.

11. In addition to field experience, I am a co-author of three chapters of "Renewing our Rivers; Stream Corridor Restoration in Dryland Corridors" and have completed training in the Stream Functions Pyramid Framework, a hierarchical, function-based model used by restoration practitioners to assess, design, and monitor stream and watershed restoration projects.

12. I have previously served on the board of the Texas Chapter of the Society for Ecological Restoration.

13. A copy of my curriculum vitae is attached as Appendix B, which includes a list of all publications I authored in the previous 10 years.

14. I have not testified as an expert at trial or by disposition during the previous four years.

**SUMMARY OF OPINIONS**

15. Based on my extensive visits to the construction sites in Big Bend National Park, including observations made before, during, and after construction, my review of the above-referenced documents concerning both the National Park sites and BBT-1, and my experience with local ecological function and restoration implementation, it is my opinion that significant ecological harm has been caused to the areas where border-barrier-related construction activities occurred. Addressing these impacts will require significant, long-term restoration efforts to mitigate the ecological harm. However, absent prompt and sustained restoration efforts, many of these impacts will persist for decades or centuries, and some may become irreversible.

16. The impacted areas within the National Park are divided into two distinct ecological zones based on vegetation types, soils, topography, and aridity.

17. Rio Grande Mesquite Riparian Bosque, the dominate vegetation classification found in the impacted zone below the exit of Santa Elena Canyon and upstream of Talley, is characterized by generally flat topography, deep, alluvial soils, and denser vegetation due to connectivity with the Rio Grande and the floodplain. These areas will recover from construction faster than adjacent upland assemblages. However, they have been severely impacted by decreased hydrologic function and severe alterations to water flow patterns, and these issues are in urgent

need of fixing. Additionally, though vegetation will recover more quickly here, there is an elevated risk that it will trend toward an alternative stable state dominated by non-native invasive vegetation and never recover its productivity and ecological function if aggressive restoration methods are not implemented.

18. Boquillas Basin Calcareous Creosotebush Desert Scrub and Big Bend Lowlands Wash Channel Scrubland are the dominate vegetation classification found in the limestone hill near Solis where construction activities were carried out.

19. These areas were severely impacted by extreme alterations of local water flow patterns and damming of ephemeral washes. The areas downslope of the altered flow will continue to experience significant ecological impacts unless these issues are urgently addressed. Areas impacted by the alteration of flow patterns will be much larger than the areas directly affected by the construction activity.

20. Ephemeral washes support islands of fertility and are key drivers of local productivity and ecological function and the loss of this habitat, if not restored, will be significant.

21. All areas in the park impacted by the construction will need aggressive and long-term restoration with site-specific prescriptions for full recovery. This will take years to decades to complete, even with a well-conceived and executed restoration plan.

22. Reestablishment of hydrologic function is urgent and the longer it takes to do this, the greater and longer lasting the damage will be. Failure to do this immediately will cause a cascading effect that will result in total local ecosystem collapse.

23. In addition to precise reconstruction of previous topography to reestablish pre-disturbance water flow patterns, the following actions are necessary to restore the affected areas: revegetation with the same species composition as was present prior to the disturbance and with

local genotypes, short-term, site appropriate soil stabilization and long-term support for plants, soils, biocrusts, and other biotic and abiotic components of the ecosystem, and aggressive control of exotic species to discourage their invasion of the impacted areas. These actions will all be critical to success of restoration efforts.

24. Based on the documentary materials I have reviewed, the ecological impacts at BBT-1 appear substantially similar to those I observed in the upland portions of Big Bend National Park, including vegetation removal, soil disturbance, altered surface hydrology, and disruption of natural drainage features. In my opinion, BBT-1 is a similar ecoregion to Big Bend National Park, and the ecological issues resulting from construction are largely the same. However, the large geographic footprint of disturbance at BBT-1 magnifies both the severity of the impacts and the complexity of the restoration effort required to avoid permanent ecological harms.

**METHODOLOGY**

25. In forming my opinions, I reviewed photographs, videos, information maps, vegetation depicting construction-related disturbances associated with border barrier infrastructure in Big Bend National Park and along the Rio Grande corridor in the West Texas border region southwest of Van Horn, project area BBT-1. I also reviewed scientific literature concerning desert ecology, restoration ecology, hydraulic function in arid environments, biological soil crusts, and recovery of disturbed desert ecosystems.

26. In addition to reviewing documentary materials, I conducted field visits to portions of the construction corridor within Big Bend National Park that has been affected by border barrier infrastructure-related construction activities. During those visits, I personally observed disturbed areas, vegetation removal, soil disturbance, altered drainage features, and associated ecological conditions.

27. My opinions regarding the areas I visited are based on my direct field observations, professional experience, and the materials I reviewed. My opinions regarding BBT-1 are based on my review of photographs, and videos depicting conditions in that area, together with my professional experience evaluating disturbance and restoration of arid-land and riparian ecosystems.

28. I evaluated the ecological effects of the reported construction activities by comparing disturbed conditions with adjacent undisturbed habitats and with my knowledge of desert and riparian ecosystems in the Big Bend region and similar landscapes.

29. Where direct pre-disturbance biological surveys were unavailable, I relied on observations from nearby undisturbed habitat of the same vegetation type, accepted principles of restoration ecology, and published scientific literature to evaluate likely pre-disturbance ecological conditions and restoration requirements.

## OPINION

### I. Ecological Characteristics of the Affected Habitats

30. There are two distinctly different ecosystems in Big Bend National Park that were impacted by the construction related to border infrastructure, which was ongoing in mid-August 2026.

31. One of the ecosystem types affected is the Rio Grande Mesquite Riparian Bosque located downstream of Santa Elena Canyon and upstream of Talley. This habitat is among the most biologically productive ecosystems in the region. Riparian corridors support elevated levels of vegetation productivity and wildlife use. This area also provides critical habitat for the Yellow Billed Cuckoo, which is listed under the federal Endangered Species Act. This protected species

is known to nest in the area annually and construction occurred during the height of their breeding season.

32. Faster recolonization of vegetation is expected in the Rio Grande Mesquite Riparian Bosque than in adjacent desert uplands due to higher fertility, better soils and connectivity to the floodplain. However, disturbances also create conditions favorable to rapid colonization by non-native, invasive vegetation if proactive restoration efforts are not initiated immediately.

33. A second ecosystem affected by construction activities within the National Park consists of Boquillas Basin Calcareous Creosotebush Desert Scrub and Big Bend Lowlands Wash Channel Scrubland. This is the area damaged by construction from Solis working upstream. This area is characterized by steep terrain, rocky limestone soils, and high aridity.

34. Native plants in these ecosystems are slow growing and often require decades to establish and mature. Consequently, ecological recovery following disturbance is substantially slower and will be difficult to reestablish without significant long-term restoration efforts.

35. Despite their differences, both habitat types will require significant long-term restoration efforts to reestablish hydrologic function, vegetation, associated fauna, and other ecosystem services impacted by the work.

## II. Alteration of Hydrologic Function

36. The most significant long- and short-term impact of the construction activities within the National Park is the significant alteration of local hydrology and water flow patterns. While the damage within the area immediately disturbed by construction (the "bulldozer zone") is significant and easily observable, the impacts extend far beyond the immediately disturbed footprint. Changes in drainage patterns will continue to cause long-term ecological damage both within the disturbed corridor and in areas located upstream and downstream of the earthwork.

37. In many locations, natural drainages were blocked or effectively dammed by construction activities. The problem is not limited to drainages that have been blocked. Any interruption of natural water flow across the landscape can have significant ecological consequences. Road cuts, spoil piles, and other earthwork features can function as dams by stopping or redirecting sheet flow that would otherwise move across the landscape. All vegetation located in these hydrologically "deprived zones" will experience reduced access to moisture and corresponding declines in ecological function and productivity. This means that the affected zones will be much larger than the area directly disturbed by heavy equipment. These impacts will continue, and ecological degradation will expand, until hydrologic function is restored. Restoring pre-disturbance flow patterns is an urgent priority because long-term damage is already occurring.

38. Of particular and immediate concern are the ephemeral washes crossed by the road construction. Based on my observations, in almost all cases, these drainages were partially or completely blocked when material was pushed into them during road construction. There were no culverts or other measures designed to maintain natural drainage function when construction was paused. These ephemeral streams are critical components of the watershed and perform several important ecological functions. Below is a list of some of their important ecological functions and the disruptions caused by their being blocked or dammed by construction activities.

39. *Ephemeral streams support dense vegetation (Islands of Fertility):* Ephemeral streams support some of the densest and most productive vegetation in desert ecosystems. In arid landscapes, moisture is highly restricted and vegetation productivity is directly tied to proximity to ephemeral flow paths, often within very narrow bands (from 10 to 40 meters wide). These stream beds support high nutrient forage, high yield seed and wildlife food production, nursery zones for insects and other arthropods, and important forage and ambush cover for predator and prey species.

They are key drivers of local productivity of flora and fauna. When these systems are cut off from their watersheds they collapse: the vegetation communities and ecological functions they support rapidly decline, resulting in significant negative impacts to the local ecosystem.

40. *Sediment transport/sediment budget*: Ephemeral drainages play an essential role in transporting sediment through the landscape and maintaining natural geomorphic processes. Blocking these drainages alters local sediment budgets, changes local geomorphology, and can create unstable accumulations of sediment. When these artificial damns ultimately fail, they may release large quantities of sediment downstream, causing severe downstream flooding, erosion, and habitat damage.

41. *Local groundwater recharge*: Ephemeral stream beds act as the primary mechanism for refilling desert aquifers. Because the water is concentrated within highly permeable, sandy stream channels, a significant portion of the streamflow leaks straight down through transmission losses into the water table, thus ultimately contributing to groundwater recharge. Disrupting this process by blocking flow will significantly reduce the infiltration, decrease the amount of water available within the local system, and decrease overall ecological productivity.

42. *Downstream erosion*: Blocking ephemeral drainages also increases the risk of downstream erosion including headcutting and incision. Of particular concern is that, when the accumulated material eventually breaches, rocks, sediment, and concentrated flows may be released suddenly downstream, causing substantial erosion and additional damage to downstream habitats and ecosystem processes.

## III. Loss of Vegetation, Soils, and Biological Resources

43. In addition to the long-term damage caused by the alteration of the natural runoff patterns and geomorphology, the construction activities resulted in the complete destruction of all

vegetation and biological resources not fast enough to get out of the way of the machinery throughout the affected construction corridor.

44. Because comprehensive pre-disturbance surveys of flora and fauna were either not conducted or were unavailable to inform future restoration planning, it is not possible to identify with certainty every plant and animal affected by the disturbances within the National Park. However, adjacent intact habitat provides a reliable basis for evaluating the ecological communities that existed before disturbance. Accordingly, I assessed the likely losses by surveying the adjacent areas with the same vegetation types and ecological conditions.

45. During vegetation salvage efforts within a single 350 x 30 meter area in the path of destruction at Solis, the following species were recovered:

| Species | Common name | Number potted |
|---|---|---|
| *Ariocarpus fissuratus var fissuratus* | Living rock cactus | 220 |
| *Coryphantha echinus var echinus* | Sea urchin cactus | 55 |
| *Cylindropuntia imbricata var. argentea* | Big Bend cholla | 3 |
| *Cylindropuntia leptocaulis* | Desert Christmas cactus, Tasajillo | 1 |
| *Echinocactus horizonthalonius* | Eagle Claw cactus | 139 |
| *Echinocereus dasyacanthus* | Texas Rainbow cactus | 39 |
| *Echinocereus stramineus var stramineus* | Strawberry cactus | 13 |
| *Echinomastus warnockii* | Warnock's cactus | 53 |
| *Escobaria albicolumnaria* | Silverlace cactus | 23 |
| *Euphorbia antisyphilitica* | Candelilla | 1 |
| *Fouquieria splendens subsp splendens* | Ocotillo | 1 |
| *Grusonia sp* | Dog cholla | 7 |

| | | |
|---|---|---|
| *Hamatocactus hamatocanthus var hamatocanthus* | Giant fishhook cactus | 5 |
| *Opuntia sp* | Prickly pear cactus | 16 |
| *Selaginella lepidophylla* | Resurrection plant | 8 |
| | TOTAL: | 584 |

46. These salvage results are representative of the high diversity of native vegetation present within the disturbed corridor prior to construction. The presence of 584 salvaged plants within a relatively small portion of the construction path indicates that substantial numbers of native plants, including slow-growing desert species requiring decades or more to reach maturity, were directly affected by the construction activities.

47. The loss of vegetation extends beyond the individual plants destroyed. Native vegetation communities provide wildlife habitat, stabilize soils, contribute organic matter, influence hydraulic processes, and support broader ecosystem functioning. As a result, the damage includes not only the loss of individual plants but also the degradation of the ecological communities and ecosystem processes that those plants support.

**IV. Expected Recovery Without Active Restoration**

48. Scientific literature and my professional experience indicate that natural recovery in desert ecosystems frequently occurs over very long time scales. Recovery is often limited by soil disturbance and compaction, altered hydrology, slow plant growth rates, and the loss of biological soil crusts and other ecological processes that develop over decades or centuries.

49. Soil compaction caused by heavy machinery is particularly persistent. Compaction reduces water infiltration, limits root growth, and impairs biological activity within the soil. In desert ecosystems, natural recovery of compacted soils can require more than 100 years. Because

healthy soils are fundamental to vegetation establishment and ecosystem productivity, prolonged soil compaction substantially delays ecological recovery.

50. Recovery of biological soil crusts ("biocrusts") may require decades to centuries. Biocrusts occupy the interface between soil and atmosphere in most drylands, providing critical ecosystem functions such as stabilizing soils and increasing fertility. Depending on site conditions and the severity of disturbance, biocrust recovery can take anywhere from approximately 50 years to several hundred years.

51. Species richness, meaning the total number of plant species present within an area, may begin to recover within approximately 10 to 30 years. However, the return of species richness does not necessarily indicate recovery of the original ecosystem. A disturbed site may contain a similar number of species while still lacking many of the native species that historically occurred there.

52. Recovery of species composition generally requires much longer periods of time. Restoration of the same native climax vegetation community may require 200 years or more.

53. Accordingly, although some vegetation may naturally recolonize disturbed areas within years or decades, full recovery of soil function, biological soil crusts, native plant communities, and associated ecosystem processes requires many decades and, in some cases, centuries absent active restoration efforts.

54. Recovery in the riparian areas downstream of Santa Elena Canyon and upstream of Talley may never recover without significant efforts to control non-native invasives like *Arundo donax* (Giant River Cane) and *Cenchrus ciliaris* (Buffelgrass). These areas are likely to move towards an alternative stable state and never return to the previous community structure or

ecological function resulting in a permanent degradation of ecosystem services and overall productivity.

**V. Restoration Prescription**

55. Restoration of ecological function in the disturbed areas of the National Park will require a comprehensive, long-term restoration effort. The affected areas include both riparian and upland desert ecosystems, and successful restoration will require reestablishing not only native vegetation, but also hydrologic function, soil processes, and other ecosystem functions that were destroyed and altered by the construction activities.

56. The most critical need is rebuilding the pre-disturbance topography to reestablish natural drainage patterns. The longer the interval between the construction activities and this critical first step, the greater the long-term damage will be and slower the recovery. Fortunately, the contractors flew the entire proposed alignment with LiDAR, and high-precision topographic surveys exist documenting conditions before construction. This information should be made available to any teams responsible for restoration and followed precisely. Care should also be taken to attempt to sort soils during restoration activities and place as much of the original top soil on the surface as feasible. This process of reestablishing drainage and topography will be considerably more complex and difficult in the limestone hills near Solis than in the riparian zone.

57. It is likely that short term, site appropriate structures will be needed to prevent erosion and stabilize soils while vegetation begins to reestablish and soil functions begins to recover.

58. Detailed vegetation surveys need to be conducted within adjacent undisturbed vegetation types to extrapolate the vegetation needed for revegetation. The objective would be to

replace the vegetation communities that closely mimic the species composition, relative abundance, and structure of the plant communities that were present before the damage occurred.

59. Seeds or other propagules should be collected from the immediate vicinity of the areas where revegetation is being implemented. It is critical to replant from seeds or propagules taken from the same local genotype. If biocrusts are identified in the areas impacted, efforts should be taken to inoculate or use other biocrust restoration techniques to accelerate biocrust reestablishment.

60. Plants will need to be grown from these seeds for one to several years before being replanted in the impacted zone. Following planting, these individuals will need support in the form of periodic watering for several years depending on location and natural rainfall patterns. Plant reestablishment will happen much faster in the riparian zone than the upland limestone hills near Solis. Some of the plants found near Solis are extremely slow growing. For example, the Living Rock Cactus (*Ariocarpus fissuratus*) can live for over 100 years and may only reach the approximate size of a baseball over that period.

61. Steps must also be taken to keep exotic species like *Arundo donax* (Giant River Cane) and *Cenchrus ciliaris* (Buffelgrass) from colonizing the disturbed area before native vegetation can be reestablished. This will likely require aggressive control of these species in the area near the disturbed zone; preferably along the entire construction reach. This will be most important in the riparian areas impacted downstream from the exit of Santa Elena Canyon and upstream of Talley, where invasive species may be able to establish rapidly following disturbance.

62. In my opinion, restoring natural hydrology is the most important component of the restoration effort. Unless and until hydrologic function is restored, ecological degradation will continue both within and beyond the areas directly disturbed by construction.

63. In many restoration projects, one of the most difficult challenges is identifying the causes of ecological degradation and determining the appropriate corrective measures. In this instance, the source of the destruction is clear and readily identifiable. The primary ecological impacts resulted from vegetation clearing, soil disturbance and compaction, alteration of topography, and disruption of natural drainage patterns associated with the construction activities. As a result, the general restoration objectives are relatively straight forward: restore pre-disturbance topography, reestablish natural hydrologic function, stabilize soils, and reestablish native vegetation communities. However, successfully implementing restoration in ecosystems that develop over centuries is complex due to the difficulty of predicting future conditions. Long-term monitoring and the application of adaptive management are necessary to maximize the probability of successfully returning the ecosystem to pre-disturbance conditions.

**VI. Ongoing Construction in BBT1**

64. I have not personally assessed construction damage in BBT-1. My opinions concerning that area are therefore based on the photographs and videos of ongoing construction.

65. Based on those materials, the types of ecological impacts present in BBT-1 appear substantially similar to those I observed in the upland portions of Big Bend National Park, including vegetation removal, soil disturbance and compaction, alteration of surface hydrology, and disruption of natural drainage features.

66. In my opinion, the larger geographic footprint of disturbance in BBT-1 increases both the magnitude of ecological impacts and the complexity of restoration efforts. As the size of a disturbed area increases, the extent of hydrological disruption, habitat loss, invasive-species vulnerability, and restoration requirements generally increases as well.

67. BBT-1 is a similar ecoregion to Big Bend National Park and, in my opinion, there are many similarities between the ecological issues and harm to the environment resulting from construction activities in these two areas. The size of the impacted areas in BBT-1 magnifies the problem. It is clear from the evidence I have reviewed that the scale of the destruction and the effort that will be needed to address the ecological impacts is even greater than in Big Bend National Park. Absent aggressive and long-term restoration with site-specific prescriptions—which would take years to decades to complete, even with a well-conceived and executed restoration plan—many of these impacts will persist for decades or centuries, and some may become irreversible.

Pursuant to 28 U.S.C. § 1746, I, Jeffrey Renfrow, declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2026, in Terlingua, Texas.

Jeff Renfrow

Jeffrey Renfrow

**Appendix A**

**Literature Cited:**

Abella SR. Disturbance and plant succession in the Mojave and Sonoran deserts of the American Southwest. Int J Environ Res Public Health. 2010 Apr;7(4):1248-84. doi: 10.3390/ijerph7041248. Epub 2010 Mar 25. PMID: 20617030; PMCID: PMC2872343.

Cogan, Dan & Lea, Chris. *Vegetation Inventory Project: Big Bend National Park*. Natural Resource Report NPS/CHDN/NRR-2021/2275. National Park Service, U.S. Department of the Interior, Natural Resource Stewardship and Science (July 2021).

Damage Assessment and Restoration Handbook: Guidance for Damage Assessment and Restoration Activities in the National Park Service (Rule 19JJ), https://www.doi.gov/sites/default/files/migrated/restoration/library/upload/NPS_Handbook.pdf.

Levick, L.R., Goodrich, D.C., Hernandez, M., Fonseca, J., Semmens, D.J., Stromberg, J.C., Tluczek, M., Leidy, R.A., Scianni, M., Guertin, D.P., and Kepner, W.G., 2008, The ecological and hydrological significance of ephemeral and intermittent streams in the arid and semi-arid American Southwest, x, 102 p.

Fiore, Nicole M., Megan E. Lulow, and Travis E. Huxman. 2025. "Ephemeral Flows and Vegetation Productivity: Insights for Desert Conservation." *Ecosphere* 16(9): e70391. https://doi.org/10.1002/ecs2.70391

Cohen S, Groner E, Peeters A, Segoli M. The Impact of Roads on the Redistribution of Plants and Associated Arthropods in a Hyper-Arid Ecosystem. J Insect Sci. 2021 Jul 1;21(4):4. doi: 10.1093/jisesa/ieab044. PMID: 34280295; PMCID: PMC8289131.

Sandquist, Darren & Bedford, David & Macias, Miguel & Miller, David & Newlander, A. & Schwinning, Susanne. (2011). Small wash functions and effects of their disturbance on vegetation of a Mojave Desert bajada. Americal Geophysical Union Fall Meeting Abstracts. Abstract No. B21G-0348.

Yang, Xiao-Dong & Wang, Juan & Xu, Ming-Shan & Ali, Arshad & Xu, Yilu & Lamb, Dane & Duan, Lu-Chun & Yan, Kenny & Yang, Sheng-Tian. (2019). Effects of the ephemeral stream on plant species diversity and distribution in an alluvial fan of arid desert region: An application of a low altitude UAV. PLOS ONE. 14. e0212057. 10.1371/journal.pone.0212057.

Lovich, J., and Bainbridge, D., 1999, Anthropogenic degradation of the southern California desert ecosystem and prospects for natural recovery and restoration: Environmental Management, v. 24, no. 3, p. 309-326, https://doi.org/10.1007/s002679900235.

John D Bolling, Lawrence R Walker, Plant and soil recovery along a series of abandoned desert roads, Journal of Arid Environments, Volume 46, Issue 1, September 2000, Pages 1-24

Weber, B., Bowker, M., Zhang, Y., Belnap, J. (2016). Natural Recovery of Biological Soil Crusts After Disturbance. In: Weber, B., Büdel, B., Belnap, J. (eds) Biological Soil Crusts: An Organizing Principle in Drylands. Ecological Studies, vol 226. Springer, Cham. https://doi.org/10.1007/978-3-319-30214-0_23

Cogan, D., and C. Lea. 2021. Vegetation inventory project: Big Bend National Park. Natural Resource Report NPS/CHDN/NRR—2021/2275. National Park Service, Fort Collins, Colorado. https://doi.org/10.36967/nrr-2286674.

Sha, Wanxiao & Xu, Jiayi & Maohong, Wei & Zhang, Jinyu & Lu, Xueqiang & Li, Hongyuan & Zhu, Lin & Feng, Jianfeng. (2024). Alternative stable states and ecological restoration: Facts, theory, and perspectives. 10.22541/au.172471362.21994147/v1.

Sha, W., Wei, M., Xu, J., Zhang, J., Lu, X., Zhu, L., Li, H., & Feng, J. (2026). *Alternative stable states: Evidence from natural ecosystems and implications for ecological restoration*. *Ecological Solutions and Evidence*, 7, e70239. https://doi.org/10.1002/2688-8319.70239

# Appendix B

# JEFF RENFROW


## Executive Director: Rio Bravo Restoration

2208 Solitario Sawmill Road
Terlingua, Texas 79852
jeff@riobravorestoration.org
432.371.2510 (o)
432.294.0727 (c)


## PROFESSIONAL SUMMARY

Jeff Renfrow is a river restoration practitioner and conservation professional specializing in riparian ecosystem restoration, invasive plant management, river corridor monitoring, and restoration project implementation in the Rio Grande/Rio Bravo basin and other river systems throughout North America. He serves as Executive Director of Rio Bravo Restoration, a nonprofit organization that conducts ecological restoration, monitoring, and stewardship projects in the Big Bend region and along the U.S.-Mexico border.

Mr. Renfrow holds a Bachelor of Science degree in Wildlife and Fisheries Sciences from Texas A&M University. He has more than three decades of professional experience working in river and watershed environments, including field-based restoration, ecological monitoring, water resource assessment, and natural resource management. Since 2005, he has collaborated with agencies and organizations including the National Park Service, U.S. Geological Survey, U.S. Fish and Wildlife Service, Texas Parks and Wildlife Department, universities, and nongovernmental organizations on restoration and monitoring projects throughout the Rio Grande watershed.

His work has focused on the assessment, monitoring, and restoration of riparian and aquatic ecosystems, including invasive species management, revegetation, sediment and geomorphic monitoring, vegetation mapping and assessment, water quality monitoring, native mussel surveys, macroinvertebrate surveys, and fish population surveys. He has led and implemented large-scale efforts to control invasive giant cane (*Arundo donax*) and restore native riparian habitat along the Rio Grande/Rio Bravo.

Mr. Renfrow has extensive experience coordinating and implementing binational conservation and restoration initiatives involving federal agencies, nongovernmental organizations, local communities, and landowners in the United States and Mexico. His work includes developing and managing multidisciplinary field teams, supporting ecological monitoring programs, and implementing restoration projects in remote and wilderness settings in the border region.

## AREAS OF EXPERTISE

- Riparian ecosystem restoration
- River corridor restoration and management
- Invasive plant management and control
- Riparian revegetation and native habitat restoration
- Rio Grande/Rio Bravo ecology and watershed management
- Vegetation monitoring and assessment
- Vegetation mapping accuracy assessment and ground-truthing
- River geomorphology and sediment monitoring
- Water quality monitoring and field assessment
- Streamflow and discharge measurements
- Native aquatic and riparian species monitoring
- Topographic and ecological field surveys
- Low-tech process-based restoration
- Restoration project implementation and adaptive management
- Binational conservation and restoration initiatives
- Ecological monitoring program development and implementation
- Restoration capacity building and field crew training

## EDUCATION

BS, Wildlife and Fisheries Sciences, Texas A&M University 1984

## EXPERIENCE

### National Park Service Inventory and Monitoring - Big River Vegetation Monitoring (2005 - present)

Mr. Renfrow collaborated with National Park Service staff on the Rio Grande, Gunnison, Green and Yampa Rivers to monitor vegetation and geomorphology to determine the effectiveness of exotic plant management and tying vegetation response to inundation frequency. He worked as project lead, surveyor, and assisted with protocol development.

### Accuracy Assessment of Vegetation Maps (2017-2020)

Working as a subcontractor for CoganTech, Mr. Renfrow served as a crew lead for accuracy assessments of vegetation maps in Big Bend National Park, Mojave National Preserve, and Death Valley National Park. This work involved sampling over 2,200 randomly selected 40-meter-radius plots across mapped vegetation classifications.

### Exotic Plant Management (2008-present)

Mr. Renfrow is the lead implementer on a 15 year effort to control giant river cane (*Arundo donax*) and salt cedar (*Tamarix sp.*) along the Big Bend reach of the Rio Grande/Bravo. This binational effort is part of a long-term, landscape level effort to understand the relationship between invasive vegetation and sediment transport as well as the effects of invasives on native riparian vegetation.

### Riparian Revegetation (2011-present)

Mr. Renfrow works with a variety of funders to lead riparian revegetation efforts on several large tributaries of the Rio Grande/Bravo. The Rio Bravo Restoration crew planted over 10,000 willows (*Salix sp.*) and Cottonwoods (*Populos sp.*) along major tributaries of the Rio Grande/Bravo.

### Additional Projects

Over the last 15 years, Mr. Renfrow has worked on a wide variety of projects supporting vegetation and geomorphology monitoring and implementation of restoration projects. Experience includes:

- **Technical Monitoring:** Water quality monitoring; discharge (Q) measurements; spring monitoring; vegetation and topographic survey; mapping; ground truthing maps and remote sensing; transducer install, maintenance and download.
- **Restoration Implementation:** Low-Tech, Process-Based Restoration; upland revegetation and restoration work in arid regions; exotic plant management
- **Project Leadership:** Binational team building and cooperation; capacity building and training.

## PUBLICATIONS

Briggs, Mark & Poulos, Helen & Renfrow, Jeff & Ochoa-Espinoza, Javier & Larson, David & Manning, Patricia & Sirotnak, Joseph & Crawford, Kelon. (2021). *Choked out: Battling invasive giant cane along the Rio Grande/Bravo Borderlands*. RIVER RES. & APPLS. 37. 1471–1479. 10.1002/rra.3858.

Bunting, Daniel & Bennett, Jeffery & Caplan, Todd & Garrett, Gary & Gimblett, Randy & Hammer, Michael & Hoagstrom, Chris & Itami, Robert & McDaniel, Kirk & Murrieta, Joaquin & Ochoa-Espinoza, Javier & Renfrow, Jeff & Roberson, Aimee & Rodriguez, Alfredo & Sirotnak, Joe & Whiterod, Nick & Briggs, Mark. (2021). *Implementation: Putting Your Stream Corridor Restoration Plan Into Action*. 10.2307/j.ctv1b0fv8d.10.

Bunting, Daniel & Barton, Andrew & Bushman, Brooke & Chernoff, Barry & Crawford, Kelon & Dean, David & González-Sargas, Eduardo & Haney, Jeanmarie & Hinojosa-Huerta, Osvel & Poulos, Helen & Renfrow, Jeff & Richter, Holly & Lugo, Carlos & Stromberg, Juliet & Turner, Dale & Urbanczyk, Kevin & Briggs, Mark. (2021). MONITORING THE RESULTS OF STREAM CORRIDOR RESTORATION. 10.2307/j.ctv1b0fv8d.11.

LeRoy, Sarah & Friggens, Megan & Garfin, Gregg & Villela, Rebeca & Harvison, Sue & Hayhoe, Katharine & Lite, Sharon & Montero-Martínez, Martin & Nielsen-Gammon, John & Renfrow, Jeff & Rissik, David & Santana, Julio Sergio & Wickel, Bart & Briggs, Mark. (2021). ADAPTING YOUR STREAM RESTORATION PROJECT TO CLIMATE CHANGE. 10.2307/j.ctv1b0fv8d.8.