**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>*Defendants.* | Case No. 3:26-cv-01099-KC |

**SUPPLEMENTAL EXPERT REPORT OF ADAM B. ISACSON**

1. I am the Director for Defense Oversight at the Washington Office on Latin America ("WOLA"), a nonprofit research and advocacy organization based in Washington, D.C., committed to advancing human rights in the Americas. Since 2011, a significant part of my work has been focused on border security in the United States. I have visited the U.S.-Mexico border approximately 40 times and the Mexico-Guatemala border 4 times. Since 2020 alone, I have overseen WOLA's publication of over 110 reports, memos, and multimedia projects about border and migration trends, the successes and failures of border security and migration policies, and human rights impacts. In addition to those products, since September 2020, I have published a Border Update with over 500 email subscribers and more than 400,000 downloads over the past year. I have testified about border and migration issues in the U.S. Congress three times since November 2023. My professional opinions and work product are cited in major media outlets, on average, a few times monthly.

## ASSIGNMENT

2. I was retained by counsel for Center for Biological Diversity (the "Center") to opine on the number of unlawful border crossings in the Big Bend Border Patrol Sector in Texas (the "Big Bend Sector"); to compare those figures with unlawful border crossing data from other U.S. Border Patrol sectors along the U.S.-Mexico border; and to determine whether the Big Bend Sector, or any subdivision thereof, reflect comparatively elevated unlawful-entry activity.

3. I previously submitted an expert report for this lawsuit that detailed my opinions on this matter, ECF No. 19-2 (APX-V1-328) ("First Report" or "First Isacson Report").

4. Counsel for the Center requested that I provide additional context in support of my overall conclusion that the Big Bend Sector is not an area of high illegal entry. Specifically, Counsel for the Center asked that I break down annual entries by sector and provide additional details to characterize the overall apprehension counts provided by Customs and Border Protection ("CBP").

5. I have declined to be compensated for my time.

## DOCUMENTS REVIEWED

6. As part of my assignment, I reviewed the documents outlined in paragraph 4 of my First Report. Additionally, I have reviewed:

a. CBP spreadsheets, published to the agency's "Document Library" of items released pursuant to Freedom of Information Act requests, providing details about individuals apprehended by Border Patrol from fiscal years 2010 to 2025. Those spreadsheets are all Excel (.xlsx) files with the string "usbp_encounter_subject_detail" in their filenames. (Available at: https://www.cbp.gov/document/foia-record/cbp-border-patrol-statistics)

b. Information about "At Large" and "At Entry" apprehensions across the entire U.S.-Mexico border, provided for fiscal years 2024 through 2026 at CBP's "Nationwide Encounters" webpage. (Available at: https://www.cbp.gov/newsroom/stats/nationwide-encounters)

c. Declaration of Paul Enriquez, ECF No. 38-1, which Defendants filed in support of their Opposition to Plaintiffs' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction.

d. U.S. Government Accountability Office, *Border Patrol Lacks Important Information about Immigration Checkpoints Within the United States* (2022). (Available at: https://www.gao.gov/blog/border-patrol-lacks-important-information-about-immigration-checkpoints-within-united-states)

## QUALIFICATIONS

7. My qualifications are as stated in paragraphs 6–8 of my First Report.

## SUMMARY OF OPINIONS

8. Review of these additional documents further supports my conclusion that the Big Bend Sector is not an area of high illegal entry. Looking at disaggregated statistics of Border Patrol apprehensions in this and other border sectors, as I did in my First Report, already shows that illegal entries are extremely infrequent in the Big Bend Sector, far fewer than any other U.S.-Mexico border sector. The number falls still further, however, when we subtract people who had crossed the border long ago, perhaps in other sectors, only to be apprehended at vehicle checkpoints or while otherwise "at large" in a sector that covers more than 135,000 square miles.

## METHODOLOGY

9. In order to further support my conclusion that the Big Bend Sector is not an area of high illegal entry, I examined annual apprehension figures for all border patrol sectors per border mile per month for every year since 1996. This data is noted in paragraph 4 of my First Report.

10. In order to better characterize individual apprehensions within the Big Bend Sector, I relied on annual CBP files offering further details about each individual encountered (apprehended) by Border Patrol, as well as "at large" apprehension statistics from CBP. This data is noted in the "Documents Reviewed" section above.

11. Data with details about individuals apprehended by Border Patrol are available in a series of Excel spreadsheets, often with hundreds of thousands of rows of data: one row for each apprehended individual. Columns provide significant detail about each apprehended individual, including—for the purposes of this analysis—in which Border Patrol sector the apprehension occurred, whether it occurred at a Border Patrol highway checkpoint, and how long the individual had been present in the United States before apprehension. I used Python scripts to aggregate these spreadsheets' contents into a database (using SQLite), and then to query that database to determine how many Big Bend Sector apprehensions took place at checkpoints, and of those apprehended at checkpoints, how long they had been in the United States. I compared the Big Bend apprehension totals to those reported by CBP over the years and presented in my First Report: during most years from 2010-2025 they matched exactly, though there was minor variation in 2020 (total apprehensions 0.01% lower in the spreadsheet), 2021 (total apprehensions 0.1% higher in the spreadsheet), 2022 (total apprehensions 0.2% higher in the spreadsheet), and 2023 (total apprehensions 0.1% higher in the spreadsheet). These very slight variances, which I confirmed by manually inspecting the spreadsheets, likely owed to Border Patrol's data challenges when

implementing the pandemic-era "Title 42" expulsion policy. Under the policy, in effect from March 2020 to May 2023, expelled migrants were not fully processed or considered to have officially entered the United States, which is why the agency used the term "encountered" instead of "apprehended" to describe the people in its custody. That custody was usually very brief, and agents did not gather as much information about those whom they encountered before removing them from U.S. soil.

12. CBP provides "at large" border-wide apprehensions on a monthly basis for the past three fiscal years in tables presented on its website, which I copy-and-pasted into a spreadsheet and totaled up by year.

**OPINION**

13. In my First Report, I concluded that although the Big Bend Sector encompasses nearly one-quarter of the U.S.-Mexico border, it has the lowest rates of illegal entry. First Isacson Decl. ¶¶ 21, 27. There, I provided two figures that illustrate how low apprehensions are in the Big Bend Sector: Figure 1 (depicting total apprehensions per sector over various spans of years, plus totals per mile per month for each sector), and Figure 2 (depicting a graph of total apprehensions at the U.S.-Mexico border with the Big Bend Sector representing a nearly invisible proportion of the total). *Id.* at 9.

14. To better contextualize these figures, attached hereto as Exhibit 1 are true and correct copies of tables I created for each year, beginning in 1996, depicting the total land border miles for each U.S. Border Patrol sector along the U.S.-Mexico border, total apprehensions for each sector, corresponding totals per mile per month, and overall percentages. For each year, I also provide a pie chart showing the Big Bend Sector's share of apprehensions.

15. The annual tables show that in every year since 1996, total apprehensions per mile per month in the Big Bend Sector have not exceeded 6, and in most years are below 2, often below 1. Other sectors see hundreds of apprehensions per mile per month.

16. The year 1996 is a relevant starting point for this data because that was the year Congress passed the Illegal Immigration Reform and Immigrant Responsibility Act ("IIRIRA"), and authorized the U.S. Attorney General (now the DHS Secretary) to "take such actions as may be necessary to install additional physical barriers and roads . . . in the vicinity of the United States border to deter illegal crossings in areas of high illegal entry into the United States." P.L. 104-208, div. C., codified at 8 U.S.C. § 1103 note. In 1996, there were 2.1 apprehensions per border mile per month in the Big Bend Sector—by far the lowest rates across the entire border. Ex. 1 at 2. Comparatively, there were over 600 apprehensions per border mile per month in the San Diego Sector (the sector with the highest per mile apprehensions) and 18.7 apprehensions per border mile per month in the Yuma Sector (the sector with the second lowest per mile apprehensions that year). *Id.* In other words, when Congress passed IIRIRA, the Big Bend Sector was both the sector with the *lowest* rates of unlawful entry—about one-ninth of the next-smallest sector in apprehensions per mile—and a sector with undisputably *low* rates of unlawful entry. Over the years, this has not changed.

17. Further supporting that the Big Bend Sector is not an area of high illegal entry, the total apprehension figures on which CBP relies strongly appear to overstate the number of individuals who unlawfully crossed the U.S.-Mexico border within the Sector.

18. The Big Bend Sector encompasses a large geographic area that includes 77 Texas counties and all of the State of Oklahoma. According to CBP, the sector covers more than 135,000 square miles.

19. CBP's sector-wide apprehension data is not limited to individuals encountered while unlawfully crossing the international border. Rather, it includes both individuals apprehended "at entry" and individuals apprehended "at large." CBP defines an apprehension "at entry" as involving "an alien who has entered the United States without admission and has not yet reached his/her destination, regardless of the amount of time since entry." CBP defines an apprehension "at large" as involving "an alien who has illegally entered the United States, has already reached their destination, and is encountered or who was legally admitted and has since overstayed their permitted time, illegally remaining in the U.S."

20. CBP's apprehension data therefore is not a measure of how many people unlawfully crossed the U.S.-Mexico border within the Big Bend Sector. Defendants in this case have asserted that "[b]etween fiscal year 2021 and fiscal year 2025, Border Patrol apprehended over 89,000 illegal aliens attempting to enter the United States between border crossings in the Big Bend Sector." Decl. of Paul Enriquez, ECF No. 38-1, ¶ 42. However, that statistic should not be interpreted as a count of unlawful border crossings occurring within the Big Bend Sector because the apprehension data reflects encounters occurring through a large enforcement area that extends beyond the border itself. The figures include individuals encountered throughout the Sector, regardless of where they crossed the border, as well as individuals who were lawfully admitted but later encountered within the Sector after overstaying or otherwise lacking lawful status.

21. To my knowledge, data on "at large" apprehensions broken down by sector is not publicly available. However, across the U.S.-Mexico border, approximately 3.4% of apprehensions between Fiscal Years 2024 and 2026 were classified as "at large." In Fiscal Year 2026 through July 2026, that figure rose to approximately 15.6%. This indicates that a significant portion of apprehensions involve non-recent border-crossers who may not have crossed the border

illegally in the first place. Border Patrol does not offer this data by sector; without more data, there is no reason to assume that the Big Bend sector varies from the border-wide trend of "at large" apprehensions.

22. Additionally, apprehensions at CBP checkpoints are also included in the Sector's overall apprehension totals, even though they do not necessarily involve individuals who crossed the border in the Big Bend Sector. As the U.S. Government Accountability Office ("GAO") reported in 2022, Border Patrol maintains "more than 110 checkpoints, located generally 25 to 100 miles from the southwest and northern borders along U.S. highways and secondary roads. All vehicles traveling through a checkpoint may be subject to a checkpoint inspection." GAO's report included a map, covering 2016-2020, showing four Border Patrol checkpoints in the Big Bend sector. (https://www.gao.gov/blog/border-patrol-lacks-important-information-about-immigration-checkpoints-within-united-states)

23. CBP apprehension data reflects that, between Fiscal Years 2013 and 2025, 12,652 of the 140,654 apprehensions recorded in the Big Bend Sector, or approximately 9%, occurred at Border Patrol checkpoints. In Fiscal Year 2025, 27.3% of all apprehensions in the Big Bend Sector occurred at a checkpoint, the highest percentage during the period examined. The lowest percentage occurred in Fiscal Year 2021, when checkpoint apprehensions accounted for 4.5% of all apprehensions in the Sector.

24. Available CBP data further reflects that many individuals apprehended at checkpoints were present in the U.S. for extended periods of time prior to their apprehension. Among checkpoint apprehensions in the Big Bend Sector for which the relevant data is publicly available, 42.7% involved individuals who had been present in the U.S. for more than one month, and one-third (33%) involved individuals who had been present in the U.S. for more than one year.

25. This data demonstrates that the number of people apprehended after crossing the border in the Big Bend Sector is even smaller than the numbers indicated in my First Report, which were based on apprehension data not broken down by checkpoint or "at-large" status. In fiscal 2025, for instance, Border Patrol reported apprehending people 3,096 times in the Big Bend Sector: that is the number reported in Exhibit 1, on the page showing data for 2025. Of those 3,096, though, 506 were apprehended at checkpoints after being in the United States for over a month (i.e., not recent border crossers, and may have entered the United States elsewhere). Excluding those checkpoint apprehensions of non-recent border crossers would reduce the 2025 total by 16%, to 2,590. Of that smaller figure, at least some would have been "at large" apprehensions of non-recent crossers that did not occur at checkpoints; excluding them would reduce the total by another few percentage points.

## CONCLUSION

26. Reported Border Patrol apprehensions—in total, or per mile; absolutely or comparatively—in the Big Bend Sector are already low. Excluding checkpoint apprehensions of individuals who have been in the United States for some time, and excluding other "at large" apprehensions, lowers the numbers even further. This strongly reinforces the conclusion, presented in my First Report, that the Big Bend Sector is not an area of high illegal entry.

Pursuant to 28 U.S.C. § 1746, I, Adam Isacson, declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2026, in Washington, DC.

Adam Isacson

# EXHIBIT 1

# Nine U.S.-Mexico Border Patrol Sectors




Big Bend Share of Border-Wide Miles



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 1996

| Fiscal Year 1996 Apprehensions | | | | |
|---|---|---|---|---|
| Sector | Sector Land Border Miles | Total | Per Mile Per Month | Percentage of Border-Wide Total |
| San Diego | 60 | 483,815 | 672.0 | 32.1% |
| Tucson | 262 | 305,348 | 97.1 | 20.3% |
| Rio Grande Valley | 320 | 210,553 | 54.8 | 14.0% |
| El Paso | 268 | 145,929 | 45.4 | 9.7% |
| Laredo | 136 | 131,841 | 80.8 | 8.7% |
| Del Rio | 245 | 121,137 | 41.2 | 8.0% |
| El Centro | 70 | 66,873 | 79.6 | 4.4% |
| Yuma | 126 | 28,310 | 18.7 | 1.9% |
| **Big Bend** | **517** | **13,214** | **2.1** | **0.9%** |
| **Southern Border Total** | **2,004** | **1,507,020** | **62.7** | |
| **Big Bend:** | 25.8% of total | 0.9% of total | 1/29th of border-wide | |



## Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 1997

| Fiscal Year 1997 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **San Diego** | 60 | 283,889 | 394.3 | 20.7% |
| **Tucson** | 262 | 272,397 | 86.6 | 19.9% |
| **Rio Grande Valley** | 320 | 243,793 | 63.5 | 17.8% |
| **El Centro** | 70 | 146,210 | 174.1 | 10.7% |
| **Laredo** | 136 | 141,893 | 86.9 | 10.4% |
| **El Paso** | 268 | 124,376 | 38.7 | 9.1% |
| **Del Rio** | 245 | 113,280 | 38.5 | 8.3% |
| **Yuma** | 126 | 30,177 | 20.0 | 2.2% |
| **Big Bend** | **517** | **12,692** | **2.0** | **0.9%** |
| **Southern Border Total** | **2,004** | **1,368,707** | **56.9** | |
| **Big Bend:** | 25.8% of total | 0.9% of total | 1/28th of border-wide | |



Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 1998

| Fiscal Year 1998 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Tucson** | 262 | 387,406 | 123.2 | 25.5% |
| **San Diego** | 60 | 248,092 | 344.6 | 16.4% |
| **El Centro** | 70 | 226,695 | 269.9 | 14.9% |
| **Rio Grande Valley** | 320 | 204,257 | 53.2 | 13.5% |
| **Del Rio** | 245 | 131,058 | 44.6 | 8.6% |
| **El Paso** | 268 | 125,035 | 38.9 | 8.2% |
| **Laredo** | 136 | 103,433 | 63.4 | 6.8% |
| **Yuma** | 126 | 76,195 | 50.4 | 5.0% |
| **Big Bend** | **517** | **14,509** | **2.3** | **1.0%** |
| **Southern Border Total** | **2,004** | **1,516,680** | **63.1** | |
| **Big Bend:** | 25.8% of total | 1.0% of total | 1/27th of border-wide | |

## Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 1999

| Fiscal Year 1999 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Tucson** | 262 | 470,449 | 149.6 | 30.6% |
| **El Centro** | 70 | 225,279 | 268.2 | 14.7% |
| **San Diego** | 60 | 182,267 | 253.1 | 11.9% |
| **Rio Grande Valley** | 320 | 169,151 | 44.0 | 11.0% |
| **Del Rio** | 245 | 156,653 | 53.3 | 10.2% |
| **Laredo** | 136 | 114,004 | 69.9 | 7.4% |
| **El Paso** | 268 | 110,857 | 34.5 | 7.2% |
| **Yuma** | 126 | 93,388 | 61.8 | 6.1% |
| **Big Bend** | **517** | **14,952** | **2.4** | **1.0%** |
| **Southern Border Total** | **2,004** | **1,537,000** | **63.9** | |
| **Big Bend:** | 25.8% of total | 1% of total | 1/27th of border-wide | |



Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2000

| Fiscal Year 2000 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Tucson** | 262 | 616,346 | 196.0 | 37.5% |
| **El Centro** | 70 | 238,126 | 283.5 | 14.5% |
| **Del Rio** | 245 | 157,178 | 53.5 | 9.6% |
| **San Diego** | 60 | 151,681 | 210.7 | 9.2% |
| **Rio Grande Valley** | 320 | 133,243 | 34.7 | 8.1% |
| **El Paso** | 268 | 115,696 | 36.0 | 7.0% |
| **Laredo** | 136 | 108,973 | 66.8 | 6.6% |
| **Yuma** | 126 | 108,747 | 71.9 | 6.6% |
| **Big Bend** | **517** | **13,689** | **2.2** | **0.8%** |
| **Southern Border Total** | **2,004** | **1,643,679** | **68.3** | |
| **Big Bend:** | 25.8% of total | 0.8% of total | 1/31st of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2001

| Fiscal Year 2001 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Tucson** | 262 | 449,675 | 143.0 | 36.4% |
| **El Centro** | 70 | 172,852 | 205.8 | 14.0% |
| **El Paso** | 268 | 112,857 | 35.1 | 9.1% |
| **San Diego** | 60 | 110,075 | 152.9 | 8.9% |
| **Rio Grande Valley** | 320 | 107,844 | 28.1 | 8.7% |
| **Del Rio** | 245 | 104,875 | 35.7 | 8.5% |
| **Laredo** | 136 | 87,068 | 53.4 | 7.0% |
| **Yuma** | 126 | 78,385 | 51.8 | 6.3% |
| **Big Bend** | **517** | **12,087** | **1.9** | **1.0%** |
| **Southern Border Total** | **2,004** | **1,235,718** | **51.4** | |
| **Big Bend:** | 25.8% of total | 1% of total | 1/26th of border-wide | |



## Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2002

| Fiscal Year 2002 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Tucson** | 262 | 333,648 | 106.1 | 35.9% |
| **El Centro** | 70 | 108,273 | 128.9 | 11.6% |
| **San Diego** | 60 | 100,681 | 139.8 | 10.8% |
| **El Paso** | 268 | 94,154 | 29.3 | 10.1% |
| **Rio Grande Valley** | 320 | 89,927 | 23.4 | 9.7% |
| **Laredo** | 136 | 82,095 | 50.3 | 8.8% |
| **Del Rio** | 245 | 66,985 | 22.8 | 7.2% |
| **Yuma** | 126 | 42,654 | 28.2 | 4.6% |
| **Big Bend** | **517** | **11,392** | **1.8** | **1.2%** |
| **Southern Border Total** | **2,004** | **929,809** | **38.7** | |
| **Big Bend:** | 25.8% of total | 1.2% of total | 1/21st of border-wide | |

8

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2003

| Fiscal Year 2003 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Tucson** | 262 | 347,263 | 110.5 | 38.4% |
| **San Diego** | 60 | 111,515 | 154.9 | 12.3% |
| **El Centro** | 70 | 92,099 | 109.6 | 10.2% |
| **El Paso** | 268 | 88,816 | 27.6 | 9.8% |
| **Rio Grande Valley** | 320 | 77,749 | 20.2 | 8.6% |
| **Laredo** | 136 | 70,521 | 43.2 | 7.8% |
| **Yuma** | 126 | 56,638 | 37.5 | 6.3% |
| **Del Rio** | 245 | 50,145 | 17.1 | 5.5% |
| **Big Bend** | **517** | **10,319** | **1.7** | **1.1%** |
| **Southern Border Total** | **2,004** | **905,065** | **37.6** | |
| **Big Bend:** | 25.8% of total | 1.1% of total | 1/23rd of border-wide | |



Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2004

| Fiscal Year 2004 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Tucson** | 262 | 491,771 | 156.4 | 43.2% |
| **San Diego** | 60 | 138,608 | 192.5 | 12.2% |
| **El Paso** | 268 | 104,399 | 32.5 | 9.2% |
| **Yuma** | 126 | 98,060 | 64.9 | 8.6% |
| **Rio Grande Valley** | 320 | 92,947 | 24.2 | 8.2% |
| **Laredo** | 136 | 74,706 | 45.8 | 6.6% |
| **El Centro** | 70 | 74,467 | 88.7 | 6.5% |
| **Del Rio** | 245 | 53,794 | 18.3 | 4.7% |
| **Big Bend** | **517** | **10,530** | **1.7** | **0.9%** |
| **Southern Border Total** | **2,004** | **1,139,282** | **47.4** | |
| **Big Bend:** | 25.8% of total | 0.9% of total | 1/28th of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2005

| Fiscal Year 2005 Apprehensions | | | | |
|---|---|---|---|---|
| Sector | Sector Land Border Miles | Total | Per Mile Per Month | Percentage of Border-Wide Total |
| Tucson | 262 | 439,079 | 139.7 | 37.5% |
| Yuma | 126 | 138,438 | 91.6 | 11.8% |
| Rio Grande Valley | 320 | 134,186 | 34.9 | 11.5% |
| San Diego | 60 | 126,904 | 176.3 | 10.8% |
| El Paso | 268 | 122,679 | 38.1 | 10.5% |
| Laredo | 136 | 75,346 | 46.2 | 6.4% |
| Del Rio | 245 | 68,506 | 23.3 | 5.8% |
| El Centro | 70 | 55,722 | 66.3 | 4.8% |
| **Big Bend** | **517** | **10,536** | **1.7** | **0.9%** |
| **Southern Border Total** | **2,004** | **1,171,396** | **48.7** | |
| **Big Bend:** | 25.8% of total | 0.9% of total | 1/29th of border-wide | |



Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2006

| Fiscal Year 2006 Apprehensions | | | | |
|---|---|---|---|---|
| Sector | Sector Land Border Miles | Total | Per Mile Per Month | Percentage of Border-Wide Total |
| Tucson | 262 | 392,074 | 124.7 | 36.6% |
| San Diego | 60 | 142,104 | 197.4 | 13.3% |
| El Paso | 268 | 122,256 | 38.0 | 11.4% |
| Yuma | 126 | 118,549 | 78.4 | 11.1% |
| Rio Grande Valley | 320 | 110,528 | 28.8 | 10.3% |
| Laredo | 136 | 74,840 | 45.9 | 7.0% |
| El Centro | 70 | 61,465 | 73.2 | 5.7% |
| Del Rio | 245 | 42,636 | 14.5 | 4.0% |
| **Big Bend** | **517** | **7,520** | **1.2** | **0.7%** |
| **Southern Border Total** | **2,004** | **1,071,972** | **44.6** | |
| **Big Bend:** | 25.8% of total | 0.7% of total | 1/37th of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2007

| Fiscal Year 2007 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Tucson** | 262 | 378,239 | 120.3 | 44.1% |
| **San Diego** | 60 | 152,460 | 211.8 | 17.8% |
| **El Paso** | 268 | 75,464 | 23.5 | 8.8% |
| **Rio Grande Valley** | 320 | 73,430 | 19.1 | 8.6% |
| **Laredo** | 136 | 56,714 | 34.8 | 6.6% |
| **El Centro** | 70 | 55,883 | 66.5 | 6.5% |
| **Yuma** | 126 | 37,992 | 25.1 | 4.4% |
| **Del Rio** | 245 | 22,920 | 7.8 | 2.7% |
| **Big Bend** | **517** | **5,536** | **0.9** | **0.6%** |
| **Southern Border Total** | **2,004** | **858,638** | **35.7** | |
| **Big Bend:** | 25.8% of total | 0.6% of total | 1/40th of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2008

| Fiscal Year 2008 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Tucson** | 262 | 317,696 | 101.0 | 45.1% |
| **San Diego** | 60 | 162,390 | 225.5 | 23.0% |
| **Rio Grande Valley** | 320 | 75,473 | 19.7 | 10.7% |
| **Laredo** | 136 | 43,658 | 26.8 | 6.2% |
| **El Centro** | 70 | 40,961 | 48.8 | 5.8% |
| **El Paso** | 268 | 30,312 | 9.4 | 4.3% |
| **Del Rio** | 245 | 20,761 | 7.1 | 2.9% |
| **Yuma** | 126 | 8,363 | 5.5 | 1.2% |
| **Big Bend** | **517** | **5,391** | **0.9** | **0.8%** |
| **Southern Border Total** | **2,004** | **705,005** | **29.3** | |
| **Big Bend:** | 25.8% of total | 0.8% of total | 1/34th of border-wide | |

14



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2009

| Fiscal Year 2009 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Tucson** | 262 | 241,673 | 76.9 | 44.7% |
| **San Diego** | 60 | 118,721 | 164.9 | 22.0% |
| **Rio Grande Valley** | 320 | 60,989 | 15.9 | 11.3% |
| **Laredo** | 136 | 40,569 | 24.9 | 7.5% |
| **El Centro** | 70 | 33,521 | 39.9 | 6.2% |
| **Del Rio** | 245 | 17,082 | 5.8 | 3.2% |
| **El Paso** | 268 | 14,999 | 4.7 | 2.8% |
| **Yuma** | 126 | 6,951 | 4.6 | 1.3% |
| **Big Bend** | **517** | **6,360** | **1.0** | **1.2%** |
| **Southern Border Total** | **2,004** | **540,865** | **22.5** | |
| **Big Bend:** | 25.8% of total | 1.2% of total | 1/22nd of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2010

| Fiscal Year 2010 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Tucson** | 262 | 212,202 | 67.5 | 47.4% |
| **San Diego** | 60 | 68,565 | 95.2 | 15.3% |
| **Rio Grande Valley** | 320 | 59,766 | 15.6 | 13.3% |
| **Laredo** | 136 | 35,287 | 21.6 | 7.9% |
| **El Centro** | 70 | 32,562 | 38.8 | 7.3% |
| **Del Rio** | 245 | 14,694 | 5.0 | 3.3% |
| **El Paso** | 268 | 12,251 | 3.8 | 2.7% |
| **Yuma** | 126 | 7,116 | 4.7 | 1.6% |
| **Big Bend** | **517** | **5,288** | **0.9** | **1.2%** |
| **Southern Border Total** | **2,004** | **447,731** | **18.6** | |
| **Big Bend:** | 25.8% of total | 1.2% of total | 1/22nd of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2011

| Fiscal Year 2011 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Tucson** | 262 | 123,285 | 39.2 | 37.6% |
| **Rio Grande Valley** | 320 | 59,243 | 15.4 | 18.1% |
| **San Diego** | 60 | 42,447 | 59.0 | 13.0% |
| **Laredo** | 136 | 36,053 | 22.1 | 11.0% |
| **El Centro** | 70 | 30,191 | 35.9 | 9.2% |
| **Del Rio** | 245 | 16,144 | 5.5 | 4.9% |
| **El Paso** | 268 | 10,345 | 3.2 | 3.2% |
| **Yuma** | 126 | 5,833 | 3.9 | 1.8% |
| **Big Bend** | **517** | **4,036** | **0.7** | **1.2%** |
| **Southern Border Total** | **2,004** | **327,577** | **13.6** | |
| **Big Bend:** | 25.8% of total | 1.2% of total | 1/21st of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2012

| Fiscal Year 2012 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Tucson** | 262 | 120,000 | 38.2 | 33.6% |
| **Rio Grande Valley** | 320 | 97,762 | 25.5 | 27.4% |
| **Laredo** | 136 | 44,872 | 27.5 | 12.6% |
| **San Diego** | 60 | 28,461 | 39.5 | 8.0% |
| **El Centro** | 70 | 23,916 | 28.5 | 6.7% |
| **Del Rio** | 245 | 21,720 | 7.4 | 6.1% |
| **El Paso** | 268 | 9,678 | 3.0 | 2.7% |
| **Yuma** | 126 | 6,500 | 4.3 | 1.8% |
| **Big Bend** | **517** | **3,964** | **0.6** | **1.1%** |
| **Southern Border Total** | **2,004** | **356,873** | **14.8** | |
| **Big Bend:** | 25.8% of total | 1.1% of total | 1/23rd of border-wide | |



Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2013

| Fiscal Year 2013 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Rio Grande Valley** | 320 | 154,453 | 40.2 | 37.3% |
| **Tucson** | 262 | 120,939 | 38.5 | 29.2% |
| **Laredo** | 136 | 50,749 | 31.1 | 12.2% |
| **San Diego** | 60 | 27,496 | 38.2 | 6.6% |
| **Del Rio** | 245 | 23,510 | 8.0 | 5.7% |
| **El Centro** | 70 | 16,306 | 19.4 | 3.9% |
| **El Paso** | 268 | 11,154 | 3.5 | 2.7% |
| **Yuma** | 126 | 6,106 | 4.0 | 1.5% |
| **Big Bend** | **517** | **3,684** | **0.6** | **0.9%** |
| **Southern Border Total** | **2,004** | **414,397** | **17.2** | |
| **Big Bend:** | 25.8% of total | 0.9% of total | 1/29th of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2014

| Fiscal Year 2014 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Rio Grande Valley** | 320 | 256,393 | 66.8 | 53.5% |
| **Tucson** | 262 | 87,915 | 28.0 | 18.3% |
| **Laredo** | 136 | 44,049 | 27.0 | 9.2% |
| **San Diego** | 60 | 29,911 | 41.5 | 6.2% |
| **Del Rio** | 245 | 24,255 | 8.3 | 5.1% |
| **El Centro** | 70 | 14,511 | 17.3 | 3.0% |
| **El Paso** | 268 | 12,339 | 3.8 | 2.6% |
| **Yuma** | 126 | 5,902 | 3.9 | 1.2% |
| **Big Bend** | **517** | **4,096** | **0.7** | **0.9%** |
| **Southern Border Total** | **2,004** | **479,371** | **19.9** | |
| **Big Bend:** | 25.8% of total | 0.9% of total | 1/30th of border-wide | |

20

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2015

| Fiscal Year 2015 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Rio Grande Valley** | 320 | 147,257 | 38.3 | 44.4% |
| **Tucson** | 262 | 63,397 | 20.2 | 19.1% |
| **Laredo** | 136 | 35,888 | 22.0 | 10.8% |
| **San Diego** | 60 | 26,290 | 36.5 | 7.9% |
| **Del Rio** | 245 | 19,013 | 6.5 | 5.7% |
| **El Paso** | 268 | 14,495 | 4.5 | 4.4% |
| **El Centro** | 70 | 12,820 | 15.3 | 3.9% |
| **Yuma** | 126 | 7,142 | 4.7 | 2.2% |
| **Big Bend** | **517** | **5,031** | **0.8** | **1.5%** |
| **Southern Border Total** | **2,004** | **331,333** | **13.8** | |
| **Big Bend:** | 25.8% of total | 1.5% of total | 1/17th of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2016

| Fiscal Year 2016 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Rio Grande Valley** | 320 | 186,830 | 48.7 | 45.7% |
| **Tucson** | 262 | 64,891 | 20.6 | 15.9% |
| **Laredo** | 136 | 36,562 | 22.4 | 8.9% |
| **San Diego** | 60 | 31,891 | 44.3 | 7.8% |
| **El Paso** | 268 | 25,634 | 8.0 | 6.3% |
| **Del Rio** | 245 | 23,078 | 7.8 | 5.6% |
| **El Centro** | 70 | 19,448 | 23.2 | 4.8% |
| **Yuma** | 126 | 14,170 | 9.4 | 3.5% |
| **Big Bend** | **517** | **6,366** | **1.0** | **1.6%** |
| **Southern Border Total** | **2,004** | **408,870** | **17.0** | |
| **Big Bend:** | 25.8% of total | 1.6% of total | 1/17 of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2017

| Fiscal Year 2017 Apprehensions | | | | |
|---|---|---|---|---|
| Sector | Sector Land Border Miles | Total | Per Mile Per Month | Percentage of Border-Wide Total |
| Rio Grande Valley | 320 | 137,562 | 35.8 | 45.3% |
| Tucson | 262 | 38,657 | 12.3 | 12.7% |
| San Diego | 60 | 26,086 | 36.2 | 8.6% |
| Laredo | 136 | 25,460 | 15.6 | 8.4% |
| El Paso | 268 | 25,193 | 7.8 | 8.3% |
| El Centro | 70 | 18,633 | 22.2 | 6.1% |
| Del Rio | 245 | 13,476 | 4.6 | 4.4% |
| Yuma | 126 | 12,847 | 8.5 | 4.2% |
| **Big Bend** | **517** | **6,002** | **1.0** | **2.0%** |
| **Southern Border Total** | **2,004** | **303,916** | **12.6** | |
| **Big Bend:** | 25.8% of total | 2% of total | 1/13th of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2018

| Fiscal Year 2018 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Rio Grande Valley** | 320 | 162,262 | 42.3 | 40.9% |
| **Tucson** | 262 | 52,172 | 16.6 | 13.2% |
| **San Diego** | 60 | 38,591 | 53.6 | 9.7% |
| **Laredo** | 136 | 32,641 | 20.0 | 8.2% |
| **El Paso** | 268 | 31,561 | 9.8 | 8.0% |
| **El Centro** | 70 | 29,230 | 34.8 | 7.4% |
| **Yuma** | 126 | 26,244 | 17.4 | 6.6% |
| **Del Rio** | 245 | 15,833 | 5.4 | 4.0% |
| **Big Bend** | **517** | **8,045** | **1.3** | **2.0%** |
| **Southern Border Total** | **2,004** | **396,579** | **16.5** | |
| **Big Bend:** | 25.8% of total | 2% of total | 1/13th of border-wide | |

## Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2019

| Fiscal Year 2019 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Rio Grande Valley** | 320 | 339,135 | 88.3 | 39.8% |
| **El Paso** | 268 | 182,143 | 56.6 | 21.4% |
| **Yuma** | 126 | 68,269 | 45.2 | 8.0% |
| **Tucson** | 262 | 63,490 | 20.2 | 7.5% |
| **San Diego** | 60 | 58,049 | 80.6 | 6.8% |
| **Del Rio** | 245 | 57,269 | 19.5 | 6.7% |
| **Laredo** | 136 | 38,378 | 23.5 | 4.5% |
| **El Centro** | 70 | 35,138 | 41.8 | 4.1% |
| **Big Bend** | **517** | **9,637** | **1.6** | **1.1%** |
| **Southern Border Total** | **2,004** | **851,508** | **35.4** | |
| **Big Bend:** | 25.8% of total | 1.1% of total | 1/23rd of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2020

| Fiscal Year 2020 Apprehensions | | | | |
|---|---|---|---|---|
| Sector | Sector Land Border Miles | Total | Per Mile Per Month | Percentage of Border-Wide Total |
| Rio Grande Valley | 320 | 90,206 | 23.5 | 22.5% |
| Tucson | 262 | 66,076 | 21.0 | 16.5% |
| El Paso | 268 | 54,396 | 16.9 | 13.6% |
| San Diego | 60 | 53,282 | 74.0 | 13.3% |
| Laredo | 136 | 51,425 | 31.5 | 12.8% |
| Del Rio | 245 | 40,342 | 13.7 | 10.1% |
| El Centro | 70 | 27,492 | 32.7 | 6.9% |
| Yuma | 126 | 8,804 | 5.8 | 2.2% |
| **Big Bend** | **517** | **8,628** | **1.4** | **2.2%** |
| **Southern Border Total** | **2,004** | **400,651** | **16.7** | |
| **Big Bend:** | 25.8% of total | 2.2% of total | 1/12th of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2021

| Fiscal Year 2021 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Rio Grande Valley** | 320 | 549,077 | 143.0 | 33.1% |
| **Del Rio** | 245 | 259,294 | 88.2 | 15.6% |
| **El Paso** | 268 | 193,918 | 60.3 | 11.7% |
| **Tucson** | 262 | 191,232 | 60.8 | 11.5% |
| **San Diego** | 60 | 142,459 | 197.9 | 8.6% |
| **Yuma** | 126 | 114,488 | 75.7 | 6.9% |
| **Laredo** | 136 | 112,241 | 68.8 | 6.8% |
| **El Centro** | 70 | 59,231 | 70.5 | 3.6% |
| **Big Bend** | **517** | **37,266** | **6.0** | **2.2%** |
| **Southern Border Total** | **2,004** | **1,659,206** | **69.0** | |
| **Big Bend:** | 25.8% of total | 2.2% of total | 1/11th of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2022

| Fiscal Year 2022 Apprehensions | | | | |
|---|---|---|---|---|
| Sector | Sector Land Border Miles | Total | Per Mile Per Month | Percentage of Border-Wide Total |
| Del Rio | 245 | 480,931 | 163.6 | 21.8% |
| Rio Grande Valley | 320 | 468,124 | 121.9 | 21.2% |
| Yuma | 126 | 310,094 | 205.1 | 14.1% |
| El Paso | 268 | 307,844 | 95.7 | 14.0% |
| Tucson | 262 | 251,984 | 80.1 | 11.4% |
| San Diego | 60 | 176,290 | 244.8 | 8.0% |
| Laredo | 136 | 106,843 | 65.5 | 4.8% |
| El Centro | 70 | 72,378 | 86.2 | 3.3% |
| **Big Bend** | **517** | **31,948** | **5.1** | **1.4%** |
| **Southern Border Total** | **2,004** | **2,206,436** | **91.8** | |
| **Big Bend:** | 25.8% of total | 1.4% of total | 1/18th of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2023

| Fiscal Year 2023 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **El Paso** | 268 | 427,471 | 132.9 | 20.9% |
| **Del Rio** | 245 | 393,226 | 133.8 | 19.2% |
| **Tucson** | 262 | 373,625 | 118.8 | 18.3% |
| **Rio Grande Valley** | 320 | 338,337 | 88.1 | 16.5% |
| **San Diego** | 60 | 230,941 | 320.8 | 11.3% |
| **Yuma** | 126 | 174,201 | 115.2 | 8.5% |
| **El Centro** | 70 | 50,570 | 60.2 | 2.5% |
| **Laredo** | 136 | 45,644 | 28.0 | 2.2% |
| **Big Bend** | **517** | **11,823** | **1.9** | **0.6%** |
| **Southern Border Total** | **2,004** | **2,045,838** | **85.1** | |
| **Big Bend:** | 25.8% of total | 0.6% of total | 1/45th of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2024

| Fiscal Year 2024 Apprehensions | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Tucson** | 262 | 463,567 | 147.4 | 30.3% |
| **San Diego** | 60 | 324,260 | 450.4 | 21.2% |
| **El Paso** | 268 | 256,102 | 79.6 | 16.7% |
| **Del Rio** | 245 | 244,105 | 83.0 | 15.9% |
| **Rio Grande Valley** | 320 | 135,099 | 35.2 | 8.8% |
| **Yuma** | 126 | 53,877 | 35.6 | 3.5% |
| **Laredo** | 136 | 31,108 | 19.1 | 2.0% |
| **El Centro** | 70 | 17,484 | 20.8 | 1.1% |
| **Big Bend** | **517** | **4,921** | **0.8** | **0.3%** |
| **Southern Border Total** | **2,004** | **1,530,523** | **63.6** | |
| **Big Bend:** | 25.8% of total | 0.3% of total | 1/80th of border-wide | |

Big Bend Share of Border-Wide Apprehensions



# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2025

| Fiscal Year 2025 Apprehensions | | | | |
|---|---|---|---|---|
| Sector | Sector Land Border Miles | Total | Per Mile Per Month | Percentage of Border-Wide Total |
| San Diego | 60 | 49,902 | 69.3 | 21.0% |
| El Paso | 268 | 47,165 | 14.7 | 19.9% |
| Tucson | 262 | 41,287 | 13.1 | 17.4% |
| Rio Grande Valley | 320 | 36,391 | 9.5 | 15.3% |
| Del Rio | 245 | 32,780 | 11.1 | 13.8% |
| Laredo | 136 | 14,562 | 8.9 | 6.1% |
| Yuma | 126 | 7,722 | 5.1 | 3.3% |
| El Centro | 70 | 4,633 | 5.5 | 2.0% |
| **Big Bend** | **517** | **3,096** | **0.5** | **1.3%** |
| **Southern Border Total** | **2,004** | **237,538** | **9.9** | |
| **Big Bend:** | 25.8% of total | 1.3% of total | 1/20th of border-wide | |





# U.S.-Mexico Border Patrol Migrant Apprehensions by Sector, 2026 (as of July)

| Fiscal Year 2026 Apprehensions (through July) | | | | |
|---|---|---|---|---|
| **Sector** | **Sector Land Border Miles** | **Total** | **Per Mile Per Month** | **Percentage of Border-Wide Total** |
| **Rio Grande Valley** | 320 | 17,460 | 4.5 | 21.6% |
| **Tucson** | 262 | 14,606 | 4.6 | 18.1% |
| **El Paso** | 268 | 14,293 | 4.4 | 17.7% |
| **Laredo** | 136 | 11,435 | 7.0 | 14.1% |
| **San Diego** | 60 | 9,456 | 13.1 | 11.7% |
| **Del Rio** | 245 | 8,436 | 2.9 | 10.4% |
| **El Centro** | 70 | 1,930 | 2.3 | 2.4% |
| **Yuma** | 126 | 1,659 | 1.1 | 2.1% |
| **Big Bend** | **517** | **1,607** | **0.3** | **2.0%** |
| **Southern Border Total** | **2,004** | **80,882** | **3.4** | |
| **Big Bend:** | 25.8% of total | 2% of total | 1/13th of border-wide | |

Big Bend Share of Border-Wide Apprehensions

