**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>*Defendants.* | Case No. 3:26-cv-01099-KC |

**DECLARATION OF ROBERT J. KRUMENAKER IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Robert J. Krumenaker, declare as follows:

1. This declaration is based on my personal knowledge. If called as a witness in this proceeding, I could and would competently testify to the facts stated below.

2. I serve as Chair of Keep Big Bend Wild, a citizen initiative dedicated to protecting the wilderness character of Big Bend National Park. Keep Big Bend Wild and another non-profit organization, The Coalition to Protect America's National Parks, filed an amicus brief in this case on August 14, 2026. ECF No. 19-1. I make this declaration in my individual capacity, not on behalf of either amicus organization.

3. Prior to my retirement, I served as Superintendent of Big Bend National Park and the Rio Grande Wild and Scenic River from September 2018 through July 2023. I submit this declaration based on my personal knowledge and experience as a former Superintendent.

4. As Superintendent, I was the senior National Park Service official responsible for the management and operation of Big Bend National Park and the Rio Grande Wild and Scenic River. My role encompassed law enforcement operations, natural and cultural resource management,

visitor services, budgeting, personnel, and coordination with federal, local, and international partners.

5. The areas under my supervision included approximately 245 miles of the international border with Mexico, from the upstream boundary of Big Bend National Park at approximately river mile 902.2, just below the village of Lajitas, TX, to the downstream boundary of the Rio Grande Wild & Scenic River, at approximately river mile 657.5 at the Terrell – Val Verde (TX) County line, which amounts to approximately 12.5% of the entire U.S.-Mexico border.

6. During my tenure, border security in the Big Bend region functioned through cooperation among the Border Patrol, National Park Service, and county sheriffs rather than through extensive physical infrastructure.

7. As Superintendent, I was part of that collaborative effort to promote border security. I worked closely with U.S. Border Patrol and other law enforcement agencies. I regularly met with Border Patrol leadership and participated in efforts to coordinate National Park Service and Border Patrol activities within the region. Additionally, I started a record system that tracked the annual number of apprehensions for unauthorized crossings within Big Bend National Park. The data was provided to the National Park Service by Border Patrol agents stationed in the park and compiled in an Excel sheet.

8. The National Park Service maintained up to eighteen to twenty commissioned law enforcement rangers within the area during my tenure. Although National Park Service rangers were not responsible for enforcing federal immigration laws, they frequently coordinated with Border Patrol personnel and often served as first responders when activity was detected in remote portions of the park.

9. During my tenure, there were no human-made border barriers of any kind within Big Bend National Park or along the Rio Grande Wild and Scenic River. Instead, border enforcement relied on personnel, patrols, aircraft, remote sensors, intelligence, and interagency coordination. Wireless remote sensors were deployed throughout the region. In my experience, these systems were effective, inexpensive, and adaptable. Sensor alerts were shared among agencies, allowing personnel to respond quickly when activity was detected.

10. The National Park Service also operated aerial patrols, and the Border Patrol regularly conducted aerial surveillance throughout the region.

11. Throughout my service as Superintendent, Border Patrol leadership never indicated that existing security operations within the park were inadequate or that substantially different enforcement mechanisms were necessary.

12. Based on my experience, the combination of terrain, surveillance technology, law enforcement personnel, and interagency cooperation was effective in supporting border enforcement operations in Big Bend National Park.

13. I am very familiar with the geography and terrain of Big Bend National Park and the adjacent region in Mexico.

14. Big Bend National Park is naturally isolated by surrounding deserts, canyons, and mountains. In my experience, these geographic features function as substantial natural barriers to travel. Big Bend is a desert environment characterized by extreme remoteness, steep mountains, deep canyons, rugged desert terrain, dense riparian vegetation along portions of the Rio Grande, substantial elevation changes, limited water sources, and extreme temperatures.

15. The highest point within the park exceeds 7,800 feet in elevation, more than a mile above the Rio Grande. The lowest point is where the Rio Grande exits the park at approximately

1,800 feet. Many areas contain steep slopes, rugged canyon systems, and sharp vegetation that is difficult to traverse. Travel through much of the region is slow, difficult, and potentially dangerous. Most areas lack readily available water. Summer temperatures commonly exceed 110 degrees Fahrenheit near the border. The landscape also contains numerous natural hazards, including steep terrain, thorny vegetation, venomous wildlife, and other environmental dangers.

16. I have visited the region across the international border in Mexico on numerous occasions. In my experience, the terrain on the Mexican side of the border is similarly remote, rugged, and difficult to traverse.

17. The rugged terrain, natural barriers, isolation, and distance from major transportation routes are principal reasons why the Big Bend region experiences low levels of illegal crossing activity. In my experience, of those who did migrate through this region, many of them sought humanitarian assistance or medical aid due to the arduous journey through the landscape.

18. I prepared the table attached hereto as Exhibit 1, titled "Illegal Migrant Activity in Big Bend National Park."

19. The figures contained in that table were derived from publicly available Customs and Border Protection data and information provided to the National Park Service by the Border Patrol and later produced by the National Park Service in response to a Freedom of Information Act request I filed on May 27, 2026 (the "FOIA Request").

20. The apprehension figures reflected in Exhibit 1 demonstrate that Big Bend National Park accounts for a very small proportion of activity along the southern border. For example, in both 2023 and 2024, the park accounted 0.005% of all unauthorized crossing apprehensions along the southern border. To illustrate how remarkably small this number is in relation to the park's

expansive geography, there were just 0.092 apprehensions per mile per month along the park's 118-mile border in 2023. In 2024, this number dropped to 0.072 apprehensions per mile per month of the park's border.

21. With the exception of figures from 2025, the figures produced in response to my FOIA Request largely match those I compiled as Superintendent during the years of my tenure. The 2025 figures are an outlier. In response to my FOIA Request, the National Park Service produced two documents. Attached hereto as Exhibit 2 are true and correct copies of records produced by the National Park Service in response to my FOIA Request. One reflected an annual total of 613 apprehensions for 2025. The second contained monthly figures that did not correspond to that annual total and appeared to inconsistently report different categories of activity, including encounters and individuals who were not formally apprehended but returned to their country of origin shortly after crossing the border. Much of the data in that second document included activity that did not take place inside the National Park, which was the intended scope of the FOIA Request. When I totaled the monthly figures of just the apprehensions inside the national park, reflected in that document, the sum was 123, which is substantially lower than the 613 reported. The 123 figure is more consistent with my understanding of conditions in the park.

22. The very qualities that make Big Bend National Park remote and difficult to traverse are also central to its significance as a national park and the visitor experience. One of the defining characteristics of Big Bend National Park is its sense of remoteness, wildness, open space, and lack of visible human development away from the existing roads. During my service as Superintendent, visitors routinely expressed appreciation for the park's undeveloped character, expansive vistas, wildlife, solitude, and exceptionally dark night skies. Many visitors traveled long

distances to experience this, and the communities neighboring the National Park have shaped their businesses and operations around this tourism.

23. Proposed construction of additional border infrastructure could involve barriers, roads, lighting, cameras, fixed sensors on poles or towers, communications and power lines and related infrastructure, staging areas, man camps, wells, excavation, grading, and related operations and facilities. Such development would alter portions of the landscape that currently retain a largely undeveloped and wilderness character.

24. Based on my observations and experience managing the park, the sense of wildness and the opportunities for solitude a short distance from the existing park infrastructure are significant aspects of what makes Big Bend National Park such an iconic and loved destination for Americans that visit the park. New roads and associated infrastructure in currently undeveloped areas would create lasting visual impacts, fragment otherwise intact landscapes, and diminish visitors' ability to experience the park's natural and wilderness qualities. Human-made infrastructure, including roads and vehicle barriers, fragment the expansive wilderness that visitors are aesthetically drawn to. Additionally, visible surveillance equipment makes lawful visitors uneasy, and the feeling of being watched detracts from a sense of being immersed in nature, replacing it with self-consciousness. Vehicle barriers would prevent recreational visitors and outfitters from being able to back their trailers carrying canoes and other boats up to the river's edge, reducing or eliminating recreational opportunities.

25. Many of the same border-security objectives currently achieved through remote, wireless sensors and coordinated law-enforcement operations can be accomplished without the construction of extensive, permanent infrastructure within the park.

26. Based on my personal observations as Superintendent, the existing geography of Big Bend and the current law-enforcement framework already in place provide substantial deterrence to unauthorized crossings.

27. Based on my experience managing Big Bend National Park and coordinating with Border Patrol personnel, a temporary pause lasting weeks or months in the construction activities currently proposed for the park would not materially impair border enforcement operations within Big Bend National Park. Existing terrain, surveillance systems, law-enforcement personnel, and cooperative enforcement mechanisms would remain in place during such a period, and these measures have proved effective.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2026.

Robert J. Krumenaker

# EXHIBIT 1

# Illegal Migrant Activity In Big Bend National Park (BBNP)

Compiled by Bob Krumenaker, Keep Big Bend Wild

Updated as of 9/17/2026

| | Apprehensions by the Border Patrol | | | | | | |
|---|---|---|---|---|---|---|---|
| Year | Inside Big Bend National Park (BBNP) | Entire Big Bend Sector | Entire Southwest Border | Apprehensions Inside BBNP Per Mile Per Month | BBNP % of Total Southwest Border | BBNP % of Entire Big Bend Sector | Big Bend Sector % of Total Southwest Border |
| 2016 | 20 | 6,366 | 408,870 | 0.014 | 0.005% | 0.314% | 1.557% |
| 2017 | 2 | 6,002 | 303,916 | 0.001 | 0.001% | 0.033% | 1.975% |
| 2018 | 60 | 8,045 | 396,579 | 0.042 | 0.015% | 0.746% | 2.029% |
| 2019 | 615 | 9,637 | 851,508 | 0.434 | 0.072% | 6.382% | 1.132% |
| 2020 | 20 | 8,628 | 400,651 | 0.014 | 0.005% | 0.232% | 2.153% |
| 2021 | 797 | 37,266 | 1,659,206 | 0.563 | 0.048% | 2.139% | 2.246% |
| 2022 | 268 | 31,948 | 2,370,000 | 0.189 | 0.011% | 0.839% | 1.348% |
| 2023 | 130 | 11,823 | 2,475,669 | 0.092 | 0.005% | 1.100% | 0.478% |
| 2024 | 102 | 4,921 | 2,135,005 | 0.072 | 0.005% | 2.073% | 0.230% |
| 2025 | 613 | 3,096 | 443,671 | 0.433 | 0.138% | 19.800% | 0.698% |
| 2016-2025 Total | 2627 | 127,732 | 11,445,075 | 0.186 | 0.023% | 2.057% | 1.116% |
| 2021-2025 Total | 1910 | 89,054 | 9,083,551 | 0.270 | 0.021% | 2.145% | 0.980% |
| **Miles of Border** | **118** | **517** | **1952** | | 6% | 23% | 26% |

NPS /BBNP counts by calendar year; BP counts by fiscal year

NPS/BBNP data source: NPS Response to FOIA Request dated 8/7/26 "Yearly Border Apprehension totals for BIBE"
(File Name "BIBE_Operational Summary Memo.pdf")

Border Patrol Sector and Total data by fiscal year FY16-18 from
https://www.cbp.gov/sites/default/files/assets/documents/2019-Mar/BP%20Apps%20by%20Sector%20and%20Citizenship%20FY07-FY18.pdf

Border Patrol Sector and Total data by fiscal year FY16-22 from
https://ohss.dhs.gov/topics/immigration/yearbook/2022/table35

Border Patrol Southwest Border data FY23-25 from
https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters

# Illegal Migrant Activity In Big Bend National Park (BBNP)

Compiled by Bob Krumenaker, Keep Big Bend Wild — Updated as of 9/17/2026

| Year | Inside Big Bend National Park (BBNP) | Entire Big Bend Sector | Entire Southwest Border | Apprehensions Inside BBNP Per Mile Per Month | BBNP % of Total Southwest Border | BBNP % of Entire Big Bend Sector | Big Bend Sector % of Total Southwest Border |
|---|---|---|---|---|---|---|---|
| | Apprehensions by the Border Patrol | | | | | | |
| 2016 | 20 | 6,366 | 408,870 | 0.014 | 0.005% | 0.314% | 1.557% |
| 2017 | 2 | 6,002 | 303,916 | 0.001 | 0.001% | 0.033% | 1.975% |
| 2018 | 60 | 8,045 | 396,579 | 0.042 | 0.015% | 0.746% | 2.029% |
| 2019 | 615 | 9,637 | 851,508 | 0.434 | 0.072% | 6.382% | 1.132% |
| 2020 | 20 | 8,628 | 400,651 | 0.014 | 0.005% | 0.232% | 2.153% |
| 2021 | 797 | 37,266 | 1,659,206 | 0.563 | 0.048% | 2.139% | 2.246% |
| 2022 | 268 | 31,948 | 2,370,000 | 0.189 | 0.011% | 0.839% | 1.348% |
| 2023 | 130 | 11,823 | 2,475,669 | 0.092 | 0.005% | 1.100% | 0.478% |
| 2024 | 102 | 4,921 | 2,135,005 | 0.072 | 0.005% | 2.073% | 0.230% |
| 2025 | 123 | 3,096 | 443,671 | 0.087 | 0.028% | 3.973% | 0.698% |
| 2016-2025 Total | 2137 | 127,732 | 11,445,075 | 0.151 | 0.019% | 1.673% | 1.116% |
| 2021-2025 Total | 1420 | 89,054 | 9,083,551 | 0.201 | 0.016% | 1.595% | 0.980% |
| **Miles of Border** | **118** | **517** | **1952** | | 6% | 23% | 26% |

NPS /BBNP counts by calendar year; BP counts by fiscal year

NPS/BBNP data source: NPS Response to FOIA Request dated 8/7/26, parsed to extract apprehension data inside BBNP only

File Name: "2016-2026 Immigration numbers in BIBE.pdf"

Border Patrol Sector and Total data by fiscal year FY16-18 from

https://www.cbp.gov/sites/default/files/assets/documents/2019-Mar/BP%20Apps%20by%20Sector%20and%20Citizenship%20FY07-FY18.pdf

Border Patrol Sector and Total data by fiscal year FY16-22 from

https://ohss.dhs.gov/topics/immigration/yearbook/2022/table35

Border Patrol Southwest Border data FY23-25 from

https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters

# EXHIBIT 2

**United States Department of the Interior**

**NATIONAL PARK SERVICE**
**Big Bend National Park**
**Rio Grande Wild and Scenic River**
**P.O. Box 129**
**Big Bend National Park, Texas 79834-0129**

August 7, 2026
Electronic Transmission – no hard copy to follow

MEMORANDUM

| | |
|---|---|
| To: | Alison Yamato, Regional FOIA Coordinator, IMR - Serving Interior Regions 6, 7 & 8 |
| From: | Steven Cape, Chief Ranger, Big Bend National Park (BIBE) |
| Subject: | Yearly Border Apprehension totals for BIBE |
| Memo Type: | Informational |
| Due Date(s): | 08/04/2026 |
| Contact: | Steven Cape, Office: 432.477.1185, Steven_Cape@nps.gov |

**Reason for Request**
Operational summary information of illegal border crossing apprehensions submitted for compilation in response to FOIA request 2026-006568.

**Background Information**
This information was compiled for operational summary and in response to FOIA request.

Data: Total annual summary of illegal border crossing apprehensions at BIBE

2016 - 20
2017 - 02
2018 - 60
2019 - 615
2020 - 20
2021 - 797
2022 - 268
2023 - 130
2024 - 102
2025 - 613

Outlook

## Border Stats request for FOIA

**From** Gupman, Rick R <John_R_Gupman@nps.gov>
**Date** Mon 7/20/2026 15:11
**To** Herndon, Eric <Eric_Herndon@nps.gov>; Cape, Steve <Steve_Cape@nps.gov>

Good afternoon,
These are the numbers that I was able to come up from my emails. I could not find any reports anywhere that summed all of this up. This is what I previously reported.

2016- 20
2017-2
2018-60
2019- 615
2020- no data
2021 -797
2022 - 268
2023 - 130
2024-102
2025 - 200 (may not be final)
Rick

Good afternoon

---

**From:** Herndon, Eric <Eric_Herndon@nps.gov>
**Sent:** Friday, February 27, 2026 3:19 PM
**To:** Gupman, Rick R <John_R_Gupman@nps.gov>; Cape, Steve <Steve_Cape@nps.gov>
**Cc:** Thomason, Carlye <Carlye_Thomason@nps.gov>
**Subject:** Border Stats request for 2025

**Jan 2025**

**Border Activity inside Big Bend National Park**
Total Subjects: 98
Apprehensions: 91
Turn-backs: 2
Got Away: 5
Outbound (to Mexico): 0
No Violation/Unresolved/Outstanding: 0
Seizures: 0

**Border Activity That Likely Crossed through Big Bend National Park**
Total Subjects: 19
Apprehensions: 14
Turn-backs: 0
Got Away: 5

No Violation/Unresolved/Outstanding: 0
Seizures: 0

### Feb 2025

**Border Activity inside Big Bend National Park**
Total Subjects: 24
Apprehensions: 9
Turn-backs: 1
Got Away: 11
Outbound (to Mexico): 3
No Violation/Unresolved/Outstanding: 0
Seizures: 0

**Border Activity That Likely Crossed through Big Bend National Park**
Total Subjects: 17
Apprehensions: 17
Turn-backs: 0
Got Away: 0
No Violation/Unresolved/Outstanding: 0
Seizures: 0

### Mar 2025

In BIBE:
4 detected
4 Turn backs
0 apprehended

Went through BIBE:
6 detected
5 apprehended
0 Turn backs

### Apr 2025

With all the new Alpine and DOD involvement, I know that there are some things missing. For example, I had to add apprehension of 2. Apparently, it never got done on the day of arrest. You're welcome to swing by and see if it jives with your memory and notes. This will be biggest headache. It was hard enough to stay on top of three agents inputting things properly.

Total Subjects: 24
Apprehensions: 8
Turn-backs: 0
Got Away: 5
Outbound (to Mexico): 0
No Violation/Unresolved/Outstanding: 11
Seizures: 0

### May 2025

0 Apps

We had 12 turnbacks cases pulled for the month of May.

**Jun 2025**
For the month of June we had 3 apprehensions north of the Park that possibly passed through the Park. everything else in June was Sanderson or BCSO stops on 118.

**Jul 2025**
We only had one apprehension in BIBE on July 4. Alpine had no apprehensions that had passed through BIBE.
There was also 4 apprehensions in Sanderson AOR that passed through RIGR on July 13.

**Aug 2025**
BIBE - Zero apps in the park or that crossed through it
RiGr- 27 apprehensions and 2 got-aways that crossed through the river park.

**Sep 2025**
**BIBE**- 3 turn backs **in** Park
6 apps North of Park - passed through

**RIRG**- 43 apps passed through
3 got-aways passed through

**Oct 2025**
BIBE - 4 apps and 2 Got-aways
RIGR - 51 apps and 23 Got-aways

**Nov 2025**
BIBE - 7 apps attempting to circumvent the checkpoint on 385.
RIGR - 74 Apps, 28 got-aways, and 11 turnbacks.

**Dec 2025**
BIBE
Apprehensions - 10
Turnback - 1

RIGR
Apprehensions - 285
Turnback - 19
Got-away -30

Eric Herndon
Chief Ranger (a)
Deputy Chief Ranger
Big Bend National Park
Rio Grande Wild and Scenic River
(432) 213-5722
Hours 1st Week: Sunday-Wednesday 8A-5:30P
Hours 2nd Week: Sunday-Thursday 8A-5:30P