**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>*Defendants.* | Case No. 3:26-cv-01099-KC |

**DECLARATION OF EMMA YIP IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL EVIDENCE**

I, Emma Yip, declare as follows:

1. I have personal knowledge of the facts contained in this Declaration and, if called upon to do so, could and would testify competently thereto under oath.

2. I am a member in good in standing of the state bars of California and Washington and was admitted to practice in the Western District of Texas on August 11, 2026. I am a staff attorney at the Center for Biological Diversity (the "Center"), and represent Plaintiffs Friends of the Ruidosa Church, Danny William Miller Junior, and the Center in this action. I submit this declaration in support of Plaintiffs' Motion for Leave to File Supplemental Evidence Relevant to Pending Emergency Motion for TRO or Preliminary Injunction.

3. On September 16, 2026, counsel for Defendants emailed Plaintiffs' counsel stating that "some ground disturbing activities will commence within ten miles of the Sacred Heart Church as early as October 6, 2026." Attached hereto as Exhibit 1 is a true and correct copy of the September 16, 2026 email from Defendants' counsel.

4. On September 17, 2026, Micah Voier posted images to Facebook depicting a stretch of erected steel-bollard walls in the Big Bend 1 project area, off Bramlett Road south of Sierra Blanca in Hudspeth County. The images are publicly available online at the following link, which was last accessed on September 17, 2026: https://www.facebook.com/m.voiers/posts/pfbid06bY7JoiiBKxsL6SJFPsXbcZrGYUf6qrkCJFym649SeqY47qyNYdcBrEXfSUBT5X7l?rdid=m9Fy1X3GkE5PUYF8#.

5. On September 18, 2026, Plaintiffs requested Defendants' position on their Motion for Leave to File Supplemental Evidence Relevant to Pending Emergency Motion for TRO or Preliminary Injunction via email. On September 19, 2026, I called counsel for Defendants (both Alex Yun and Andrew Warden) and left messages requesting that they return my call. Counsel for Defendants subsequently sent an email to Plaintiffs stating that Defendants reserve their position on the motion to supplement pending their review of the motion and the additional evidence. They state that they will respond to the motion in accordance with the Court's rules.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 19, 2026.

/s/ Emma Yip
Emma Yip

# EXHIBIT 1

Outlook

## Friends of Ruidosa Church v. Mullin: Notice of Ground Disturbing Activity

**From** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>

**Date** Wed 9/16/2026 7:09 AM

**To** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Alana@texascivilrightsproject.Org <alana@texascivilrightsproject.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Emma Yip <eyip@biologicaldiversity.org>; Zeynep Graves <zgraves@biologicaldiversity.org>

**Cc** Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>

Dear Plaintiffs' Counsel,

Defendants anticipate that some ground disturbing activities will commence within ten miles of the Sacred Heart Church as early as October 6, 2026. This email will serve as notice pursuant to our agreement to notify you of any change in plans concerning construction within ten miles of the Sacred Heart Church.

Sincerely,
Alex Yun

---

**Alex Yun**
Trial Attorney
U.S. Department of Justice
Civil Division | Federal Programs Branch
(202) 674-0255