**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FRIENDS OF THE RUIDOSA CHURCH et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1099-KC** |
| | § | |
| **MARKWAYNE MULLIN et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

On this day, the Court considered the case. On August 17, 2026, Plaintiffs filed an Emergency Motion for a Temporary Restraining Order or Preliminary Injunction ("PI Motion"), ECF No. 34.

Defendants have filed their Response to the PI Motion, ECF No. 38. And Plaintiffs have filed a Reply, ECF No. 39. On August 26, Aug. 26, 2026, Order, ECF No. 41. But on August 31, the Court canceled the evidentiary hearing after learning of related cases filed in the Western District of Texas and assigned to other judges, and ordered the parties meet and confer and submit a joint filing setting forth their positions regarding consolidation. Aug. 31, 2026, Order, ECF No. 46. One of the related cases has now been transferred to the undersigned judge. *See* Sep. 15, 2026, Transfer Order, *Angell v. Mullin*, No. 5:26-cv-5580-KC (W.D. Tex), ECF No. 12. The other case is still pending adjudication of a Motion for a Temporary Restraining Order. *See* Mot. TRO, at Plaintiffs' request, the Court set the PI Motion for an evidentiary hearing. *People of La Junta for Pres. v. Dep't of Homeland Sec.*, No. 5:26-cv-5245-OLG (W.D. Tex. Aug. 16, 2026), ECF No. 2.

Given that the pause on ground disturbing activities in the Big Bend Sector is about to expire, the Court finds it appropriate to proceed with the hearing. *See* Sep. 2, 2026, Order 1, *Angell v. Mullin*, No. 5:26-cv-5580-KC (W.D. Tex), ECF No. 7. Upon review of the parties' submissions, the

Court finds that there are relevant factual disputes that require an evidentiary hearing. Because the legal issues have been robustly briefed, the Court notes that it does not require oral argument from the parties' attorneys on the legal issues.

Accordingly, the Court **ORDERS** that the case is **SET** for a **HEARING** **in-person** on **Friday, October 2, 2026, at 9:00 a.m.** in Courtroom 522, United States Courthouse, 525 Magoffin Ave., El Paso, Texas 79901. The parties' attorneys should come to the hearing prepared to present any evidence in support of their positions on the following topics:

(1) Whether the Big Bend Sector is an "area of high illegal entry into the United States," *see* Illegal Immigr. Reform and Immigr. Resp. Act, Pub. L. No. 104-208, § 102(a)–(c), 110 Stat. 3009-554 (1996);

(2) Whether Plaintiffs are irreparably harmed by Defendants' current construction activity pursuant to the challenged waivers;

(3) Whether Plaintiffs will be irreparably harmed by Defendants' planned construction activity pursuant to the challenged waivers; and

(4) Whether Defendants and/or the public interest will be harmed if Defendants are preliminarily enjoined from undertaking construction pursuant to the challenged waivers.

The Court takes Plaintiffs' Motion to Extend Scheduling Order Deadlines, ECF No. 51, **UNDER ADVISEMENT** until after the October 2 hearing.

**SO ORDERED**.

**SIGNED this 21st day of September, 2026.**



KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE