ASHURST PERKINS COIE

Ashurst Perkins Coie US LLP
700 13th Street, N.W.
Suite 800
Washington, D.C. 20005-3960

T. +1.202.654.6200
F. +1.202.654.6211
ashurstperkinscoie.com

September 29, 2026

Edward A. Boling
Partner
ted.boling@ashurstperkins.com
D. +1.202.661.5872

Clerk of the Court
United States District Court for the Western District of Texas
El Paso Division
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

**Re: Friends of the Ruidosa Church, *et. al.* v. Mullin, *et al.*, 3:26-CV-1099-KC**

To the Clerk:

This firm represents the Coalition to Protect America's National Parks and Keep Big Bend Wild. With permission from the Court, the organizations filed a brief as amicus curiae on August 17, 2026, in Friends of the Ruidosa Church, *et. al.* v. Mullin, *et al.*, 3:26-CV-1099-KC [ECF No. 33]. The brief presented, among other items, information on the number of apprehensions of migrants who illegally crossed the U.S.-Mexico border in the area of Big Bend National Park for the years 2016-2025. The information in the amicus organizations' brief was based on data provided to Keep Big Bend Wild by the National Park Service (NPS) in an August 7, 2026, response to a Freedom of Information Act (FOIA) request.

On September 21, 2026, the NPS sent Keep Big Bend Wild a revised FOIA response in which the agency, citing methodological errors in its original response, reduced its tally of apprehensions of illegal migrants in Big Bend National Park in 2025 from 613 to 133. The revised FOIA response is attached to this letter.

The amicus organizations' brief cited the original NPS figure of 613 apprehensions in 2025 on page 3, applied the original figure on page 6 when estimating the number of apprehensions per mile in the park, and included the original NPS FOIA response as Exhibit 1.

The amicus organizations request the Court consider this new information, and their August 17, 2026, amicus brief, in connection with the October 2, 2026, hearing in the case cited above. Both counsel for Plaintiffs and Defendants have indicated they do not oppose this notice.

Respectfully submitted,

Edward A. Boling

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions.

**United States Department of the Interior**

**NATIONAL PARK SERVICE**
**Big Bend National Park**
**Rio Grande Wild and Scenic River**
**P.O. Box 129**
**Big Bend National Park, Texas 79834-0129**

September 15, 2026
Electronic Transmission – no hard copy to follow

MEMORANDUM

| | |
|---|---|
| To: | Alison Yamato, Regional FOIA Coordinator, IMR - Serving Interior Regions 6, 7 & 8 |
| From: | Steven Cape, Chief Ranger, Big Bend National Park (BIBE) |
| Subject: | Yearly Border Apprehension totals for BIBE |
| Memo Type: | Informational |
| Due Date(s): | 08/04/2026. Updated 09/15/2026 |
| Contact: | Steven Cape, Office: 432.477.1185, Steven_Cape@nps.gov |

**Reason for Request**
Operational summary information of illegal border crossing apprehensions submitted for compilation in response to FOIA request 2026-006568.

**Background Information**
This information was compiled for operational summary and in response to FOIA request. **This is updated information reflecting only apprehensions in Big Bend National Park, the previous version (8/04/2026) included numbers combined with Rio Grande Wild and Scenic River and thus was incorrect.**
*These numbers are formulated from raw numbers received from US Border Patrol

Data: Total annual summary of illegal border crossing apprehensions at BIBE
2016 - 20
2017 - 02
2018 - 60
2019 - 615
2020 - 20
2021 - 797
2022 - 268
2023 - 130
2024 - 102
2025 - 133

United States Department of the Interior

NATIONAL PARK SERVICE
INTERIOR REGIONS 6, 7 & 8
12795 W. Alameda Parkway
Lakewood, CO 80228

September 21, 2026
Electronic Transmission – No Hard Copy to Follow

Bob Krumenaker
bob.krumenaker@keepbigbendwild.org

Dear Mr. Krumenaker:

Subject: Freedom of Information Act Request DOI-2026-006568

On **May 27, 2026,** the **National Park Service (NPS)** received your **Freedom of Information Act (FOIA)** request, and assigned it control number **DOI-2026-006568** Please cite this number in any future communications with our office regarding your request. Your request states:

*"… summary data that the US Border Patrol has provided to the National Park Service of the total number of illegal cross-border migrants apprehended for each year from 2016 to 2025 inside Big Bend National Park, Texas. The data can be by calendar or fiscal year (please specify).) …"*

**Response**

**This is an updated response from the original**, which was sent to you on August 6, 2026. **We have realized that in creating a summary document in response to your request**, (the is not *required* to create a document to respond to a FOIA request, but if it is to the government's advantage and allows us to more efficiently respond, we *may* create a record), **the total number of apprehensions for the 2025 year were miscalculated.**

**We are attaching the accurate numbers in a new revised memo so that you can have the correct information. The incorrect number for 2025 included numbers for the Rio Grande Wild and Scenic River (RIGR) unit in addition to BIBE. We apologize for this mistake and any confusion it may have caused.**

Your request is granted in full. We are providing you 21file totaling 2 pages of responsive documents.

Alison Yamato, National Park Service, Intermountain Region FOIA Coordinator is responsible for this response.

**Appeal Rights:**

You may appeal this response to the Department's FOIA/Privacy Act Appeals Officer. If you choose to appeal, the FOIA/Privacy Act Appeals Officer must receive your FOIA appeal **<u>no later than 90 workdays</u>** from the date of this final response. Appeals arriving or delivered after 5 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**<u>Your appeal must be made in writing</u>.** You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email. All communications concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION APPEAL." You must include an explanation of why you believe this response is in error. You must also include with your appeal copies of all correspondence between you and FWS concerning your FOIA request, including your original FOIA request and this response. Failure to include with your appeal all correspondence between you and FWS will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the FOIA/Privacy Act Appeals Officer needs additional information or clarification of your appeal.

DOI FOIA/Privacy Act Appeals Office Contact Information
Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
MS-6556 MIB
Washington, DC 20240
Attn: FOIA/Privacy Act Appeals Office
Telephone: (202) 208-5339
Fax: (202) 208-6677
Email: FOIA.Appeals@sol.doi.gov
Fax: (202) 208-6677
Email: FOIA.Appeals@sol.doi.gov

**Mediation Services:**

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001
E-mail: ogis@nara.gov
Web: https://www.archives.gov/ogis
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

Please note that using OGIS services does not affect the timing of filing an appeal with the Department's FOIA & Privacy Act Appeals Officer.

Contact information for the Department's FOIA Public Liaison, whom you may also seek dispute resolution services from, is available at *https://www.doi.gov/foia/foiacenters*.

This is our only and final response and closes your request DOI-NPS-2026-006568. If you have any questions about our response to your request, you may contact me, by email at IMR_FOIA@nps.gov.

If you have any questions, you may contact me by email at IMR_FOIA@nps.gov.

Sincerely,

Alison Yamato
NPS FOIA Coordinator for DOI Regions 6,7 & 8

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Texas using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: September 29, 2026.

*/s/ Edward Boling*
*Edward Boling*