**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **FRIENDS OF THE RUIDOSA CHURCH et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1099-KC** |
| | § | |
| **MARKWAYNE MULLIN et al.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

On this day, the Court considered Plaintiffs' Motion to Supplement regarding Motion for Preliminary Injunction ("Motion"), ECF No. 55. Plaintiffs seek to supplement the record with additional evidence that they state is relevant to Plaintiffs' Motion for Temporary Restraining Order or Preliminary Injunction, ECF No. 34. Mot. 1. At the time of filing, Plaintiffs indicated that Defendants "reserve[d] their position on the motion to supplement pending their review of the motion and the additional evidence" and would "respond to the motion in accordance with the Court's rules." Mot. Ex. 2 ("Yip Decl.") ¶ 5, ECF No. 55-6.

However, more than seven days have passed since that date, yet Defendants have not filed a response. *See* W.D. Tex. L.R. CV-7(D)(2). Therefore, "the Court may grant the motion as unopposed." *Id.*

Accordingly, the Court **ORDERS** that the Motion, ECF No. 55, is **GRANTED**.

**SO ORDERED**.

SIGNED this 29th day of September, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE