**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, *et al.*,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>*Defendants*. | Civil Action No. 3:26-CV-01099-KC |

**NOTICE OF APPEARANCE**

Please take notice that Pamela I. Amaechi, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance as counsel for Defendants in the above-captioned matter

Dated: September 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ANDREW WARDEN
Assistant Branch Director
Federal Programs Branch

*<u>/s/ Pamela I. Amaechi</u>*
PAMELA I. AMAECHI
D.C. Bar No. 1672958
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 598-5093
E-mail: pamela.i.amaechi@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Pamela I. Amaechi, hereby certify that on September 30, 2026, I electronically filed the foregoing using the Court's CM/ECF system, which automatically serves this document upon all counsel of record.

*/s/ Pamela I. Amaechi*
PAMELA I. AMAECHI

*Counsel for Defendants*