**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FRIENDS OF THE RUIDOSA CHURCH, et al.,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, et al.,

*Defendants.*

Case No. 3:26-cv-01099-KC

**JOINT PRE-HEARING DISCLOSURES**

Plaintiffs Friends of the Ruidosa Church, Danny William Miller Junior, and Center for Biological Diversity, and Defendants Markwayne Mullin, in his official capacity as Secretary of Homeland Security, U.S. Department of Homeland Security, and U.S. Customs and Border Protection (collectively, the "Parties"), jointly submit the following disclosures in advance of the October 2, 2026 evidentiary hearing on Plaintiffs' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction, ECF No. 34.

## I. Joint Exhibit List

The Parties' Joint Exhibit List is attached as Exhibit A. This list does not include documents necessary for impeachment or rebuttal.

## II. Witness Lists

**For Plaintiffs:**

Plaintiffs expect to call the following fact witnesses:

1. Robert J. Krumenaker
2. Laiken Jordahl

3. Danny William Miller Jr.

4. Michael Wilber Green

5. Willard "Bill" Guerra-Addington

6. Bernadette Devine

**For Defendants:**

Defendants do not intend to call any fact witnesses.

**III. Expert Witnesses:**

**For Plaintiffs:**

Plaintiffs expect to call the following expert witnesses:

1. Adam B. Isacson

2. Jeffrey Renfrow

**For Defendants:**

Defendants do not intend to call any expert witnesses.

DATED: September 30, 2026

Respectfully submitted,

*/s/ Zeynep J. Graves*

Zeynep J. Graves (CA Bar No. 298533)*
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (510) 844-7160
Fax: (520) 623-9797
zgraves@biologicaldiversity.org

Emma Yip (CA Bar No. 352446)*
Shannon Eva Labuschagne (CA Bar No. 365633)
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797

eyip@biologicaldiversity.org
slabuschagne@biologicaldiversity.org

Dustin Rynders (TX Bar No. 24048005)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 1108
Houston, TX 77251
Tel: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Charlotte Weiss (NY Attorney ID: 6313639)*
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 17757
Austin, TX 78760
Tel: (512) 474-5073
cweiss@texascivilrightsproject.org

* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Alexander J. Yun*
ALEXANDER J. YUN
(D.C. Bar No. 90028923)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
202-674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means.

Dated: September 30, 2026

/s/ Zeynep J. Graves

Zeynep J. Graves (CA Bar No. 298533)
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (510) 844-7160
Fax: (520) 623-9797
zgraves@biologicaldiversity.org

*Admitted Pro Hac Vice*

*Attorney for Plaintiffs*