# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

FRIENDS OF THE RUIDOSA CHURCH, et al.,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, et al.,

*Defendants*.

Case No. 3:26-cv-01099-KC

**JOINT EXHIBIT LIST**

**For Plaintiff:**

Plaintiffs expect to offer the following exhibits:

| Exhibit No. | Admitted | Description of Exhibit | Objections | Authenticity Stipulated |
|---|---|---|---|---|
| P-1 | | Demonstrative Exhibit: Map of Big Bend Region | Defendants do not object to the court considering this evidence at the preliminary injunction stage | |
| P-2 | | Chart showing Illegal Migrant Activity in Big Bend National Park (Sept. 23, 2026) | Defendants do not object to the court considering this evidence at the preliminary injunction stage | |
| P-3 | | National Park Service records obtained through FOIAs (Declaration of Robert J. Krumenaker in Support of Plaintiffs' Motion for a Preliminary Injunction, ECF No. 55-4 and Letter from Amici, ECF No. 58) | Defendants do not object to the court considering this evidence at the preliminary injunction stage | |

| | | | | |
|---|---|---|---|---|
| P-4 | | Chart showing Border Patrol migrant apprehensions by sector (Expert Report of Adam B. Isacson, ECF No. 19-2, Figure 1) | Defendants do not object to the court considering this evidence at the preliminary injunction stage | |
| P-5 | | Tables and charts showing annual U.S.-Mexico border patrol migrant apprehensions by sector (Supplemental Expert Report of Adam B. Isacson, ECF No. 55-3, Ex. 1) | Defendants do not object to the court considering this evidence at the preliminary injunction stage | |
| P-6 | | Video of ground-disturbing activities in Big Bend National Park (Aug. 15, 2026) | Defendants do not object to the court considering this evidence at the preliminary injunction stage | |
| P-7 | | Video of ground-disturbing activities in Big Bend National Park (Aug. 15, 2026) | Defendants do not object to the court considering this evidence at the preliminary injunction stage | |
| P-8 | | Video of ground-disturbing activities in Big Bend National Park (Aug. 5, 2026) | Defendants do not object to the court considering this evidence at the preliminary injunction stage | |
| P-9 | | Compendium of maps of BBT-1 through BBT-5 (Declaration of Paul Enriquez, ECF No. 38-1, Exs. A, C–F) | Defendants do not object to the court considering this evidence at the preliminary injunction stage | |
| P-10 | | Photo inside Ruidosa Church (Nov. 2024) | Defendants do not object to the court considering this evidence at the preliminary injunction stage | |
| P-11 | | Photo of Ruidosa Church bell tower and FM170 (Feb. 7, 2018) | Defendants do not object to the court considering this evidence at the | |

| | | | | |
|---|---|---|---|---|
| | | | preliminary injunction stage | |
| P-12 | | Video of staging area in Hudspeth County (Sep. 19, 2026) | Defendants do not object to the court considering this evidence at the preliminary injunction stage | |
| P-13 | | Video of construction site at Box Canyon in Hudspeth County (Sep. 19, 2026) | Defendants do not object to the court considering this evidence at the preliminary injunction stage | |
| P-14 | | Photograph of wall construction in Hudspeth County (Sep. 23, 2026) | Defendants do not object to the court considering this evidence at the preliminary injunction stage | |

**For Defendant:**

Defendants expect to offer the following exhibits:

| **Exhibit No.** | **Admitted** | **Description of Exhibit** | **Objections** | **Authenticity Stipulated** |
|---|---|---|---|---|
| D-1 | | Declaration of Paul Enriquez | Plaintiffs note that this is hearsay, Fed. R. Evid. 802, except as to paragraphs 27–31, which concern the timeline of construction activity and constitute admissions of a party opponent under Fed. R. Evid. 801(d)(2). However, Plaintiffs do not seek exclusion of the declaration for purposes of this evidentiary hearing and leave to the Court the determination of the weight to be | Yes |

| | | | | |
|---|---|---|---|---|
| | | | afforded to the declaration. Plaintiffs do not object to the maps attached to Mr. Enriquez's declaration (Exs. A and C–F). | |
| D-2 | | Chart of Drug Seizures in Big Bend Sector 2023-Present | None | Yes |
| D-3 | | Graph of Drug Seizures in Big Bend Sector 2023-Present | None | Yes |
| D-4 | | Graph of Apprehensions in Big Bend Sector 1960-Present | None | Yes |
| D-5 | | Chart of Apprehensions in Big Bend Sector 1960-Present | None | Yes |
| D-6 | | Map of Big Bend 2 project area with Sacred Heart Church marked | None | Yes |
| D-7 | | Map of Big Bend 2 project with Sacred Heart Church distance from proposed barrier construction marked | None | Yes |
| D-8 | | Copy of CBP Commissioner's August 13, 2026 statement | None | Yes |
| D-9 | | Map of Big Bend 4 project area | None | Yes |
| D-10 | | Second Declaration of Paul Enriquez | Plaintiffs note that this is hearsay, Fed. R. Evid. 802, except as to paragraphs 16, 17, 22, 23, which concern the timeline of construction activity and constitute admissions of a party opponent under Fed. R. Evid. 801(d)(2). However, Plaintiffs do not seek exclusion of the declaration for | Yes |

| | | | | |
|---|---|---|---|---|
| | | | purposes of this evidentiary hearing and leave to the Court the determination of the weight to be afforded to the declaration | |