UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| Friends of the Ruidosa Church, Center for Biological Diversity, Danny William Miller Junior | § § § | CIVIL NO: EP:26-CV-01099-KC |
| vs. | § § | |
| Markwayne Mullin, U.S. Department of Homeland Security, U.S. Customs and Border Protection, The Coalition to Protect Americas National Parks, Keep Big Bend Wild, National Parks Conservation Association, Sierra Club | | |

**LIST OF WITNESSES**

| **FOR PLAINTIFF** | | **FOR DEFENDANT** |
|---|---|---|
| 1. | Robert J. Krumenaker | 1. |
| 2. | Adam B. Isacson | 2. |
| 3. | Laiken Jordahl | 3. |
| 4. | Danny William Miller Jr. | 4. |
| 5. | Michael Wilber Green | 5. |
| 6. | Willard “Bill” Guerra-Addington | 6. |
| 7. | Bernadette Devine | 7. |
| 8. | Jeffrey Renfrow | 8. |
| 9. | | 9. |
| 10. | | 10. |
| 11. | | 11. |
| 12. | | 12. |
| 13. | | 13. |
| 14. | | 14. |
| 15. | | 15. |