# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| Friends of the Ruidosa Church, Center for Biological Diversity, Danny William Miller Junior | § § § | CIVIL NO: EP:26-CV-01099-KC |
| | § | |
| vs. | § | |

Markwayne Mullin, U.S. Department of Homeland Security, U.S. Customs and Border Protection, The Coalition to Protect Americas National Parks, Keep Big Bend Wild, National Parks Conservation Association, Sierra Club

## PLAINTIFF EXHIBITS, Page

| Exhibit | Description | Date Admitted |
|---|---|---|
| P-1 | Demonstrative Exhibit: Map of Big Bend Region | 10/2/2026 |
| P-2 | Chart showing Illegal Migrant Activity in Big Bend National Park (Sept. 23, 2026) | 10/2/2026 |
| P-3 | National Park Service records obtained through FOIAs (Declaration of Robert J. Krumenaker in Support of Plaintiffs' Motion for a Preliminary Injunction, ECF No. 55-4 and Letter from Amici, ECF No. 58) | 10/2/2026 |
| P-4 | Chart showing Border Patrol migrant apprehensions by sector (Expert Report of Adam B. Isacson, ECF No. 19 2, Figure 1) | 10/2/2026 |
| P-5 | Tables and charts showing annual U.S. Mexico border patrol migrant apprehensions by sector (Supplemental Expert Report of Adam B. Isacson, ECF No. 55 3, Ex. 1) | 10/2/2026 |
| P-6 | Video of ground disturbing activities in Big Bend National Park (Aug. 15, 2026) | 10/2/2026 |
| P-7 | Video of ground disturbing activities in Big Bend National Park (Aug. 15, 2026) | 10/2/2026 |
| P-8 | Video of ground disturbing activities in Big Bend National Park (Aug. 5, 2026) | 10/2/2026 |
| P-9 | Compendium of maps of BBT-1 through BBT-5 (Declaration of Paul Enriquez, ECF No. 38-1, Exs. A, | 10/2/2026 |

| | | |
|---|---|---|
| | C–F) | |
| P-10 | Photo inside Ruidosa Church (Nov. 2024) | 10/2/2026 |
| P-11 | Photo of Ruidosa Church bell tower and FM170 (Feb. 7, 2018) | 10/2/2026 |
| P-12 | Video of staging area in Hudspeth County (Sep. 19, 2026) | 10/2/2026 |
| P-13 | Video of construction site at Box Canyon in Hudspeth County (Sep. 19, 2026) | 10/2/2026 |
| P-14 | Photograph of wall construction in Hudspeth County (Sep. 23, 2026) | 10/2/2026 |
| | | |
| | | |
| | | |