# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| Friends of the Ruidosa Church, Center for Biological Diversity, Danny William Miller Junior<br><br>vs. | §<br>§<br>§<br>§<br>§ | CIVIL NO:<br>EP:26-CV-01099-KC |

Markwayne Mullin, U.S. Department of Homeland Security, U.S. Customs and Border Protection, The Coalition to Protect Americas National Parks, Keep Big Bend Wild, National Parks Conservation Association, Sierra Club

## RESPONDENTS EXHIBITS, Page

| Exhibit | Description | Date Admitted |
|---|---|---|
| D-1 | Declaration of Paul Enriquez | 10/2/2026 |
| D-2 | Map of Big Bend 2 project with Sacred Heart Church distance from proposed barrier construction marked | 10/2/2026 |
| D-9 | Map of Big Bend 4 project area | 10/2/2026 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |