**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

FRIENDS OF THE RUIDOSA CHURCH, et al.,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, et al.,

*Defendants*.

Case No. EP-26-CV-1099-KC

**DECLARATION OF JOSH B. BARRETT**

I, JOSH B. BARRETT, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, hereby declare as follows:

1. I am currently the Acting Chief Patrol Agent for the U.S. Border Patrol's ("USBP") Big Bend Sector and have served in this role since March 28, 2026. In my current position, I manage and oversee operations spanning 165,000 square miles, covering 517 miles of border along Big Bend Sector, and lead a team of over 700 law enforcement and non-law enforcement personnel.

2. In my twenty-four years of service, I have held several USBP leadership positions in other locations throughout the nation. I began my career with USBP on June 24, 2002, at the Del Rio Station in the Del Rio Sector. From May 2008 until December 2024, I held various management positions, including Field Operations Supervisor in Yuma Sector, Assistant Chief with the Law Enforcement Operations Directorate at USBP Headquarters, and Patrol Agent in Charge within various Sectors including Buffalo Sector and Del Rio

Sector. In December 2024, I was promoted to serve as the Deputy Chief Patrol Agent of Big Bend Sector, where I oversaw the day-to-day operations of the Sector.

3. This declaration is based upon my personal and professional knowledge, information obtained from other individuals employed by U.S. Customs and Border Protection ("CBP"), and information obtained from relevant records and systems maintained by CBP.

4. I am aware that on October 2, 2026, this Court issued its Order Granting Preliminary Injunction, effectively halting the construction of border barrier or related infrastructure, or engaging in any construction or ground disturbing activities, within the Big Bend Sector.

5. The construction of border barrier is critical to DHS's Southwest border strategy. Border barrier construction of Big Bend projects 1-5 is necessary for DHS to achieve and maintain operational control of the border and address critical national security and public safety threats. Once planned border barrier and associated infrastructure construction is completed elsewhere along the Southwest border, the Big Bend area would represent one of the few remaining open segments along the border if DHS is prevented from executing Big Bend projects 1-5. Based on my background and experience with USBP, open segments along the Southwest border without adequate border security infrastructure create funnel points for illegal alien crossings and for the smuggling of contraband, such as narcotics, firearms, ammunition, etc. Given these conditions, it is my assessment that this funneling effect will lead to an increase in illegal crossings and entries in the Big Bend area if these projects cannot proceed.

6. Big Bend Sector is vulnerable to significant numbers of aliens attempting to enter the country illegally. Between fiscal years 2021 and 2025, the Big Bend Sector saw over

89,000 individuals attempt to enter the country illegally. The number of apprehensions spiked to over 37,000 and almost 32,000 apprehensions in 2021 and 2022, respectively. These numbers do not account for individuals who illegally entered the country without detection.

7. Additionally, based on my USBP experience, and information obtained from USBP personnel and other law enforcement partners, there is evidence of significant exploitation by Transnational Criminal Organizations ("TCOs") and TCO-related smuggling activities on the Mexican side of the border, which filters its way into the Big Bend Sector's area of responsibility.

8. These TCOs engage in a range of criminal activity that harms the United States, including human smuggling and trafficking of drugs and weapons. The two main cartels—the Sinaloa and Juarez cartels—operating in Mexico south of the Big Bend Sector area, as well as within Big Bend Sector, are designated Foreign Terrorist Organizations. With planned international boundary wall and technology improvements in other areas across the Southwest border, not having a border barrier system in this particular area would make it a vulnerable and desirable area for TCOs to operate along the southwest border.

9. Moreover, if encounters of aliens entering illegally between ports of entry increase, vulnerabilities in the area will become particularly problematic, leading to the potential for increased criminal activity, some of which is associated with TCOs, particularly in this section of the border, where no border barrier system exists.

10. For example, during a period of high encounters in Big Bend Sector in December 2021, Alpine Station Border Patrol Agents ("BPAs") apprehended a subject with a prior murder and felony assault conviction. He was apprehended as part of a failed human smuggling attempt.

11. In August 2022, BPAs assigned to the Van Horn Station and the Special Operations Group, CBP's Air and Marine Operations, U.S. Immigration and Customs Enforcement's Homeland Security Investigations, Drug Enforcement Administration, and Texas Department of Public Safety ("TXDPS"), executed a search warrant at a ranch house near Van Horn, Texas. The law enforcement agencies seized approximately 13,000 pounds of marijuana—with an estimated value of over $10 million—13 assault-style firearms, four handguns, ammunition, body armor, and several vehicles. The marijuana was confirmed to have crossed the border by Big Bend Sector surveillance footage.

12. In August 2023, BPAs assigned to Presidio Station encountered a high-ranking member of a TCO which has been designated as an FTO—the Juarez Cartel. BPAs encountered a male subject walking alone on Farm to Market Road 170 near the Fort Leaton State Historic Site. The subject admitted to illegally entering the United States by wading the Rio Grande River south of Fort Leaton. Once he was at the Presidio Station for processing, BPAs confirmed the subject's identity as the leader of the Juarez Cartel in Ojinaga, Chihuahua, Mexico.

13. Even with the enforcement tools available to USBP since January 2025, additional security challenges and vulnerabilities continue to exist within Big Bend Sector. Specifically, a lack of complete situational awareness along the entirety of the border along Big Bend Sector persists because of the remoteness of the area, ruggedness of the terrain, and lack of infrastructure, including roads. This leads to delays in response times by law enforcement when illegal activity is suspected or reported. The necessity of border barrier system and associated infrastructure construction is particularly critical in this area as highlighted by recent events of significant concern relating to border security and overall public safety.

14. An example of a recent border security incident took place on May 4, 2026, when a Mexican national stole a Mexican government vehicle in Mexico and drove north towards the United States, at which point he abandoned the vehicle and entered illegally on foot near Presidio, Texas. The subject, an illegal alien, who various law enforcement sources confirmed was a heroin user, affiliated with a TCO in Mexico, and a danger to law enforcement and others, attempted to break into a home in Presidio, Texas. The armed subject stole a vehicle nearby, and fled towards Marfa, Texas. He arrived at the Valentine School, and security camera video from the Valentine School shows the individual armed with a high-powered firearm attempting to enter the school while it was in session, but he was unable to do so because of a locked door. *See* below. He then stole a third vehicle from the Valentine School parking lot, just feet away from teachers and students as young as four years old and began a dangerous pursuit in the small town of Valentine, Texas. In support of a multi-agency effort, Big Bend Sector BPAs responded to assist Jeff Davis County Sheriff's Office, Presidio County Sheriff's Office, Marfa Police Department, and the TXDPS in an ongoing pursuit of this armed and dangerous illegal alien who was actively shooting at the pursuing law enforcement units. Spike stripes were deployed by law enforcement causing the subject to wreck his vehicle near the railroad tracks. He then abandoned the stolen vehicle, fled on foot, and continued shooting at pursuing law enforcement units with a handgun. While being commanded to cease fire, the subject stopped and pointed his handgun at law

enforcement officers. Consequently, this significant border security and public safety threat was then neutralized by return fire from law enforcement personnel on the scene.

*Photos from security camera from the Valentine School*





15. Approximately two months later, on June 27, 2026, BPAs assigned to the Presidio Station apprehended three subjects with three assault-style rifles, two of which were in their possession and the third later located by BPAs. BPAs were responding to a citizen's report alerting USBP of two subjects seeking assistance in the Presidio Station area of responsibility. Believing they were responding to a distress call, Presidio Station BPAs unexpectedly encountered two armed subjects with assault-style rifles. A third, unarmed subject surrendered nearby later that day, stating he was fleeing a cartel in Mexico. During interviews, the subject later admitted to having crossed with a firearm and

provided the BPAs with the approximate location of the weapon. All three subjects were identified as adult Mexican males and stated that they were cartel recruits. In total, three rifles—two had serial numbers removed—and ammunition were recovered. Multiple law enforcement agencies, including the Bureau of Alcohol, Tobacco, Firearms and Explosives and TXDPS, provided support. All three subjects were prosecuted for illegal entry under 8 U.S.C. § 1325 or re-entry under 8 U.S.C. § 1326 (as applicable) and additionally were prosecuted for illegal possession of a firearm under 18 U.S.C. § 922.

16. On August 29, 2026, BPAs assigned to the Alpine Station apprehended nine subjects during a failed human smuggling event involving a vehicle incursion—in which the vehicle entered the United States unlawfully from Mexico between the ports of entry. Interviews of all nine subjects—two Cuban nationals and seven Mexican nationals—indicated the vehicle used in the smuggling scheme made an incursion into the United States within Big Bend National Park, which was initially undetected by USBP personnel or available detection technology. Big Bend Sector personnel used the information obtained from the interviews to identify the specific location of the vehicle incursion. The Mexican national smuggler was prosecuted for alien smuggling under 8 U.S.C. § 1324. Four of the smuggled aliens were prosecuted for illegal entry under 8 U.S.C. § 1325 and four were prosecuted for illegal re-entry under 8 U.S.C. § 1326.

17. On September 20, 2026, BPAs assigned to the Alpine Station apprehended three subjects involved in another alien smuggling event within the Big Bend National Park. As is typical of the positive working relationship between Big Bend Sector and Big Bend National Park Law Enforcement Rangers ("Rangers"), the Rangers contacted Alpine BPAs after they stopped a suspicious vehicle in the Park. The alien smuggler/driver is a lawful permanent resident and was subsequently charged for alien smuggling under 8

U.S.C. § 1324. A handgun, registered to the alien smuggler/driver, with a loaded magazine was located between the driver's side seat and the center console. One of the two smuggled aliens was charged with illegal re-entry under 8 U.S.C. § 1326, while the other alien was charged for possessing fraudulent documents under 18 U.S.C. § 1028.

18. The construction of border wall in the Big Bend Sector is appropriate and necessary due to the law enforcement and security concerns along the Southwest border and in this region. The planned border barrier system and associated infrastructure are necessary for DHS and CBP to achieve and maintain operational control of the border, and enjoining this planned construction effort will, for example, increase the likelihood of exploitation by TCOs for cross border illicit activities.

19. Without a border barrier system, DHS and CBP anticipate increases in illegal crossings by aliens and contraband smuggling which will require diversion of Border Patrol assets and personnel within Big Bend Sector from other critical national security and public safety threats.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 8th day of October 2026.

Respectfully submitted,

JOSH B BARRETT Digitally signed by JOSH B BARRETT
Date: 2026.10.08 13:09:22 -05'00'

Josh B. Barrett
Acting Chief Patrol Agent
Big Bend Sector
U.S. Border Patrol
U.S. Customs and Border Protection