**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, *et al.*,<br>*Plaintiffs*,<br><br>*v.*<br><br>MARKWAYNE MULLIN, *et al.*,<br>*Defendants*. | Civil Action No. 3:26-CV-01099-KC |

**DEFENDANTS' NOTICE REGARDING STAY DECISION**

Defendants intend to request a stay of the Court's preliminary injunction from the United States Supreme Court in the event this Court does not grant Defendants' requested stay by Wednesday, October 21, 2026. Defendants moved for a stay in this Court eight days ago and requested the Court establish an expedited briefing schedule and issue a prompt decision. *See* ECF No. 74. To date, the Court has taken no action on Defendants' motion or scheduling request, and Plaintiffs have not filed a response.

In light of the need for urgent relief as set forth in Defendants' motion, Defendants respectfully request that the Court rule on the stay motion expeditiously, by Wednesday, October 21, 2026, at the latest. If a decision is not issued by that date, Defendants will treat the absence of a ruling as a constructive denial of the motion and proceed with seeking relief in the United States Supreme Court.

Dated: October 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Alexander J. Yun*
ALEXANDER J. YUN
(D.C. Bar No. 90028923)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
202-674-0255
Alex.Yun@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, the foregoing pleading was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

*/s/ Alexander J. Yun*
ALEXANDER J. YUN
Trial Attorney
United States Department of Justice