**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>*Defendants.* | Case No. 3:26-cv-01099-KC |

**DECLARATION OF EMMA YIP IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION**

I, Emma Yip, declare as follows:

1. I have personal knowledge of the facts contained in this Declaration and, if called upon to do so, could and would testify competently thereto under oath.

2. I am a member in good standing of the state bars of California and Washington and was admitted to practice in the Western District of Texas on August 11, 2026. I am a staff attorney at the Center for Biological Diversity (the "Center"), and represent Plaintiffs Friends of the Ruidosa Church, Danny William Miller Junior, and the Center in this action. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Stay Preliminary Injunction Pending the Filing and Resolution of a Petition for a Writ of Certiorari.

3. On October 8, 2026, Defendants filed their Motion to Stay Preliminary Injunction. In support of this Motion, Defendants also filed the Third Declaration of Paul Enriquez. There, Mr. Enriquez refers extensively to border barrier construction contracts that are not yet in the record. On October 9, 2026, Plaintiffs' counsel requested that Defendants provide those contracts

to Plaintiffs by the end of the day. Defendants responded that it would not be possible for them to provide the contracts to Plaintiffs by the end of the day. On October 15, 2026, Counsel for Defendants clarified that they could not agree to produce the contracts in this case. Attached as **Exhibit 1** is a true and correct copy of emails between counsel for the Parties (Alex Yun and Emma Yip) between October 9 and October 15, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2026.

/s/ Emma Yip
Emma Yip

# EXHIBIT 1

Outlook

**Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)**

**From** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Date** Thu 10/15/2026 10:06 AM
**To** Emma Yip <eyip@biologicaldiversity.org>
**Cc** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <pamela.i.amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>

Sorry for the confusion, Emma. I mentioned the FOIA litigation because it would be the most realistic way for us to provide the contracts to Plaintiffs. Defendants cannot release the contracts without review for privileges and redactions, which as I mentioned would take weeks, and they are not willing to agree to provide unreviewed copies under a protective order. Given these burdens, we cannot agree to produce the contracts in this case, so the FOIA production will be the most efficient way for you to receive the contracts.

Nonetheless, Defendants believe your response need not include an analysis of Defendants' contracts. At the preliminary injunction stage, the Court is merely balancing the potential harms to the parties, not making a factual determination. Defendants' allegations of harms are sufficient for the Court to balance the parties' respective injuries.

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Wednesday, 14 October 2026 19:32:37
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Alex,

Thank you for the response. However, and to clarify, Plaintiffs were not seeking an update on the status of the ongoing FOIA litigation. Rather, we provided you with Anna's email as a suggestion to assist Defendants in this matter to expediently produce the contracts.

Defendants allege harms stemming from the Big Bend construction contracts, but have not yet provided those contracts to Plaintiffs. Do you intend to promptly release the contracts referenced in the stay motion and attached declaration?

Thank you,

Emma

**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY
206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Wednesday, October 14, 2026 10:59 AM
**To:** Emma Yip <eyip@biologicaldiversity.org>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Emma,

Sorry for the delay as we investigated this. We've looked into the FOIA request, and it looks like the first 500 pages are being finalized for production. DHS has advised that the production is expected later this month.

Alex

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Friday, October 9, 2026 4:51 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Alex,

Respectfully, Plaintiffs are merely attempting to work within the timeframe requested by Defendants. You filed Defendants' stay motion after 7pm CT yesterday, October 8, requesting the Court order Plaintiffs to respond by October 13. That timeframe leaves us with two business days to draft and file our response. The fact that Defendants filed a motion and declaration relying on those contracts, while unprepared to release them immediately is a circumstance entirely of Defendants' own making. *See also*, ECF No. 51-2, Request for Production No. 2 (documenting Plaintiffs' request for construction plans in the Big Bend Sector).

Additionally, these contracts have already been requested through a separate FOIA lawsuit. The AUSA assigned to that case is Anna Arreola (Anna.Arreola@usdoj.gov). Although the government has not yet released the contracts in that case, Anna has indicated that construction contracts have already been reviewed internally for release. Any legitimate confidentiality interests could be adequately addressed through a confidentiality and protective order or other appropriate safeguards, rather than by refusing to provide the full contracts due to redaction concerns or otherwise delaying release.

Thank you,
Emma

**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY
206-858-2297

*The information contained in this email message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please notify the sender by reply email and delete the message and any attachments.*

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Friday, October 9, 2026 12:55 PM
**To:** Emma Yip <eyip@biologicaldiversity.org>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Emma,

Defendants are in receipt of your request and are discussing a potential response. At a minimum, Defendants will not be able to provide any material by end of day today. This is the Friday before a holiday weekend, and as such, producing anything on such a short time frame is impossible. Moreover, contracts such as the ones you requested almost always have privileged information related to national security. Because of this, if Defendants agree to produce the contracts, they will need time to redact any privileged information.

I will be in touch and hope to have more information for you soon.

Thanks,
Alex

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Friday, October 9, 2026 2:25 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Alex,

Plaintiffs have reviewed Defendants' stay motion and attached declarations. Defendants' motion alleges harms associated with the injunction and "contracts for the five Big Bend border wall

construction projects" (ECF No. 74 at 14) and the Third Declaration of Paul Enriquez also makes claims related to the contracts for Big Bend 1, 2, 3, 4, and 5 (ECF No. 74-1 ¶¶ 10-25). However, none of those contracts have been provided to Plaintiffs. Can you please provide us with those contracts by the end of the day today to enable us to respond to Defendants' motion?

Thank you,
Emma

**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY
206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Thursday, October 8, 2026 11:01 AM
**To:** Emma Yip <eyip@biologicaldiversity.org>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Yes, that's what I was asking. Thanks for providing your position.

Alex

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Thursday, October 8, 2026 1:50 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Alex,

Are you asking about our position on filing a stay motion in the W.D. Tex.? Assuming so, Plaintiffs would oppose that request.

Thanks,
Emma

**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY