**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>*Defendants.* | Case No. 3:26-cv-01099-KC |

**DECLARATION OF SHANNON E. LABUSCHAGNE IN SUPPORT OF PLAINTIFF'S OPPOSED MOTION TO COMPEL DISCOVERY**

I, Shannon E. Labuschagne, declare as follows:

1. I have personal knowledge of the facts contained in this Declaration and, if called upon to do so, could and would testify competently thereto under oath.

2. I am a member in good standing of the Bar of the State of California and am admitted to the U.S. District Court for the Western District of Texas. I am an associate attorney at the Center for Biological Diversity (the "Center") and represent the Center in this action. I submit this declaration in support of Plaintiff's Motion to Compel Discovery.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents, which were served on Defendants on June 23, 2026.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories and Defendants' Objections and Responses

to Plaintiff's First Set of Requests for Production of Documents, which were received on July 14, 2026.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Defendants' Production in response to Plaintiff's Request for Production #3, received on July 15, 2026.

6. Attached hereto as **Exhibit 4** is a true and correct copy of email correspondence between Counsel for Defendants and Counsel for Plaintiff between November 10, 2026 and November 11, 2026.

7. Attached hereto as **Exhibit 5** is a true and correct copy of CBP's interactive online map, the "Smart Wall Map." The images were captured on September 21, 2026, and illustrates CBP's plans to build pedestrian barrier in BBT-2. According to this version of the map, the planned barrier would not cross Plaintiff Miller's property in the area east of Redford to the western border of Big Bend ranch State Park.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2026.

*/s/ Shannon E. Labuschagne*

Shannon E. Labuschagne (CA Bar No. 365633)
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (510) 493-2447
Fax: (520) 623-9797
slabuschagne@biologicaldiversity.org