# EXHIBIT 1

Labuschagne Declaration

Dustin Rynders (TX Bar No. 24048005)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 1108
Houston, TX 77251
Tel: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Kate Gibson Kumar (TX Bar No. 2413588)
Alana Park (TX Bar No. 24150568)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 17757
Austin, TX 78760
Tel: (512) 474-5073 ext. 225
kate@texascivilrightsproject.org
alana@texascivilrightsproject.org

Zeynep J. Graves (CA Bar No. 298533)*
Emma Yip (CA Bar No. 352446)*
Shannon Eva Labuschagne (CA Bar No. 365633)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Ste. 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
zgraves@biologicaldiversity.org
eyip@biologicaldiversity.org
slabuschagne@biologicaldiversity.org

* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,

*Defendants.*

Case No. 3:26-cv-01099-KC

**PLAINTIFF CENTER FOR BIOLOGICAL DIVERSITY'S FIRST SET OF INTERROGATORIES TO DEFENDANTS U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, AND SECRETARY OF HOMELAND SECURITY MARKWAYNE MULLIN**

**(Federal Rule of Civil Procedure 33)**

**Original Complaint Filed: April 16, 2026**

**First Amended Complaint Filed: June 11, 2026**

| | |
|---|---|
| PROPOUNDING PARTY: | Plaintiff CENTER FOR BIOLOGICAL DIVERSITY |
| RESPONDING PARTIES: | Defendant U.S. DEPARTMENT OF HOMELAND SECURITY; Defendant U.S. CUSTOMS AND BORDER PROTECTION; and Defendant SECRETARY OF HOMELAND SECURITY MARKWAYNE MULLIN |
| SET NUMBER: | ONE |

---

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff Center for Biological Diversity propounds these Interrogatories, Set One on Defendants U.S. Department of Homeland Security, U.S. Customs and Border Protection, and Secretary of Homeland Security Markwayne Mullin (collective, "Defendants"). Defendants are hereby requested to answer under oath each of the following interrogatories, and shall serve a written response to Plaintiff's counsel via email to zgraves@biologicaldiversity.org.

Notwithstanding Federal Rule of Civil Procedure 33(b)(2), the Parties have stipulated that Defendants will serve their answers and any objections within twenty (20) days after the service of these Interrogatories, Set One. Joint Mot. for Sched. Order, ECF No. 15 at 4.

## I. DEFINITIONS

1. Pursuant to W.D. Tex. Local R. CV-26(b), the full text of the definitions and rules of construction set forth therein are incorporated by reference herein.

2. The term "APPREHENSIONS" means the physical control or temporary detainment of a person who is not lawfully in the United States.

3. "CBP" means the U.S. Customs and Border Protection.

4. The terms "DESCRIBE" and "SPECIFY" as used herein mean to express,

explain, set forth, relate, recount, narrate, depict, delineate, or portray, and calls for all information relating to the subject matter of the interrogatory including, but not limited to, the dates of all related events, substance of relevant COMMUNICATIONS, identity of PERSONS with knowledge of the subject matter, and identity of supporting DOCUMENTS.

5. The term "SELF-SURRENDERED" as used herein means an individual who unlawfully crossed the U.S.-Mexico border into the U.S. and voluntarily presented himself or herself to law enforcement, or otherwise affirmatively made himself or herself known to law enforcement within 24 hours of crossing the border, for the purpose or apparent purpose of seeking asylum in the U.S.

6. The terms “YOU” and “YOUR” shall refer to the Defendants Department of Homeland Security, U.S. Customs and Border Protection, and Secretary of Homeland Security Markwayne Mullin.

## II. INSTRUCTIONS

1. You shall respond to each interrogatory separately, fully, in writing and under oath according to your obligations under Rules 26 and 33 of the Federal Rules of Civil Procedure.

2. These interrogatories cover all information in your possession, control, or custody or in that of your attorneys, employees, agents, or any other person acting on your behalf or on whose behalf you are acting. A document is deemed to be in your possession if you have physical custody of the document, if you have a right, by agreement or otherwise, to inspect and examine the document or if, as a practical matter, you have been granted access to the document.

3. If you decline to answer all or part of an interrogatory pursuant to an objection or claim of privilege, then you shall state the basis upon which the objection is raised or the

privilege is claimed.

4. If any of these interrogatories cannot be answered in full, you shall answer to the extent possible, specifying the reason for your inability to answer the remainder of the interrogatory and stating whatever information or knowledge you have concerning the unanswered portion.

5. If you answer an interrogatory by referring to any documents, then you shall provide a sufficiently detailed description of those documents so as to facilitate Plaintiff's task of locating and reviewing such documents.

6. No interrogatory is to be left unanswered. If the answer to an interrogatory is "none" or "unknown," then you should so state.

7. The words "and" and "or" shall be construed in the conjunctive or disjunctive, whichever makes the request most inclusive.

8. The singular form shall include the plural form, and vice versa.

9. The present tense shall include the past tense, and vice versa.

10. If additional information or documents become available to you, supplemental responses must be provided.

11. Unless otherwise stated, the relevant date range for the below interrogatories is January 1, 2021, through the present.

## III. INTERROGATORIES

### INTERROGATORY NO. 1

Identify, by calendar year or fiscal year, the total number of apprehensions for each CBP station and substation along the U.S.-Mexico Border. If total annual figures for a calendar or fiscal year have not yet been compiled, please provide those figures by month.

**INTERROGATORY NO. 2**

Identify, by calendar year or fiscal year, the total number of individuals who self-surrendered to law enforcement for each CBP station and substation. If total annual figures for a calendar or fiscal year have not yet been compiled, please provide those figures by month.

**INTERROGATORY NO. 3**

Identify, by calendar year or fiscal year, the total number of individuals who are believed to have illegally crossed the U.S.-Mexico border and avoided apprehension for each CBP station and substation. If total annual figures for a calendar or fiscal year have not yet been compiled, please provide those figures by month.

**INTERROGATORY NO. 4**

Describe the metrics used by Defendants to define whether an area is one of "high illegal entry" as that phrase is used in 8 U.S.C. § 1103 note, 91 Fed. Reg. 7297 (Feb. 17, 2026), 91 Fed. Reg. 27969 (May 15, 2026), and 91 Fed. Reg. 34831 (June 9, 2026).

DATED: June 23, 2026

Respectfully submitted,

*/s/ Zeynep J. Graves*

Zeynep J. Graves (CA Bar No. 298533)*
Emma Yip (CA Bar No. 352446)*
Shannon Eva Labuschagne (CA Bar No. 365633)
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
zgraves@biologicaldiversity.org
slabuschagne@biologicaldiversity.org

** Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

Dustin Rynders (TX Bar No. 24048005)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 1108
Houston, TX 77251
Tel: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Kate Gibson Kumar (TX Bar No. 2413588)
Alana Park (TX Bar No. 24150568)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 17757
Austin, TX 78760
Tel: (512) 474-5073 ext. 225
kate@texascivilrightsproject.org
alana@texascivilrightsproject.org

Zeynep J. Graves (CA Bar No. 298533)*
Emma Yip (CA Bar No. 352446)*
Shannon Eva Labuschagne (CA Bar No. 365633)
CENTER FOR BIOLOGICAL DIVERSITY
2100 Franklin St., Ste. 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
zgraves@biologicaldiversity.org
eyip@biologicaldiversity.org
slabuschagne@biologicaldiversity.org

* *Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,

*Defendants.*

Case No. 3:26-cv-01099-KC

**PLAINTIFF CENTER FOR BIOLOGICAL DIVERSITY'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED ON DEFENDANTS U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, AND SECRETARY OF HOMELAND SECURITY MARKWAYNE MULLIN**

**(Federal Rule of Civil Procedure 34)**

**Original Complaint Filed: April 16, 2026**

**First Amended Complaint Filed: June 11, 2026**

| | |
|---|---|
| PROPOUNDING PARTY: | Plaintiff CENTER FOR BIOLOGICAL DIVERSITY |
| RESPONDING PARTIES: | Defendant U.S. DEPARTMENT OF HOMELAND SECURITY; Defendant U.S. CUSTOMS AND BORDER PROTECTION; and Defendant SECRETARY OF HOMELAND SECURITY MARKWAYNE MULLIN |
| SET NUMBER: | ONE |

---

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff Center for Biological Diversity propounds these Requests for Production of Documents, Set One on Defendants U.S. Department of Homeland Security, U.S. Customs and Border Protection, and Secretary of Homeland Security Markwayne Mullin (collective, "Defendants"). Defendants shall produce the following documents in their possession, custody, or control to Plaintiff's counsel via email to zgraves@biologicaldiversity.org.

Notwithstanding Federal Rule of Civil Procedure 33(b)(2), the Parties have stipulated that Defendants will provide the responsive documents and any objections within twenty (20) days after the service of these Interrogatories, Set One. Joint Mot. for Sched. Order, ECF No. 15 at 4.

## I. DEFINITIONS

1. Pursuant to W.D. Tex. Local R. CV-26(b), the full text of the definitions and rules of construction set forth therein are incorporated by reference herein.

2. "BIG BEND SECTOR" means the U.S. Border Patrol Big Bend Sector, as that term is used by U.S. Customs and Border Protection.

3. "BORDER BARRIER AND RELATED INFRASTRUCTURE" means the following actions along U.S.-Mexico border, directed, funded, or controlled by the Federal

Government for the purpose of enhancing border security: physical barriers, roads, accessing the project areas, creating and using staging areas, the conduct of earthwork, excavation, fill, and site preparation, and installation and upkeep of physical barriers, roads, supporting elements, drainage, erosion controls, safety features, lighting, cameras, and sensors, as those terms are used in 91 Fed. Reg. 7297, 7298 (Feb. 17, 2026) and 91 Fed. Reg. 27969 (May 15, 2026).

4. The term "CONCERNING" means relating to, referring to, describing, evidencing or constituting.

5. The terms "YOU" and "YOUR" shall refer to the Defendants Department of Homeland Security, U.S. Customs and Border Protection, and Secretary of Homeland Security Markwayne Mullin.

**II. INSTRUCTIONS**

1. You are requested to produce all responsive documents within your possession, custody, or control. Without limitation of the term "control" as used in the preceding sentences, a document is deemed to be in your control if you have the right to secure the document or a copy thereof from another person or public or private entity having actual physical possession thereof. If any document requested was, but is no longer, in your possession or subject to your control as defined herein, state what disposition was made of it, and the date or dates, or approximate date or dates, on which such disposition was made.

2. To the extent that you do not produce any documents in response to a particular request because you do not have any responsive documents in your possession, custody, or control, you shall inform Plaintiff of such in your written response to this request for production.

3. All documents produced in response to these requests are to be produced as they are kept in the usual course of business or shall be organized and labeled (without permanently

marking the item produced) so as to correspond with the categories of each numbered request hereof.

4. To the extent that any responsive documents are withheld on a ground of privilege, please identify, as to each such document, the following information:

a. its date, or if not dated, the time it was prepared or received;

b. the type of document (e.g. letter, memorandum, photograph, reproduction);

c. the author and addressee;

d. its present location;

e. the identity of the individual or person presently custodian or custodian thereof;

f. a general description of its contents;

g. the identity of each person who received a copy of such document and the relationship of such person to you;

h. whether such document contains or relates to facts or opinions, or both;

i. the nature of the privilege (e.g., work product, attorney-client, etc.) that you claim with respect to such document.

5. To the extent that a responsive document contains both privileged and non-privileged material, the non-privileged material must be disclosed to the fullest extent possible without thereby disclosing the privileged material. If a privilege is asserted with regard to part of the material contained in a document, the party claiming the privilege must clearly indicate the portions as to which the privilege is claimed. When a document has been redacted or altered in any fashion, identify as to each document the reason for the redaction or alteration, the date of the

redaction or alteration, and the person performing the redaction or alteration. Any redaction must be clearly visible on the redacted document.

6. These requests cover all documents, including electronically stored information (ESI), in, or subject to, your possession, custody, or control, including, but not limited to, all documents (including ESI) that you have the ability to obtain, that are responsive, in whole or in part, to these requests. *Information that exists in electronic form is specifically requested to be produced in native or near-native formats* and should not be converted to imaged formats. Native format requires production in the same format in which the information was customarily created, used and stored by you. The table below supplies examples of the native or near-native forms in which specific types of electronically stored information (ESI) should be produced.

| **Source ESI** | **Native or Near-Native Form or Forms Sought** |
|---|---|
| Microsoft Word documents | .DOC, .DOCX |
| Microsoft Excel spreadsheets | .XLS, .XLSX |
| Microsoft PowerPoint presentations | .PPT, .PPTX |
| Microsoft Access databases | .MDB, .ACCDB |
| WordPerfect documents | .WPD |
| Adobe Acrobat documents | .PDF |
| Images | .JPG, .JPEG, PNG |
| Video | .AVI, .FLV, .WMV, .MOV, .MP4 |
| E-mail | Messages should be produced in a form or forms that readily support import into standard e-mail client programs; that is, the form of production should adhere to the conventions set out in RFC 5322 (the internet e-mail standard). For Microsoft Exchange or Outlook messaging, .PST format will suffice. Single message production formats like .MSG or .EML may be furnished, if source foldering data is preserved and produced. If your workflow requires that attachments be extracted |

| | |
|---|---|
| | and produced separately from transmitting messages, attachments should be produced in their native forms with parent/child relationships to the message and container(s) preserved and produced in a delimited text file. |
| Databases | Unless the entire contents of a database are responsive, extract responsive content to a fielded and electronically searchable format preserving metadata values, keys and field relationships. If doing so is infeasible, please identify the database and supply information concerning the schema and query language of the database, along with a detailed description of its export capabilities, so as to facilitate crafting a query to extract and export responsive data. |

7. Documents that do not exist in native electronic formats or which require redaction of privileged content should be produced in searchable .PDF formats or as single page .TIFF images with OCR text furnished and logical unitization and family relationships preserved.

8. These requests should be regarded as ongoing, whereby you are to timely supplement them as additional documents may become available to you subsequent to your initial response.

9. The words "and" and "or" shall be construed in the conjunctive or disjunctive, whichever is most inclusive.

10. The singular form shall include the plural form and vice versa.

11. The present tense shall include the past tense and vice versa.

12. Unless otherwise stated, the relevant date range for the below Document Requests is January 1, 2021, through the present.

## III. DOCUMENT REQUESTS

**REQUEST FOR PRODUCTION NO. 1**

All documents referred to or otherwise relied upon in formulating your Answers to

Plaintiff Center for Biological Diversity's First Set of Interrogatories to Defendants U.S. Department of Homeland Security, U.S. Customs and Border Protection, and Secretary of Homeland Security Markwayne Mullin.

**REQUEST FOR PRODUCTION NO. 2**

All documents concerning construction plans for border barrier and related infrastructure in the Big Bend Sector.

**REQUEST FOR PRODUCTION NO. 3**

All documents concerning whether the Big Bend Sector, or any subpart of that sector, is an area of "high illegal entry" as that phrase is used in 8 U.S.C. § 1103 note, 91 Fed. Reg. 7297 (Feb. 17, 2026), 91 Fed. Reg. 27969 (May 15, 2026), and 91 Fed. Reg. 34831 (June 9, 2026).

DATED: June 23, 2026

Respectfully submitted,

*/s/ Zeynep J. Graves*

Zeynep J. Graves (CA Bar No. 298533)*
Emma Yip (CA Bar No. 352446)*
Shannon Eva Labuschagne (CA Bar No. 365633)
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
zgraves@biologicaldiversity.org
slabuschagne@biologicaldiversity.org

** Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*