# EXHIBIT 3

Labuschagne Declaration

## USBP Southwest Border Total Encounters and Requested Drugs by Sector
## FY2021 - FY2025

*Total Encounters Data includes T8 Deportable Migrants and T42 Encounters Only*

Data Source: EID (Unofficial) as of End of Year Dates

| Sector | Total Encounters | Marijuana (LBS) | Cocaine (LBS) | Methamphetamine (LBS) | Heroin (LBS) | Fentanyl (LBS) |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| BBT | 89,054 | 87,574.44 | 867.56 | 1,156.85 | 12.24 | 94.44 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |