# EXHIBIT 4

Labuschagne Declaration

Outlook

## Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

**From** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Date** Tue 11/10/2026 3:06 PM
**To** Emma Yip <eyip@biologicaldiversity.org>
**Cc** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>

Hi Emma,

Thanks for reaching out about these issues. Defendants oppose any additional discovery as we previously discussed. As to any additional schedule, we haven't had sufficient time to discuss on our end, and, since tomorrow is a federal holiday, probably won't be able to until Thursday. If Plaintiffs file any motions in the interim, please notify the Court that Defendants oppose both additional discovery and an additional schedule.

Thanks,
Alex

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Tuesday, 10 November 2026 16:37:00
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Alex,

I hope you're doing well. We wanted to reach out to discuss next steps for this case given yesterday's ruling.

Currently, the West Waiver and National Park Waiver are briefed on summary judgment, and just the Lower Canyons Waiver remains to be addressed. In order to proceed to briefing Lower Canyons and complete the factual record, Plaintiffs plan to seek limited discovery on Del Rio Sector apprehensions and construction contracts for the BBT projects through a motion to compel narrowed answers to the Center's June 23, 2026 discovery requests. Are we correct in our understanding that the government remains opposed to producing that information?

Additionally, we are hoping to propose a new timeline/page limitations for additional proceedings as follows:

- **November 12, 2026:** Plaintiffs file a motion to compel.
- **November 17, 2026:** Defendants file an opposition to Plaintiffs' motion to compel.
- **December 2, 2026:** Plaintiffs file supplemental summary judgment briefing on the Lower Canyons Waiver, not to exceed 10 pages in length.
- **December 7, 2026:** Defendants file a response to the supplemental summary judgment briefing on the Lower Canyons Waiver, not to exceed 10 pages in length.
- **December 9, 2026:** Plaintiffs file a reply in support of the supplemental summary judgment briefing, not to exceed 5 pages in length.

We are planning on filing notice with the Court later this afternoon and would appreciate Defendants' position on the discovery requests and proposed timeline/page limitations at your earliest convenience.

I am available to discuss at my number below if it would be helpful to talk through.

Thank you,
Emma

**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY
206-858-2297

*The information contained in this email message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this email message in error, please notify the sender by reply email and delete the message and any attachments.*

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Thursday, October 15, 2026 5:25 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Understood. Thank you for the response, Alex.

**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY
206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Thursday, October 15, 2026 10:06 AM
**To:** Emma Yip <eyip@biologicaldiversity.org>