# EXHIBIT 5

Labuschagne Declaration


Legend
Layers
Filter
Presidio County
Big Bend Ranch SP
Brewster County
Big Bend National Park
MEXICO
7806 ft
2422 m
2722 m
20 mi
Esri, HERE, Garmin, FAO, USGS, NGA, EPA, NPS | Sources: Esri; …


Legend
Layers
Filter
Presidio County
Big Bend Ranch SP
Brewster County
170
Texas Mountain Trl
5 mi
Esri, HERE, Garmin, USGS, NGA, EPA, USDA, NPS | Sources: Esr…