**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiffs*,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,

*Defendants.*

Case No. 3:26-cv-01099-KC

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

On this day, the Court considered Plaintiff Center for Biological Diversity's Opposed Motion to Compel Discovery ("Motion"). Having considered the Motion and the record in this case, the Court finds that the Motion should be **GRANTED**.

Accordingly, the Court **ORDERS** that Defendants shall provide complete answers and produce all nonprivileged documents responsive to Plaintiff Center for Biological Diversity's interrogatories and requests for production as set forth in the Motion no later than November 30, 2026.

The Court further **ORDERS** Defendants to reimburse Plaintiff Center for Biological Diversity for all reasonable expenses incurred in making this motion, including attorney's fees.

**SO ORDERED.**

**SIGNED** this _______ day of ______________, 2026.

______________________________
The Honorable Kathleen Cardone
United States District Judge