**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>*Defendants*. | Case No. 3:26-cv-01099-KC |

**DECLARATION OF EMMA YIP IN SUPPORT OF PLAINTIFFS' OPPOSED MOTION FOR SCHEDULING ORDER**

I, Emma Yip, declare as follows:

1. I have personal knowledge of the facts contained in this Declaration and, if called upon to do so, could and would testify competently thereto under oath.

2. I am a member in good standing of the state bars of California and Washington and was admitted to practice in the Western District of Texas on August 11, 2026. I am a staff attorney at the Center for Biological Diversity (the "Center"), and represent Plaintiffs Friends of the Ruidosa Church, Danny William Miller Junior, and the Center in this action. I submit this declaration in support of Plaintiffs' Opposed Motion for Scheduling Order.

3. On November 13, 2026, counsel for Defendants emailed counsel for Plaintiffs to ask Plaintiffs' position on a proposed briefing schedule that Defendants intended to file in response to Plaintiffs' Notice, ECF No. 79. Plaintiffs advised Defendants that such a request should be made in the form of a motion to the Court, and that Plaintiffs were amenable to filing a joint motion with

Defendants to propose either an agreed upon schedule or otherwise setting forth separate sections for the parties' differing positions. Defendants declined to participate in a joint filing.

4. On November 18, 2026, counsel for Plaintiffs emailed counsel for Defendants to confirm that they opposed Plaintiffs' motion for the court to adopt their proposed schedule, which Defendants confirmed.

5. Attached as **Exhibit 1** is a true and correct copy of emails between counsel for the parties (Alex Yun and Emma Yip) between November 13 and November 18, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2026.

/s/ Emma Yip
Emma Yip

# EXHIBIT 1

Outlook

## Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

**From** Emma Yip <eyip@biologicaldiversity.org>
**Date** Wed 11/18/2026 11:57 AM
**To** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <pamela.i.amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>

Hi Alex,

Thank you for the response. Additionally, I realize that I inadvertently wrote January 18, "2026" below, which should be 2027. Apologies for my mistake.

Thanks,
Emma

**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY
206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Wednesday, November 18, 2026 11:48 AM
**To:** Emma Yip <eyip@biologicaldiversity.org>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Emma,

Thanks for asking for our position. Yes, we oppose that briefing schedule and reserve the right to file an opposition if necessary.

Alex

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Wednesday, November 18, 2026 2:37 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep

Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Alex,

Plaintiffs are reaching out to provide you with our proposed briefing schedule. Based on our prior emails, I understand that Defendants' position is opposed to our motion for the court to set this schedule, but please let me know if that has changed.

- On or before January 18, 2026: Plaintiffs file supplemental summary judgment briefing, not to exceed 15 pages.
- Within 10 days after Plaintiffs file their supplemental summary judgment briefing: Defendants file a response, not to exceed 15 pages.
- Within 7 days after Defendants file their response: Plaintiffs file a reply, not to exceed 10 pages.

Thank you,
Emma

**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY
206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Friday, November 13, 2026 12:35 PM
**To:** Emma Yip <eyip@biologicaldiversity.org>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Thanks for getting back to me Emma. We think our proposal is appropriate under the local rules and plan to file as such. Since it doesn't seem we'll come to an agreement on a schedule, we'd suggest Plaintiffs file their own proposed schedule and leave it to the court to decide.

Thanks,
Alex

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Friday, November 13, 2026 2:51 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Alex,

Thank you for your email. According to our understanding of the local rules and Judge Cardone's standing orders, any request for a scheduling order modification must be made through a motion to the Court. We would be amenable to joining a motion with Defendants offering either an agreed-upon schedule or providing a separate section detailing Plaintiffs' preferred schedule.

As to the dates proposed below, Plaintiffs cannot agree to brief the Lower Canyons Waiver in less than a week. Is there any possibility that Defendants would agree to later dates for these filings?

If you are willing to draft a joint motion and share it with us, we can add our section or otherwise agree on a timeline.

Thank you,
Emma

**Emma Yip** (she/her)
Staff Attorney
Public Lands Law Center
CENTER *for* BIOLOGICAL DIVERSITY
206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Friday, November 13, 2026 10:36 AM
**To:** Emma Yip <eyip@biologicaldiversity.org>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org <dustin@texascivilrightsproject.org>; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** RE: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Emma,

Following up on this, Defendants plan to file a response to your notice and proposal today. In that, we're going to oppose any further discovery and suggest a schedule for further summary judgment proceedings. I know we're probably at odds, but I wanted to send you the proposed schedule in case there's any room to negotiate. We think your proposal and our response suffice regarding the discovery issue, so we're only proposing a summary judgment schedule:

- November 19, 2026: Plaintiffs file supplemental summary judgment briefing addressing the June 27 Waver, not to exceed 10 pages in length.
- November 30, 2026: Defendants file a response to the supplemental summary judgment briefing addressing the June 27 Waver, not to exceed 10 pages in length.
- December 4, 2026**:** Plaintiffs file a reply in support of the supplemental summary judgment briefing, not to exceed 5 pages in length.

Let me know if you have any other suggestions or would like to discuss further.

Thanks,

Alex

---

**From:** Emma Yip <eyip@biologicaldiversity.org>
**Sent:** Tuesday, November 10, 2026 7:26 PM
**To:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Cc:** Shannon Labuschagne <Slabuschagne@biologicaldiversity.org>; Dustin@texascivilrightsproject.Org; Callahan, Kristy (USATXW) <Kristy.Callahan@usdoj.gov>; Charlotte Weiss <cweiss@texascivilrightsproject.org>; Zeynep Graves <zgraves@biologicaldiversity.org>; Amaechi, Pamela I (CIV) <Pamela.I.Amaechi@usdoj.gov>; Warden, Andrew (CIV) <Andrew.Warden@usdoj.gov>
**Subject:** [EXTERNAL] Re: Friends of Ruidosa Church v. Mullin, 3:26-cv-1099 (W.D. Tex.)

Hi Alex,

Thank you for the response. Let's touch base after the holiday to see if there is a schedule the parties can agree on.

Sincerely,

Emma

**Emma Yip** (she/her)

Staff Attorney

Public Lands Law Center

CENTER *for* BIOLOGICAL DIVERSITY

206-858-2297

---

**From:** Yun, Alex (CIV) <Alex.Yun@usdoj.gov>
**Sent:** Tuesday, November 10, 2026 3:06 PM