**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| FRIENDS OF THE RUIDOSA CHURCH; DANNY WILLIAM MILLER JUNIOR; and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants*. | Case No. 3:26-cv-01099-KC |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR SCHEDULING ORDER**

On this day, the Court considered Plaintiffs' Motion for Scheduling Order ("Motion"). Having considered the Motion and the record in this case, the Court finds that the Motion should be **GRANTED**.

Accordingly, the Court **ORDERS** that Plaintiffs' Motion, ECF No. __, is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall **FILE** supplemental summary judgment briefing, not to exceed 15 pages, **on or before January 18, 2027**. Defendants shall **FILE** a response, not to exceed 15 pages, **no later than ten days after Plaintiffs' filing**. Plaintiffs shall **FILE** a reply, not to exceed 10 pages, **no later than seven days after Defendants' filing**.

**SO ORDERED.**

**SIGNED** this _______ day of _____________, 2026.

____________________________________

The Honorable Kathleen Cardone
United States District Judge