**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **FRIENDS OF THE RUIDOSA CHURCH et al.,** | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1099-KC** |
| **MARKWAYNE MULLIN et al.,** | § | |
| **Defendants.** | § | |

# ORDER

On this day, the Court considered the case. Plaintiffs filed an Opposed Motion to Compel Discovery, ECF No. 81, seeking to require Defendants to disclose migrant apprehension data for the area of the U.S. Mexico border implicated by the Lower Canyons Waiver. *Id.* at 1. Defendants argue that there is "no need for any additional fact finding" as "[t]he Supreme Court's recent reversal of this Court's preliminary injunction sends a clear signal that this case should come to an immediate end." Resp. 1, ECF No. 83.

However, Defendants, in their Application for Stay, also requested that the Supreme Court "treat [the] application as a petition for a writ of certiorari, grant the petition, and summarily reverse." *See* Appl. Stay, No. 26A560, *Mullin v. Friends of the Ruidosa Church* 1, (U.S. Oct. 21, 2026). And it appears that either the certiorari aspect of that filing remains pending or another one is forthcoming, as the Supreme Court ordered that this Court's injunction is "stayed pending the filing and disposition of the Government's petition for a writ of certiorari, if such writ is timely sought." *See Mullin v. Friends of the Ruidosa Church*, --- U.S. ---, 2026 WL 3386954, at *2 (Nov. 9, 2026) (per curiam). But in their Motion to Compel briefing, no party addresses the effect of any pending or forthcoming petition for writ of certiorari. *See*

*generally* Mot.; Resp.; *see also In re Ft. Wor. Chamber of Com*., 100 F.4th 528, 536 (5th Cir. 2024) ("A district court does not have the power to alter the status of the case as it rests before the Court of Appeals.") (cleaned up) (citation omitted).

Accordingly, the Court **ORDERS** that, **by no later than November 30, 2026**, Defendants shall **FILE** an advisory stating:

(1) whether they have a pending petition for writ of certiorari in front of the United States Supreme Court in this matter;

(2) if not, whether they intend to file such a petition; and

(3) what effect, if any, a pending or forthcoming petition would have on this Court's authority to adjudicate the Motion to Compel and any other pending motions.

**SO ORDERED**.

**SIGNED this 23rd day of November, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE